# GORDON FEINBLATT LLC
### ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71311106
Invoice Date:  12/09/22

Page:  1

Client Number:   42372    Client Name:  Fulton Bank, N.A.

**Matter No:**

**149975    Re:  Eagle Properties and Investments LLC**

FOR SERVICES RENDERED THROUGH: November 30, 2022

| **Date** | **Tkpr** | **Description** | **Hours** |
|---|---|---|---|
| 11/08/22 | DSM | Review correspondence regarding lawsuit in Fairfax County | 0.9 |
| 11/11/22 | DSM | Review loan documents | 0.6 |
| 11/13/22 | DSM | Additional review of loan documents | 0.1 |
| 11/14/22 | DSM | Continue review of loan documents | 0.8 |
| 11/15/22 | DSM | Complete review of loan documents | 1.4 |
| 11/15/22 | DSM | Draft e-mail to Mr. Warner and Ms. Dragann regarding conference call | 0.1 |
| 11/15/22 | DSM | Review search reports and additional loan documents | 0.8 |
| 11/15/22 | DSM | Review loan write ups | 1.0 |
| 11/15/22 | DSM | Prepare for conference call; review complaint and correspondence | 0.6 |
| 11/16/22 | DSM | Draft e-mails to Ms. Kessler regarding pleadings in Bala Jain action and to Harbor City Research regarding title reports | 0.2 |
| 11/16/22 | DSM | Conference call with Ms. Dragann, Mr. Warner, Mr. Smith and Ms. Wessner-Schaefer ▇▇▇▇▇▇▇▇▇▇ | 0.8 |
| 11/17/22 | ANM | Obtain court documents for Mr. Musgrave | 1.3 |
| 11/17/22 | DSM | Review docket for Bala Jain civil action | 0.2 |
| 11/17/22 | EJL | Telephone conference with Mr. Musgrave regarding mortgages in favor of a private lender on property on which Fulton Bank has a first lien. | 0.6 |
| 11/17/22 | DSM | Telephone conference with Mr. Levin regarding contact with title insurance company regarding policies | 0.6 |

**EXHIBIT 1**

# GORDON FEINBLATT LLC

### ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.                                 Invoice: 71311106
VIA EMAIL: Joseph E. Warner III                   Invoice Date:  12/09/22
jwarner@fultonbank.com
                                                  Page:  2

Client Number:   42372    Client Name:  Fulton Bank, N.A.

| **Date** | **Tkpr** | **Description** | **Hours** |
|---|---|---|---|
| 11/17/22 | DSM | Review pleadings in Bala Jain action | 0.2 |
| 11/20/22 | DSM | Review pleadings regarding Bala Jain action | 0.3 |
| 11/21/22 | DSM | Review title reports; draft e-mail to Mr. Smith, Mr. Warner, Ms. Dragann and Ms. Wessner-Schaeffer | 1.5 |
| 11/21/22 | DSM | Review pleadings in Bala Jain action | 0.5 |
| 11/21/22 | DSM | Draft e-mail to Mr. Smith, Mr. Warner, Ms. Dragann and Ms. Wessner-Schaeffer regarding Bala Jain action | 0.9 |
| 11/22/22 | DSM | Telephone conference with Mr. Jordan regarding releases and satisfied deeds of trust | 0.1 |
| 11/22/22 | DSM | Revise e-mail to bank officers regarding title reports | 0.5 |
| 11/22/22 | DSM | Draft e-mail to Ms. Caruso regarding prior recorded but satisfied deeds of trust | 0.1 |
| 11/23/22 | DSM | Review additional title information on three properties | 0.7 |
| 11/23/22 | DSM | Review complaint and title reports regarding Fulton Bank properties | 0.8 |
| 11/23/22 | DSM | Draft e-mail to Mr. Jordan at Harbor City regarding prior deeds of trust | 0.1 |
| 11/28/22 | DSM | Draft e-mails to Mr. Jordan regarding copy requests for additional properties | 0.1 |
| 11/29/22 | DSM | Conference with Mr. Thrope regarding intervention in Bala Jain action | 0.3 |
| 11/29/22 | DSM | Draft e-mail to Ms. Dragann regarding intervention in Bala Jain action | 0.5 |
| 11/29/22 | DSM | Review e-mail from Ms. Dragann regarding ███████ ███████████████; review complaint | 0.2 |
| 11/29/22 | DSM | Telephone conference with Mr. Warner and Ms. Dragann regarding ███████ | 0.1 |
| 11/29/22 | DSM | Review title insurance policy regarding ███████ | 0.3 |
| 11/29/22 | JAT | Discussion with Mr. Musgrave regarding intervention issue | 0.2 |

# GORDON FEINBLATT LLC

### ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71311106
Invoice Date:  12/09/22

Page:  3

Client Number:   42372    Client Name:  Fulton Bank, N.A.

| Date | Tkpr | Description | Hours |
|------|------|-------------|-------|
| 11/30/22 | DSM | Review title report on 213 N. Port Street | 0.1 |
| | | TOTAL HOURS | 17.5 |

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Jerrold A. Thrope | 0.2 at | $795.00 = | 159.00 |
| Edward J. Levin | 0.6 at | $750.00 = | 450.00 |
| David S. Musgrave | 15.4 at | $575.00 = | 8,855.00 |
| Ashley N Mills | 1.3 at | $195.00 = | 253.50 |

| | | |
|---|---|---|
| CURRENT FEES | $9,717.50 |
| LESS: 10% DISCOUNT | ($971.75) |
| FEES DUE | $8,745.75 |

**FOR COSTS ADVANCED AND EXPENSES INCURRED:**

| | | |
|---|---|---|
| Document Request/Retrieval | $554.50 | |
| Messenger Service | $26.38 | |
| Property & Judgment Report | $1,006.25 | |
| EXPENSES DUE | | $1,587.13 |

**TOTAL AMOUNT OF THIS INVOICE**    **$10,332.88**

# GORDON FEINBLATT LLC

ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71311106
Invoice Date:  12/09/22

Page:  4

Client Number:   42372   Client Name:  Fulton Bank, N.A.

---

## REMITTANCE COPY

**PLEASE ENCLOSE THIS REMITTANCE COPY WITH YOUR PAYMENT SO THAT YOUR ACCOUNT MAY BE PROPERLY CREDITED.**

Total Due:                              $10,332.88

Amount Enclosed: $

**Please mail all checks to our LOCKBOX Listed below:**
**Gordon Feinblatt LLC**
**P.O. Box 746539**
**Atlanta, GA   30374-6539**

# GORDON FEINBLATT LLC

ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71311106
Invoice Date:  12/09/22

Page:  5

Client Number:   42372   Client Name:  Fulton Bank, N.A.

---

**If you are making an electronic payment please send an email to acctdept@gfrlaw.com on the day you initiate payment including the Invoice and Matter number you are paying.**

**ACH & EFT INSTRUCTIONS**
**GORDON FEINBLATT LLC**
**ACCOUNT NAME: GORDON FEINBLATT LLC GENERAL**
**OPERATING ACCOUNT**
**BANK NAME: BANK OF AMERICA**
**100 S. CHARLES STREET**
**BALTIMORE, MD 21201**
**USA**
**ACCOUNT # 2000609289**
**ABA NO. 052001633**
**TYPE OF ACCOUNT CHECKING**
**BANK CONTACT ALISON GABIS**
**PHONE: 443-541-3620**

**WIRING INSTRUCTIONS**
**GORDON FEINBLATT LLC**
**ACCOUNT NAME: GORDON FEINBLATT LLC GENERAL**
**OPERATING ACCOUNT**
**ACCOUNT ADDRESS: 1001 FLEET STREET, SUITE 700**
**BALTIMORE, MD 21202-4346**
**BANK NAME: BANK OF AMERICA**
**100 S. CHARLES STREET**
**BALTIMORE, MD 21201    USA**
**ACCOUNT # 2000609289**
**ABA NO. 026009593**
**SWIFT CODE BOFAUS3N (FOR INTERNATIONAL WIRES)**

CHECKS MAY BE MADE PAYABLE TO: GORDON FEINBLATT LLC
TO ASSURE PROPER CREDIT PLEASE RETURN REMITTANCE COPY
Tax ID # 52-0627715

# GORDON FEINBLATT LLC
## ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71312441
Invoice Date: 01/12/23

Page: 1

Client Number:   42372   Client Name:  Fulton Bank, N.A.

**Matter No:**

**149975   Re:  Eagle Properties and Investments LLC**

FOR SERVICES RENDERED THROUGH: December 31, 2022

| Date | Tkpr | Description | Hours |
|---|---|---|---|
| 12/02/22 | DSM | Draft e-mail to Ms. Kessler regarding docket sheet for Bala Jain action | 0.1 |
| 12/04/22 | DSM | Review title reports | 0.6 |
| 12/04/22 | DSM | Review complaint regarding Fulton collatersl | 0.7 |
| 12/05/22 | DSM | Draft e-mail to Ms. Kessler regarding amended complaint | 0.1 |
| 12/05/22 | DSM | Review docket sheet for Bala Jain action; draft e-mail to Ms. Mills regarding copy of amended complaint | 0.2 |
| 12/05/22 | DSM | Draft e-mail to Ms. Dragann and Mr. Warner regarding amended complaint | 0.1 |
| 12/05/22 | DSM | Review amended complaint | 1.0 |
| 12/05/22 | ANM | Obtain copy of amended complaint from court | 0.8 |
| 12/05/22 | KK | Draft e-mail to Mr. Musgrave regarding complaint and exhibits. | 0.1 |
| 12/06/22 | DSM | Draft e-mail to Ms. Dragann and Mr. Warner regarding amended complaint | 1.4 |
| 12/06/22 | DSM | Revise e-mail regarding amended complaint | 0.2 |
| 12/06/22 | DSM | Draft e-mail to Ms. Mills regarding exhibits to First Amended Complaint | 0.1 |
| 12/06/22 | DSM | Review e-mail from Mr. Smith; draft reply | 0.2 |
| 12/07/22 | DSM | Review exhibits; draft e-mail to Mr. Warner regarding same | 0.4 |
| 12/07/22 | ANM | Review and deliver exhibits to amend complaint for Mr. Musgrave | 0.2 |
| 12/11/22 | DSM | Reiew e-mail from Ms. Dragann regarding service of amended complaint, calendar deadline to answer | 0.1 |

CHECKS MAY BE MADE PAYABLE TO: GORDON FEINBLATT LLC
TO ASSURE PROPER CREDIT PLEASE RETURN REMITTANCE COPY
Tax ID # 52-0627715

# GORDON FEINBLATT LLC

### ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.                                  Invoice: 71312441
VIA EMAIL: Joseph E. Warner III                    Invoice Date:  01/12/23
jwarner@fultonbank.com
                                                   Page:  2

Client Number:   42372    Client Name:  Fulton Bank, N.A.

| Date | Tkpr | Description | Hours |
|------|------|-------------|-------|
| 12/11/22 | DSM | Further review of First Amended Complaint; review Virginia Rules regarding preliminary pleadings; draft e-mail to Ms. Dragann regarding same | 0.6 |
| 12/11/22 | DSM | Draft e-mail to Ms. Kessler regarding legal research | 0.2 |
| 12/11/22 | DSM | Additional review of docket regarding defendants' responses to complaint | 0.1 |
| 12/12/22 | DSM | Review Plea in Bar and Demurrer of Eagle; draft e-mails to Mr. Mull and Ms. Kessler regarding same | 0.3 |
| 12/12/22 | DSM | Legal research ███████ ███████ | 0.2 |
| 12/12/22 | DSM | Review ███████ cases | 0.2 |
| 12/12/22 | DSM | Review ███████ | 0.1 |
| 12/12/22 | DSM | Review ███████ legal reserch | 0.4 |
| 12/12/22 | BMM | Conference with Mr. Musgrave regarding motion responses. | 0.1 |
| 12/12/22 | ANM | Legal research for Mr. Musgrave ███████ ███████ | 2.3 |
| 12/13/22 | DSM | Review e-mail from Ms. Dragann regarding conference call; draft reply; review amended complaint | 0.2 |
| 12/13/22 | DSM | Review ███████ cases; draft e-mail to Ms. Mills regarding same | 0.9 |
| 12/13/22 | ANM | Follow-up legal research for Mr. Musgrave ███████ ███████ | 2.3 |
| 12/14/22 | DSM | Review memorandum of lis pendens; draft reply to Ms. Dragann regarding same | 0.1 |
| 12/15/22 | DSM | Revise Notice of Appearance | 0.1 |
| 12/15/22 | DSM | Review checks ███████; draft e-mail to Ms. Dragann and Mr. Warner regarding same | 0.2 |
| 12/15/22 | DSM | Conference call regarding response to amended complaint | 0.7 |
| 12/15/22 | DSM | Draft entry of appearance | 0.1 |

# GORDON FEINBLATT LLC

ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71312441
Invoice Date:  01/12/23

Page:  3

Client Number:   42372    Client Name:  Fulton Bank, N.A.

| Date | Tkpr | Description | Hours |
|------|------|-------------|-------|
| 12/15/22 | DSM | Draft e-mail to Mr. Shaffer regarding response to amended complaint and check copies | 0.1 |
| 12/15/22 | DSM | Draft e-mail to Mr. Shaffer regarding extension of time to respond to complaint | 0.1 |
| 12/15/22 | DSM | Prepare for conference call to discuss Eagle complaint | 0.9 |
| 12/15/22 | DSM | Review motion to compel discovery, supporting memorandum and hearing notice | 0.3 |
| 12/15/22 | DSM | Draft e-mail to Mr. Shaffer regarding motion for temporary restraining order; review related e-mail | 0.2 |
| 12/15/22 | DSM | Reviw Bala Jain discovery responses | 0.6 |
| 12/15/22 | DSM | Review additional e-mails and pleadings regarding Bala Jain action; draft e-mail to Mr. Burns regarding substitution of counsel; review calendar control notice | 0.5 |
| 12/16/22 | BMM | Review amended complaint; conference with Mr. Musgrave regarding responsive pleadings | 1.8 |
| 12/16/22 | DSM | Conference with Mr. Mull regarding pleadings in response to amended complaint | 0.5 |
| 12/16/22 | DSM | Conference with Mr. Mull regarding amended complaint | 0.1 |
| 12/19/22 | DSM | Review pleadings filed by First Class Title and Mr. Kotz; draft e-mail to Ms. Dragann regarding same | 0.3 |
| 12/19/22 | DSM | Review deposition notices; draft e-mail to Ms. Dragann and Mr. Warner regarding same | 0.3 |
| 12/19/22 | DSM | Draft e-mail to Ms. Dragann regarding depositions | 0.2 |
| 12/19/22 | BMM | Review complaint and docket; legal research regarding claims; draft defensive pleadings. | 5.2 |
| 12/20/22 | BMM | Revise defensive pleadings; conference with Mr. Musgrave regarding same | 2.7 |
| 12/20/22 | BMM | Revise plea in bar/demurrer. | 0.6 |
| 12/20/22 | DSM | Revise motion for bill of particulars | 0.4 |

CHECKS MAY BE MADE PAYABLE TO: GORDON FEINBLATT LLC
TO ASSURE PROPER CREDIT PLEASE RETURN REMITTANCE COPY

Tax ID # 52-0627715

# GORDON FEINBLATT LLC
### ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71312441
Invoice Date:  01/12/23

Page:  4

Client Number:   42372    Client Name:  Fulton Bank, N.A.

| Date | Tkpr | Description | Hours |
|------|------|-------------|-------|
| 12/20/22 | DSM | Telephone conference with Mr. Mull regarding scheduling order/term day | 0.1 |
| 12/20/22 | DSM | Telephone conference with Mr. Mull regarding preliminary pleadings | 0.1 |
| 12/20/22 | DSM | Draft e-mail to defendants' counsel regarding term day objection | 0.2 |
| 12/20/22 | DSM | Review and revise motion craving oyer and motion for bill of particulars | 0.5 |
| 12/20/22 | DSM | Review docket sheet; review e-mail from Mr. Khan regarding calendar control, etc.; review notices regarding hearings | 0.3 |
| 12/20/22 | DSM | Conference with Mr. Thrope regarding litigation issues | 0.4 |
| 12/20/22 | DSM | Review objection to term day notice | 0.2 |
| 12/20/22 | DSM | Telephone conference with Ms. Dragann ███████ ███████ | 0.2 |
| 12/20/22 | JAT | Discussion with D. Musgrave regarding litigation issues | 0.4 |
| 12/20/22 | KK | Draft e-mail to Mr. Musgrave regarding docket. | 0.1 |
| 12/21/22 | DSM | Telephone conference with Mr. Clark regarding Term Day Praecipe | 0.1 |
| 12/21/22 | DSM | Revise Plea in Bar and Demurrer | 0.4 |
| 12/21/22 | DSM | Additional revision of demurrer; draft e-mail to Ms. Dragann regarding draft pleadings | 0.4 |
| 12/21/22 | DSM | Draft e-mail to Mr. Mull regarding term day setting | 0.1 |
| 12/21/22 | DSM | Review SAR report | 0.3 |
| 12/21/22 | BMM | Draft e-mail to Mr. Musgrave regarding plea in bar/demurrer scope. | 0.2 |
| 12/21/22 | BMM | Review calendar hearing procedures; draft e-mail to Mr. Musgrave regarding same | 0.3 |

# GORDON FEINBLATT LLC
## ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000   FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71312441
Invoice Date:  01/12/23

Page:  5

Client Number:   42372    Client Name:  Fulton Bank, N.A.

| Date | Tkpr | Description | Hours |
|---|---|---|---|
| 12/21/22 | DSM | Draft e-mail to counsel regarding calendar control conference call | 0.3 |
| 12/22/22 | DSM | Telephone conference with Mr. Khan regarding payments to Mr. Ijaz, etc. | 0.2 |
| 12/22/22 | DSM | Draft e-mail to Mr. Khan regarding conference call | 0.1 |
| 12/22/22 | DSM | Draft e-mail to Mr. Shaffer regarding deposition of Mr. Ijaz | 0.1 |
| 12/22/22 | DSM | Review e-mail from Mr. Khan regarding TRO hearing | 0.1 |
| 12/22/22 | DSM | Draft e-mail to Messrs. Khan and Peterson regarding conference call | 0.1 |
| 12/22/22 | DSM | Review e-mail from Mr. Khan regarding motion to compel; draft reply regarding depositions | 0.4 |
| 12/22/22 | DSM | Review e-mail from Mr. Khan regarding Bala Jain deposition; draft e-mail to Ms. Dragann regarding same; draft reply e-mail to Mr. Khan | 0.3 |
| 12/22/22 | DSM | Draft e-mail to Ms. Dragann regarding Ijaz deposition | 0.1 |
| 12/22/22 | DSM | Draft e-mail to Ms. Dragann and Mr. Warner regarding calendar call | 0.2 |
| 12/22/22 | DSM | Review e-mail from Mr. Khan regarding motion to compel discovery | 0.1 |
| 12/22/22 | DSM | Prepare for calendar control conference call | 0.2 |
| 12/22/22 | DSM | Attend calendar control to schedule hearing on injunction request | 0.9 |
| 12/22/22 | DSM | Review e-mail from Mr. Shaffer regarding deposition of Mr. Ijaz; draft e-mail to Ms. Dragann | 0.2 |
| 12/26/22 | DSM | Review Term Day Praecipe; prepare for Term Day; review pleadings filed by First Class Title regarding substitution and motion to compel deposition dates | 0.6 |
| 12/27/22 | DSM | Review pleadings for filing | 0.1 |
| 12/27/22 | DSM | Draft e-mail to Ms. Dragann regarding Scheduling Order | 0.1 |

CHECKS MAY BE MADE PAYABLE TO: GORDON FEINBLATT LLC
TO ASSURE PROPER CREDIT PLEASE RETURN REMITTANCE COPY
Tax ID # 52-0627715

# GORDON FEINBLATT LLC
## ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71312441
Invoice Date:  01/12/23

Page:  6

Client Number:   42372   Client Name:  Fulton Bank, N.A.

| Date | Tkpr | Description | Hours |
|------|------|-------------|-------|
| 12/27/22 | DSM | Revise preliminary motions | 0.3 |
| 12/27/22 | DSM | Attend Term Day | 2.0 |
| 12/27/22 | DSM | Draft e-mail to Ms. Dragann regarding Term Day, etc. | 0.5 |
| 12/27/22 | DSM | File pleadings with court | 0.1 |
| 12/28/22 | DSM | Draft e-mail to counsel regarding  Fulton Bank filings | 0.1 |
| 12/29/22 | DSM | Draft e-mail to Mr. Shaffer, Mr. Kahn and Mr. Burns regarding resolution of motion to compel | 0.1 |
| 12/30/22 | DSM | Review discovery by plaintiff | 0.4 |
| | | TOTAL HOURS | 42.1 |

# GORDON FEINBLATT LLC
## ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71312441
Invoice Date:  01/12/23

Page:  7

Client Number:  42372    Client Name:  Fulton Bank, N.A.

---

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Jerrold A. Thrope | 0.4 | at | $795.00 | = | 318.00 |
| David S. Musgrave | 25.0 | at | $575.00 | = | 14,375.00 |
| Bryan M. Mull | 10.9 | at | $425.00 | = | 4,632.50 |
| Kathryn Eva Kessler | 0.2 | at | $205.00 | = | 41.00 |
| Ashley N Mills | 5.6 | at | $195.00 | = | 1,092.00 |

|  |  |
|---|---|
| CURRENT FEES | $20,458.50 |
| LESS: 10% DISCOUNT | ($2,045.85) |
| FEES DUE | $18,412.65 |

**FOR COSTS ADVANCED AND EXPENSES INCURRED:**

| | | |
|---|---|---|
| Document Request/Retrieval | $183.50 | |
| Messenger Service | $19.68 | |
| Postage | $8.40 | |
| Property & Judgment Report | $885.00 | |
| EXPENSES DUE | | $1,096.58 |

**TOTAL AMOUNT OF THIS INVOICE**          **$19,509.23**

CHECKS MAY BE MADE PAYABLE TO: GORDON FEINBLATT LLC
TO ASSURE PROPER CREDIT PLEASE RETURN REMITTANCE COPY
Tax ID # 52-0627715

# GORDON FEINBLATT LLC

## ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71312441
Invoice Date:  01/12/23

Page:  8

Client Number:   42372   Client Name:  Fulton Bank, N.A.

---

## REMITTANCE COPY

## PLEASE ENCLOSE THIS REMITTANCE COPY WITH YOUR PAYMENT SO THAT YOUR ACCOUNT MAY BE PROPERLY CREDITED.

Total Due:                         $19,509.23

Amount Enclosed: $

## Please mail all checks to our LOCKBOX Listed below:
## Gordon Feinblatt LLC
## P.O. Box 746539
## Atlanta, GA   30374-6539

CHECKS MAY BE MADE PAYABLE TO: GORDON FEINBLATT LLC
TO ASSURE PROPER CREDIT PLEASE RETURN REMITTANCE COPY
Tax ID # 52-0627715

# GORDON FEINBLATT LLC
## ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71312441
Invoice Date:  01/12/23

Page:  9

Client Number:   42372    Client Name:  Fulton Bank, N.A.

---

**If you are making an electronic payment please send an email to acctdept@gfrlaw.com on the day you initiate payment including the Invoice and Matter number you are paying.**

**ACH & EFT INSTRUCTIONS**
**GORDON FEINBLATT LLC**
**ACCOUNT NAME: GORDON FEINBLATT LLC GENERAL**
**OPERATING ACCOUNT**
**BANK NAME: BANK OF AMERICA**
**100 S. CHARLES STREET**
**BALTIMORE, MD 21201**
**USA**
**ACCOUNT # 2000609289**
**ABA NO. 052001633**
**TYPE OF ACCOUNT CHECKING**
**BANK CONTACT ALISON GABIS**
**PHONE: 443-541-3620**

**WIRING INSTRUCTIONS**
**GORDON FEINBLATT LLC**
**ACCOUNT NAME: GORDON FEINBLATT LLC GENERAL**
**OPERATING ACCOUNT**
**ACCOUNT ADDRESS: 1001 FLEET STREET, SUITE 700**
**BALTIMORE, MD 21202-4346**
**BANK NAME: BANK OF AMERICA**
**100 S. CHARLES STREET**
**BALTIMORE, MD 21201    USA**
**ACCOUNT # 2000609289**
**ABA NO. 026009593**
**SWIFT CODE BOFAUS3N (FOR INTERNATIONAL WIRES)**

CHECKS MAY BE MADE PAYABLE TO: GORDON FEINBLATT LLC
TO ASSURE PROPER CREDIT PLEASE RETURN REMITTANCE COPY
Tax ID # 52-0627715

# GORDON FEINBLATT LLC
## ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71313572
Invoice Date:  02/10/23

Page:  1

Client Number:   42372   Client Name:  Fulton Bank, N.A.

**Matter No:**

**149975    Re:  Eagle Properties and Investments LLC**

FOR SERVICES RENDERED THROUGH: January 31, 2023

| Date | Tkpr | Description | Hours |
|------|------|-------------|-------|
| 01/03/23 | DSM | Initial review of discovery pleadings | 0.3 |
| 01/04/23 | DSM | Draft e-mail to Ms. Dragann regarding projected litigation expense | 0.2 |
| 01/04/23 | DSM | Review discovery to bank | 0.1 |
| 01/05/23 | DSM | Review discovery pleading; review Virginia Rules regarding interrogatory limit | 0.4 |
| 01/05/23 | DSM | Draft e-mail to Ms. Dragann regarding discovery | 0.3 |
| 01/05/23 | DSM | Telephone conference with Ms. Dragann regarding reservation of rights letter, etc. | 0.1 |
| 01/05/23 | DSM | Review new deposition notices; draft e-mail to Ms. Dragann and Mr. Warner regarding same | 0.3 |
| 01/05/23 | DSM | Telephone conference with Mr. Warner regarding answers and counterclaims | 0.1 |
| 01/05/23 | DSM | Draft e-mail to Ms. Dragann regarding discovery | 0.1 |
| 01/06/23 | DSM | Draft e-mail to Mr. Shaffer regarding e-mail service on Fulton Bank; draft e-mails to counsel to Eagle and First Class Title regarding discovery | 0.3 |
| 01/06/23 | DSM | Draft e-mail to Mr. Khan regarding discovery to Fulton Bank | 0.1 |
| 01/06/23 | DSM | Draft e-mail to Mr. Buari regarding consent to extension of time to answer complaint | 0.1 |
| 01/08/23 | DSM | Review order on motion to compel discovery | 0.1 |

CHECKS MAY BE MADE PAYABLE TO: GORDON FEINBLATT LLC
TO ASSURE PROPER CREDIT PLEASE RETURN REMITTANCE COPY
Tax ID # 52-0627715

# GORDON FEINBLATT LLC
### ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000   FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71313572
Invoice Date:  02/10/23

Page:  2

Client Number:   42372    Client Name:  Fulton Bank, N.A.

| Date | Tkpr | Description | Hours |
|---|---|---|---|
| 01/09/23 | BMM | Conference with Mr. Musgrave ███████████ ████ | 0.1 |
| 01/09/23 | BMM | Legal research ███████████████████████; draft amended demurrer/plea in bar | 0.4 |
| 01/09/23 | DSM | Conference with Mr. Thrope regarding discovery | 0.6 |
| 01/09/23 | DSM | Draft e-mail to Ms. Dragann regarding document production | 0.1 |
| 01/09/23 | DSM | Review revised deposition notice of Mr. Kotz | 0.1 |
| 01/09/23 | DSM | Telephone conference with Mr. Dragann ██████████ ███ | 0.1 |
| 01/09/23 | DSM | Conference with Mr. Mull regarding amended demurrer | 0.1 |
| 01/09/23 | JAT | Discuss discovery issues with Mr. Musgrave | 0.6 |
| 01/10/23 | BMM | Revise amended plea in bar. | 0.1 |
| 01/10/23 | DSM | Review motion to quash lis pendens filed by Imperium Investments; draft e-mail to Mr. Rinaldi regarding same | 0.6 |
| 01/10/23 | DSM | Final revision of amended plea in bar; file with court | 0.1 |
| 01/10/23 | DSM | Review██████████████████████████ | 0.1 |
| 01/10/23 | DSM | Review Ijaz employment description | 0.1 |
| 01/10/23 | DSM | Telephone conference with Mr. Warner and Ms. Dragann regarding discovery responses | 0.6 |
| 01/10/23 | DSM | Revise amended demurrer and plea in bar | 0.5 |
| 01/10/23 | DSM | Draft e-mail to Mr. Shaffer regarding extension of time to answer discovery | 0.3 |
| 01/10/23 | DSM | Review e-mails, etc.; prepare for conference call with Ms. Dragann and Mr. Warner | 0.5 |
| 01/11/23 | DSM | Draft e-mail to Mr. Rinaldi regarding motion to dissolve lis pendens | 0.1 |
| 01/11/23 | DSM | Review Imperium motion to quash lis pendens | 0.2 |

# GORDON FEINBLATT LLC
### ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71313572
Invoice Date:  02/10/23

Page:  3

Client Number:   42372    Client Name:  Fulton Bank, N.A.

| Date | Tkpr | Description | Hours |
|------|------|-------------|-------|
| 01/11/23 | DSM | Telephone conference with clerk regarding address updating | 0.1 |
| 01/11/23 | DSM | Draft fax to court to update address | 0.1 |
| 01/12/23 | DSM | Review Demurrer and Plea in Bar of Navy Federal Financial Group, LLC; draft e-mail to Mr. Dragann regarding same | 0.3 |
| 01/12/23 | DSM | Draft e-mail to Ms. Dragann regarding Imperium motion to quash lis pendens | 0.5 |
| 01/13/23 | DSM | Review documents produced to Bala Jain | 0.1 |
| 01/13/23 | DSM | Review e-mail from Barley Snyder regarding document production; draft e-mail to Ms. Dragann regarding same | 0.1 |
| 01/14/23 | DSM | Review Plea in Bar and Demurrer of SPSVA, LLC | 0.1 |
| 01/14/23 | DSM | Review notice regarding hearing on Imperium motion to quash lis pendens | 0.1 |
| 01/14/23 | DSM | Review Demurrer of Bank of Clarke County | 0.1 |
| 01/16/23 | DSM | Review Capital Bank demurrer; draft e-mail to Mr. Mull regarding same | 0.1 |
| 01/16/23 | DSM | Review documents regarding Tamoor Ijaz | 0.2 |
| 01/18/23 | DSM | Draft e-mail to Mr. Khan regarding Bala Jain deposition | 0.1 |
| 01/18/23 | DSM | Draft e-mail to Mr. Khan regarding continuance of Bala Jain deposition | 0.1 |
| 01/18/23 | DSM | Draft e-mail to Mr. Shaffer regarding depositions of Kotz and Jain | 0.1 |
| 01/18/23 | DSM | Review discovery by plaintiff | 0.1 |
| 01/18/23 | DSM | Review amended deposition notices | 0.1 |
| 01/18/23 | DSM | Review e-mail from Mr. Warner ███████████ ███████ | 0.1 |
| 01/18/23 | DSM | Telephone conference with Mr. Schleifman regarding motion for preliminary injunction | 0.1 |

# GORDON FEINBLATT LLC
ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000   FAX: (410) 576-4246

Fulton Bank, N.A.                                    Invoice: 71313572
VIA EMAIL: Joseph E. Warner III                      Invoice Date:  02/10/23
jwarner@fultonbank.com
                                                     Page:  4

Client Number:   42372   Client Name:  Fulton Bank, N.A.

| **Date** | **Tkpr** | **Description** | **Hours** |
|---|---|---|---|
| 01/18/23 | DSM | Additional review of title reports and loan documents regarding defaults | 0.8 |
| 01/19/23 | DSM | Review Eagle document production (Eagle 2028-4047) | 1.5 |
| 01/19/23 | DSM | Draft e-mail to Mr. Khan regarding document production | 0.1 |
| 01/19/23 | DSM | Draft list of defaults for notice to borrower | 0.9 |
| 01/19/23 | DSM | Draft default notice to borrower | 0.8 |
| 01/19/23 | DSM | Revise default notice | 0.6 |
| 01/19/23 | DSM | Review default notice; draft e-mail to Mr. Warner regarding same | 0.2 |
| 01/19/23 | DSM | Draft e-mail to Mr. Shaffer regarding filing of motion for preliminary injunction | 0.2 |
| 01/20/23 | DSM | Review PNC Bank Demurrer | 0.1 |
| 01/20/23 | DSM | Review opposition to motion to quash lis pendens | 0.1 |
| 01/20/23 | DSM | Revise default notice | 0.2 |
| 01/22/23 | DSM | Review consent order regarding substitution of counsel for First Class Title and Mr. Kotz | 0.1 |
| 01/23/23 | DSM | Review First Class Title's responses to admissions requests | 0.1 |
| 01/24/23 | DSM | Additional review of documents; review amended deposition notice | 0.3 |
| 01/24/23 | DSM | Continue document review - bank production | 0.3 |
| 01/24/23 | DSM | Review Eagle document production | 0.8 |
| 01/24/23 | DSM | Review Fulton Bank document production to Bala Jain | 0.6 |
| 01/24/23 | DSM | Draft e-mail to Ms. Dragann and Mr. Warner regarding Jain deposition | 0.1 |
| 01/25/23 | DSM | Review documents produced by Eagle | 1.0 |
| 01/25/23 | DSM | Prepare for Mr. Jain deposition | 0.6 |
| 01/25/23 | DSM | Attend deposition of Mr. Jain; conference with Mr. Khan regarding calendar control | 3.0 |

# GORDON FEINBLATT LLC

ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.                              Invoice: 71313572
VIA EMAIL: Joseph E. Warner III                Invoice Date:  02/10/23
jwarner@fultonbank.com
                                               Page:  5

Client Number:   42372    Client Name:  Fulton Bank, N.A.

| **Date** | **Tkpr** | **Description** | **Hours** |
|---|---|---|---|
| 01/25/23 | DSM | Draft e-mail to Ms. Dragann regarding deposition and case status | 0.6 |
| 01/26/23 | DSM | Prepare for hearing on motion to quash lis pendens | 0.3 |
| 01/26/23 | DSM | Review documents produced by bank to Bala Jain | 0.6 |
| 01/26/23 | DSM | Review documents produced by bank pursuant to subpoena | 1.0 |
| 01/26/23 | DSM | Prepare for hearing on motion to quash lis pendens | 0.2 |
| 01/27/23 | DSM | Draft e-mail to Mr. Shaffer regarding Ijaz address | 0.1 |
| 01/27/23 | DSM | Draft e-mail to Ms. Dragann and Mr. Warner regarding hearing on motion to quash lis pendens | 0.3 |
| 01/27/23 | DSM | Attend hearing on motion to quash lis pendens; conference with Mr. Shaffer regarding Mr. Ijaz and settlement; prepare for hearing | 5.0 |
| 01/28/23 | DSM | Review documents produced by bank pursuant to subpoena | 1.4 |
| 01/28/23 | DSM | Additional review of documents produced by bank | 0.3 |
| 01/29/23 | DSM | Review documents produced by bank pursuant to subpoena | 1.5 |
| 01/29/23 | DSM | Continued review of documents produced by bank pursuant to subpoena | 1.4 |
| 01/30/23 | DSM | Review documents produced by bank pursuant to subpoena | 0.2 |
| 01/30/23 | DSM | Additional review of documents produced by bank payment to subpoena | 0.4 |
| 01/30/23 | DSM | Draft answers to interrogatories of Bala Jain LLC | 1.8 |
| 01/30/23 | DSM | Draft e-mail to Ms. Visvitae regarding word versions of discovery to Fulton Bank | 0.1 |
| 01/30/23 | DSM | Complete drafting e-mail to Ms. Dragann regarding hearing on motion to quash lis pendens | 0.5 |
| 01/31/23 | DSM | Final review and revision of answers to interrogatories | 0.7 |
| 01/31/23 | DSM | Draft e-mail to counsel regarding Kotz deposition rescheduling | 0.1 |

CHECKS MAY BE MADE PAYABLE TO: GORDON FEINBLATT LLC
TO ASSURE PROPER CREDIT PLEASE RETURN REMITTANCE COPY
Tax ID # 52-0627715

# GORDON FEINBLATT LLC
### ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71313572
Invoice Date:  02/10/23

Page:  6

Client Number:   42372    Client Name:  Fulton Bank, N.A.

| Date | Tkpr | Description | Hours |
|---|---|---|---|
| 01/31/23 | DSM | Final review and revision of response to document requests | 0.2 |
| 01/31/23 | DSM | Revise responses to interrogatories; review docket regarding certificate of service | 0.7 |
| 01/31/23 | DSM | Revise interrogatory responses | 0.3 |
| 01/31/23 | DSM | Draft responses to document requests | 2.0 |
| 01/31/23 | BMM | Review interrogatory procedures and draft e-mail to Mr. Musgrave ████████████ | 0.2 |
| | | **TOTAL HOURS** | **42.6** |

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Jerrold A. Thrope | 0.6 | at | $795.00 | = | 477.00 |
| David S. Musgrave | 41.2 | at | $575.00 | = | 23,690.00 |
| Bryan M. Mull | 0.8 | at | $425.00 | = | 340.00 |

| | | |
|---|---|---|
| | CURRENT FEES | $24,507.00 |
| | LESS: 10% DISCOUNT | ($2,554.20) |
| | FEES DUE | $21,952.80 |

**FOR COSTS ADVANCED AND EXPENSES INCURRED:**

| | | |
|---|---|---|
| Messenger Service | $48.98 | |
| Mileage, Local Transportation | $5.00 | |
| Postage | $38.80 | |
| Document Reproduction | $39.25 | |
| EXPENSES DUE | | $132.03 |

| | |
|---|---|
| **TOTAL AMOUNT OF THIS INVOICE** | **$22,084.83** |

# GORDON FEINBLATT LLC

ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71313572
Invoice Date:  02/10/23

Page:  7

Client Number:   42372   Client Name:  Fulton Bank, N.A.

---

## REMITTANCE COPY

### PLEASE ENCLOSE THIS REMITTANCE COPY WITH YOUR PAYMENT SO THAT YOUR ACCOUNT MAY BE PROPERLY CREDITED.

Total Due:                               $22,084.83

Amount Enclosed: $

### Please mail all checks to our LOCKBOX Listed below:
### Gordon Feinblatt LLC
### P.O. Box 746539
### Atlanta, GA   30374-6539

CHECKS MAY BE MADE PAYABLE TO: GORDON FEINBLATT LLC
TO ASSURE PROPER CREDIT PLEASE RETURN REMITTANCE COPY
Tax ID # 52-0627715

# GORDON FEINBLATT LLC
### ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71313572
Invoice Date:  02/10/23

Page:  8

Client Number:   42372   Client Name:  Fulton Bank, N.A.

---

**If you are making an electronic payment please send an email to acctdept@gfrlaw.com on the day you initiate payment including the Invoice and Matter number you are paying.**

**ACH & EFT INSTRUCTIONS**
**GORDON FEINBLATT LLC**
**ACCOUNT NAME: GORDON FEINBLATT LLC GENERAL**
**OPERATING ACCOUNT**
**BANK NAME: BANK OF AMERICA**
**100 S. CHARLES STREET**
**BALTIMORE, MD 21201**
**USA**
**ACCOUNT # 2000609289**
**ABA NO. 052001633**
**TYPE OF ACCOUNT CHECKING**
**BANK CONTACT ALISON GABIS**
**PHONE: 443-541-3620**

**WIRING INSTRUCTIONS**
**GORDON FEINBLATT LLC**
**ACCOUNT NAME: GORDON FEINBLATT LLC GENERAL**
**OPERATING ACCOUNT**
**ACCOUNT ADDRESS: 1001 FLEET STREET, SUITE 700**
**BALTIMORE, MD 21202-4346**
**BANK NAME: BANK OF AMERICA**
**100 S. CHARLES STREET**
**BALTIMORE, MD 21201   USA**
**ACCOUNT # 2000609289**
**ABA NO. 026009593**
**SWIFT CODE BOFAUS3N (FOR INTERNATIONAL WIRES**）

# GORDON FEINBLATT LLC
### ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71314844
Invoice Date:  03/07/23

Page:  1

Client Number:   42372   Client Name:  Fulton Bank, N.A.

---

**Matter No:**

**149975   Re:  Eagle Properties and Investments LLC**

FOR SERVICES RENDERED THROUGH: February 28, 2023

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 02/01/23 | DSM | Draft e-mail to Ms. Dragann regarding Shaffer e-mail | 0.3 | $172.50 |
| 02/01/23 | DSM | Telephone conference with Mr. Khan regarding notice for calendar control | 0.1 | $57.50 |
| 02/01/23 | DSM | Review e-mail from Ms. Dragann regarding discovery responses; revise same; draft e-mail regarding same to Ms. Dragann | 0.3 | $172.50 |
| 02/01/23 | DSM | Revise notice of calendar control; draft e-mail to Mr. Khan; review order; draft reply | 0.5 | $287.50 |
| 02/01/23 | DSM | Draft e-mail to counsel regarding Monika Jain deposition | 0.1 | $57.50 |
| 02/01/23 | DSM | Draft e-mail to Mr. Khan regarding calendar control regarding request for injunctive relief | 0.1 | $57.50 |
| 02/01/23 | DSM | Review signed settlement statements | 0.2 | $115.00 |
| 02/01/23 | DSM | Review Alexander pleadings - discovery responses, etc. | 0.3 | $172.50 |
| 02/01/23 | DSM | Revise answers to interrogatories | 0.2 | $115.00 |
| 02/01/23 | DSM | Draft e-mail to Ms. Dragann and Mr. Warner regarding discovery responses and strategy | 0.5 | $287.50 |
| 02/01/23 | DSM | Review e-mail from Mr. Khan regarding calendar control regarding hearing on injunctive relief; draft reply | 0.1 | $57.50 |

# GORDON FEINBLATT LLC
## ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71314844
Invoice Date:  03/07/23

Page:  2

Client Number:   42372   Client Name:  Fulton Bank, N.A.

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 02/01/23 | DSM | Draft e-mail to Mr. Warner regarding default notice | 0.3 | $172.50 |
| 02/01/23 | DSM | Review e-mail from Mr. Warner regarding default notice; review e-mail from Ms. Dragann regarding document production; draft reply | 0.1 | $57.50 |
| 02/02/23 | DSM | Review subpoena to Fulton Bank regarding conference call with Ms. Dragann | 0.3 | $172.50 |
| 02/02/23 | DSM | Prepare for conference call with Ms. Dragann | 0.1 | $57.50 |
| 02/02/23 | DSM | Review e-mail from Mr. Khan regarding calendar control | 0.1 | $57.50 |
| 02/02/23 | DSM | Telephone conference with Mr. Khan regarding calendar control; review related e-mails regarding preliminary injunction | 0.2 | $115.00 |
| 02/02/23 | DSM | Telephone conference with Mr. Khan regarding calendar control | 0.2 | $115.00 |
| 02/02/23 | DSM | Telephone conference with Ms. Dragann and Mr. Warner regarding strategy, etc. | 0.7 | $402.50 |
| 02/02/23 | DSM | Draft e-mail to Mr. Burns regarding Bala Jain deposition | 0.1 | $57.50 |
| 02/03/23 | DSM | Telephone conference with Mr. Stern regarding litigation status and MainStreet Bank | 0.6 | $345.00 |
| 02/03/23 | DSM | Draft e-mail to Mr. Stern regarding docket, etc. | 0.1 | $57.50 |
| 02/03/23 | DSM | Draft e-mail to counsel regarding depositions of Mr. Kotz and Monika Jain | 0.1 | $57.50 |
| 02/03/23 | DSM | Review and finalize discovery responses | 0.2 | $115.00 |
| 02/03/23 | DSM | Draft e-mail to counsel regarding discovery responses | 0.1 | $57.50 |
| 02/03/23 | DSM | Review answers to admissions of First Class Title | 0.1 | $57.50 |

CHECKS MAY BE MADE PAYABLE TO: GORDON FEINBLATT LLC
TO ASSURE PROPER CREDIT PLEASE RETURN REMITTANCE COPY
Tax ID # 52-0627715

# GORDON FEINBLATT LLC
### ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000   FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71314844
Invoice Date:  03/07/23

Page:  3

Client Number:   42372   Client Name:  Fulton Bank, N.A.

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 02/06/23 | DSM | Prepare for deposition of Mr. Jain, assemble exhibits | 3.5 | $2,012.50 |
| 02/06/23 | DSM | Review amended deposition notices for Kotz and Jain | 0.1 | $57.50 |
| 02/06/23 | DSM | Review Praecipe regarding motion to compel discovery | 0.1 | $57.50 |
| 02/07/23 | DSM | Prepare for Jain deposition - assemble exhibits | 2.0 | $1,150.00 |
| 02/07/23 | DSM | Final preparation for Jain deposition | 0.9 | $517.50 |
| 02/08/23 | DSM | Attend deposition of Mr. Jain | 10.0 | $5,750.00 |
| 02/09/23 | DSM | Draft e-mail to Ms. Dragann and Mr. Warner regarding Jain deposition | 0.5 | $287.50 |
| 02/10/23 | DSM | Revise e-mail to Ms. Dragann and Mr. Warner regarding Jain deposition | 0.7 | $402.50 |
| 02/10/23 | DSM | Draft e-mail to Ms. Dragann regarding Jain deposition | 0.1 | $57.50 |
| 02/10/23 | DSM | Draft e-mail to Mr. Warner regarding Amit Jain deposition | 0.2 | $115.00 |
| 02/12/23 | DSM | Review amended deposition notices | 0.1 | $57.50 |
| 02/13/23 | DSM | Draft e-mail to Mr. Khan regarding filnancial information request | 0.1 | $57.50 |
| 02/13/23 | DSM | Review e-mail from Mr. Warner regarding financial information; review document production; draft e-mail to Mr. Warner regarding same | 0.5 | $287.50 |
| 02/13/23 | DSM | Draft e-mail to Mr. Burns and Mr. Khan regarding deposition of Bala Jain, LLC | 0.1 | $57.50 |
| 02/19/23 | DSM | Prepare for deposition of Mr. Kotz | 1.4 | $805.00 |

# GORDON FEINBLATT LLC
## ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000   FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71314844
Invoice Date:  03/07/23

Page:  4

Client Number:   42372    Client Name:  Fulton Bank, N.A.

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 02/21/23 | DSM | Attend Mr. Kotz deposition | 9.0 | $5,175.00 |
| 02/23/23 | DSM | Telephone conference with Mr. Khan regarding financial information request | 0.2 | $115.00 |
| 02/24/23 | DSM | Prepare for Amit Jain's continued deposition; review leases and tax returns, assemble exhibits | 3.5 | $2,012.50 |
| 02/24/23 | DSM | Draft e-mail to Mr. Warner regarding tax matters | 0.1 | $57.50 |
| 02/24/23 | DSM | Review notice of deposition of Amit Jain for February 27, 2023 | 0.1 | $57.50 |
| 02/24/23 | DSM | Draft e-mail to Mr. Shaffer regarding start time of deposition | 0.1 | $57.50 |
| 02/25/23 | DSM | Complete preparation for Amit Jain deposition | 1.8 | $1,035.00 |
| 02/27/23 | DSM | Attend continued deposition of Amit Jain | 8.0 | $4,600.00 |
| | | TOTAL HOURS | 49.1 | |

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| David S. Musgrave | 49.1 at | $575.00 = | $28,232.50 |
| | | CURRENT FEES | $28,232.50 |
| | | LESS: 10% DISCOUNT | ($2,823.25) |
| | | FEES DUE | $25,409.25 |

# GORDON FEINBLATT LLC

ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000   FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71314844
Invoice Date:  03/07/23

Page:  5

Client Number:   42372    Client Name:  Fulton Bank, N.A.

**FOR COSTS ADVANCED AND EXPENSES INCURRED:**

| | |
|---|---|
| Depositions, Transcripts | $2,832.10 |
| Mileage, Local Transportation | $85.19 |
| Other Outside Copying, Scanning | $2,596.47 |
| Postage | $23.76 |
| Document Reproduction | $166.60 |
| EXPENSES DUE | $5,704.12 |

**TOTAL AMOUNT OF THIS INVOICE**        **$31,113.37**

# GORDON FEINBLATT LLC

### ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71314844
Invoice Date:  03/07/23

Page:  6

Client Number:   42372   Client Name:  Fulton Bank, N.A.

---

## REMITTANCE COPY

### PLEASE ENCLOSE THIS REMITTANCE COPY WITH YOUR PAYMENT SO THAT YOUR ACCOUNT MAY BE PROPERLY CREDITED.

Current Invoice Amount                    $31,113.37

Amount Enclosed: $

### Please mail all checks to our LOCKBOX Listed below:
### Gordon Feinblatt LLC
### P.O. Box 746539
### Atlanta, GA   30374-6539

CHECKS MAY BE MADE PAYABLE TO: GORDON FEINBLATT LLC
TO ASSURE PROPER CREDIT PLEASE RETURN REMITTANCE COPY
Tax ID # 52-0627715

# GORDON FEINBLATT LLC
## ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71314844
Invoice Date:  03/07/23

Page:  7

Client Number:   42372   Client Name:  Fulton Bank, N.A.

---

**If you are making an electronic payment please send an email to acctdept@gfrlaw.com on the day you initiate payment including the Invoice and Matter number you are paying.**

**ACH & EFT INSTRUCTIONS**
**GORDON FEINBLATT LLC**
**ACCOUNT NAME: GORDON FEINBLATT LLC GENERAL**
**OPERATING ACCOUNT**
**BANK NAME: BANK OF AMERICA**
**100 S. CHARLES STREET**
**BALTIMORE, MD 21201**
**USA**
**ACCOUNT # 2000609289**
**ABA NO. 052001633**
**TYPE OF ACCOUNT CHECKING**
**BANK CONTACT ALISON GABIS**
**PHONE: 443-541-3620**

**WIRING INSTRUCTIONS**
**GORDON FEINBLATT LLC**
**ACCOUNT NAME: GORDON FEINBLATT LLC GENERAL**
**OPERATING ACCOUNT**
**ACCOUNT ADDRESS: 1001 FLEET STREET, SUITE 700**
**BALTIMORE, MD 21202-4346**
**BANK NAME: BANK OF AMERICA**
**100 S. CHARLES STREET**
**BALTIMORE, MD 21201    USA**
**ACCOUNT # 2000609289**
**ABA NO. 026009593**
**SWIFT CODE BOFAUS3N (FOR INTERNATIONAL WIRES)**

CHECKS MAY BE MADE PAYABLE TO: GORDON FEINBLATT LLC
TO ASSURE PROPER CREDIT PLEASE RETURN REMITTANCE COPY
Tax ID # 52-0627715

# GORDON FEINBLATT LLC

ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000   FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71316139
Invoice Date:  04/14/23

Page:  1

Client Number:   42372   Client Name:  Fulton Bank, N.A.

**Matter No:**

**149975   Re:  Eagle Properties and Investments LLC**

FOR SERVICES RENDERED THROUGH: March 31, 2023

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 03/01/23 | DSM | Attend deposition of Monika Jain | 2.7 | $1,552.50 |
| 03/01/23 | DSM | Attend Monika Jain deposition | 0.9 | $517.50 |
| 03/03/23 | DSM | Telephone conference with Ms. Dragann regarding status | 0.2 | $115.00 |
| 03/03/23 | DSM | Review e-mails regarding continuance of Amit Jain deposition | 0.1 | $57.50 |
| 03/03/23 | DSM | Review e-mail regarding deposition of Mr. Jain; draft e-mail to counsel regarding same | 0.2 | $115.00 |
| 03/07/23 | DSM | Draft e-mail to parties regarding continued deposition of Mr. Jain | 0.2 | $115.00 |
| 03/07/23 | DSM | Draft e-mail to Ms. Murphy regarding Jain deposition | 0.1 | $57.50 |
| 03/07/23 | DSM | Telephone conference with Mr. Warner regarding status and budget | 0.3 | $172.50 |
| 03/08/23 | BMM | Legal research regarding summary judgment requirements and standards. | 0.7 | $297.50 |
| 03/08/23 | DSM | Continue reviewing pleadings, etc. regarding budget | 0.7 | $402.50 |
| 03/08/23 | DSM | Draft e-mail to Mr. Warner regarding status and budget | 1.0 | $575.00 |

# GORDON FEINBLATT LLC
## ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000   FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71316139
Invoice Date:  04/14/23
Page:  2

Client Number:   42372    Client Name:  Fulton Bank, N.A.

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 03/08/23 | DSM | Review e-mail from Ms. Dragann regarding deposition of Amit Jain; review same; draft e-mail to Mr. Dragann regarding same | 0.3 | $172.50 |
| 03/08/23 | DSM | Draft e-mail to Ms. Dragann regarding Jain deposition | 0.1 | $57.50 |
| 03/08/23 | DSM | Review e-mail from Ms. Dragann regarding Jain deposition | 0.1 | $57.50 |
| 03/08/23 | DSM | Review Amit Jain deposition transcript; draft e-mail to Ms. Dragann regarding same | 0.5 | $287.50 |
| 03/08/23 | DSM | Draft e-mail to Mr. Shaffer regarding deposition exhibits | 0.1 | $57.50 |
| 03/09/23 | BMM | Legal research ███████████ | 0.3 | $127.50 |
| 03/09/23 | DSM | Review file regarding missing deposition exhibits; draft e-mail to Ms. Canales and Mr. Shaffer regarding same | 0.2 | $115.00 |
| 03/09/23 | DSM | Draft e-mail to bank counsel regarding joint hearing | 0.1 | $57.50 |
| 03/09/23 | DSM | Draft e-mail to Mr. Warner regarding collection of legal fees | 0.2 | $115.00 |
| 03/09/23 | DSM | Draft e-mail to Mr. Mull ██████████ | 0.1 | $57.50 |
| 03/10/23 | DSM | Draft e-mail to Mr. Shaffer regarding exhibits | 0.1 | $57.50 |
| 03/11/23 | DSM | Review exhibits; prepare for Mr. Jain deposition | 1.4 | $805.00 |
| 03/12/23 | DSM | Review First Class Title memorandum in support of demurrer | 0.1 | $57.50 |
| 03/13/23 | DSM | Draft e-mail to Mr. Wood regarding 4/10 hearing | 0.1 | $57.50 |

# GORDON FEINBLATT LLC
## ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71316139
Invoice Date:  04/14/23

Page:  3

Client Number:   42372   Client Name:  Fulton Bank, N.A.

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 03/13/23 | DSM | Draft e-mail to court reporter confirming Jain deposition | 0.1 | $57.50 |
| 03/13/23 | DSM | Final preparation for Jain deposition | 0.4 | $230.00 |
| 03/14/23 | DSM | Attend deposition of Amit Jain | 5.0 | $2,875.00 |
| 03/16/23 | DSM | Draft e-mail to Ms. Dragann and Mr. Warner regarding Jain deposition | 1.2 | $690.00 |
| 03/16/23 | DSM | Draft e-mail to Ms. Dragann regarding pending discovery | 0.1 | $57.50 |
| 03/16/23 | DSM | Draft e-mail to Mr. Warner regarding Bala Jain LLC███████████ | 0.1 | $57.50 |
| 03/16/23 | DSM | Draft e-mail to Mr. Warner regarding Ijaz deposition | 0.1 | $57.50 |
| 03/17/23 | DSM | Draft e-mail to Ms. Dragann regarding Eagle request for document production | 0.1 | $57.50 |
| 03/18/23 | DSM | Review motion to extend time to comply with discovery | 0.1 | $57.50 |
| 03/21/23 | DSM | Telephone conference with Mr. Dragann regarding production of documents; draft e-mail to Mr. Khan regarding same | 0.2 | $115.00 |
| 03/23/23 | DSM | Review bank documents to be produced to Eagle | 0.1 | $57.50 |
| 03/26/23 | DSM | Review subpoena to Mr. Ijaz | 0.1 | $57.50 |
| 03/26/23 | DSM | Additional review of subpoenas to Mr. Ijaz; draft e-mail to Ms. Dragann and Mr. Warner regarding same | 0.3 | $172.50 |
| 03/27/23 | DSM | Conference with Mr. Thrope regarding litigation strategy | 0.4 | $230.00 |

# GORDON FEINBLATT LLC
## ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71316139
Invoice Date:  04/14/23

Page:  4

Client Number:   42372    Client Name:  Fulton Bank, N.A.

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 03/27/23 | DSM | Review motion for appointment of receiver and injunctive relief and standards for appointment of receiver; draft e-mail to Ms. Dragann and Mr. Warner regarding same | 1.5 | $862.50 |
| 03/27/23 | JAT | Review materials from Mr. Musgrave; telephone conversation with Mr. Musgrave regarding litigation issues | 0.7 | $556.50 |
| 03/27/23 | DSM | Conference with Mr. Mull regarding response to Bala Jain request for injunctive relief | 0.1 | $57.50 |
| 03/27/23 | DSM | Telephone conference with Ms. Dragann ███████ ██████ | 0.2 | $115.00 |
| 03/27/23 | DSM | Review Plea in Bar of Atlantic Union Bank | 0.1 | $57.50 |
| 03/27/23 | DSM | Draft e-mail to Mr. Warner regarding subpoena to Mr. Ijaz | 0.1 | $57.50 |
| 03/27/23 | DSM | Draft e-mail to Mr. Thrope ███████████ | 0.2 | $115.00 |
| 03/27/23 | DSM | Review Bala Jain opposition to First Class Title Demurrer | 0.4 | $230.00 |
| 03/28/23 | DSM | Draft e-mail to Ms. Dragann regarding Tamoor Ijaz | 0.1 | $57.50 |
| 03/28/23 | DSM | Draft e-mail to Mr. Shaffer regarding documents produced by Mr. Ijaz | 0.1 | $57.50 |
| 03/28/23 | DSM | Draft e-mail to Ms. Dragann regarding request for injunctive relief | 0.1 | $57.50 |
| 03/28/23 | BMM | Review motion for injunction/receiver; legal research regarding same; conference with Mr. Musgrave regarding opposition | 1.5 | $637.50 |
| 03/28/23 | DSM | Conference with Mr. Mull regarding opposition to motion for appointment of receiver, etc. | 0.1 | $57.50 |

# GORDON FEINBLATT LLC

ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71316139
Invoice Date:  04/14/23

Page:  5

Client Number:   42372    Client Name:  Fulton Bank, N.A.

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 03/29/23 | BMM | Draft opposition to motion for receiver and injunction. | 3.0 | $1,275.00 |
| 03/30/23 | DSM | Telephone conference with Ms. Greene regarding bankruptcy representation | 0.1 | $57.50 |
| 03/30/23 | DSM | Telephone conference with Ms. Greene regarding bankruptcy | 0.2 | $115.00 |
| 03/31/23 | DSM | Revise opposition to motion for injunction relief | 0.2 | $115.00 |
| 03/31/23 | DSM | Assemble opposition for filing - exhibits | 0.4 | $230.00 |
| 03/31/23 | BMM | Assemble exhibits to opposition brief; finalize for filing | 0.7 | $297.50 |
|  |  | TOTAL HOURS | 28.9 |  |

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|--|------|--|-------|
| Jerrold A. Thrope | 0.7 | at | $795.00 | = | $556.50 |
| David S. Musgrave | 22.0 | at | $575.00 | = | $12,650.00 |
| Bryan M. Mull | 6.2 | at | $425.00 | = | $2,635.00 |
|  |  | CURRENT FEES | | | $15,841.50 |
|  |  | LESS: 10% DISCOUNT | | | ($1,584.15) |
|  |  | FEES DUE | | | $14,257.35 |

# GORDON FEINBLATT LLC

### ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000   FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71316139
Invoice Date:  04/14/23

Page:  6

Client Number:   42372   Client Name:  Fulton Bank, N.A.

---

**FOR COSTS ADVANCED AND EXPENSES INCURRED:**

| | |
|---|---|
| Depositions, Transcripts | $2,466.60 |
| Mileage, Local Transportation | $216.92 |
| Document Reproduction | $103.95 |
| EXPENSES DUE | $2,787.47 |

**TOTAL AMOUNT OF THIS INVOICE**     **$17,044.82**

# GORDON FEINBLATT LLC

### ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71316139
Invoice Date:  04/14/23
Page:  7

Client Number:   42372    Client Name:  Fulton Bank, N.A.

---

## REMITTANCE COPY

### PLEASE ENCLOSE THIS REMITTANCE COPY WITH YOUR PAYMENT SO THAT YOUR ACCOUNT MAY BE PROPERLY CREDITED.

Total Due:                         $17,044.82

Amount Enclosed: $

### Please mail all checks to our LOCKBOX Listed below:
### Gordon Feinblatt LLC
### P.O. Box 746539
### Atlanta, GA   30374-6539

CHECKS MAY BE MADE PAYABLE TO: GORDON FEINBLATT LLC
TO ASSURE PROPER CREDIT PLEASE RETURN REMITTANCE COPY
Tax ID # 52-0627715

# GORDON FEINBLATT LLC
ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71316139
Invoice Date:  04/14/23
Page:  8

Client Number:   42372   Client Name:  Fulton Bank, N.A.

**If you are making an electronic payment please send an email to acctdept@gfrlaw.com on the day you initiate payment including the Invoice and Matter number you are paying.**

**ACH & EFT INSTRUCTIONS**
**GORDON FEINBLATT LLC**
**ACCOUNT NAME: GORDON FEINBLATT LLC GENERAL**
**OPERATING ACCOUNT**
**BANK NAME: BANK OF AMERICA**
**100 S. CHARLES STREET**
**BALTIMORE, MD 21201**
**USA**
**ACCOUNT # 2000609289**
**ABA NO. 052001633**
**TYPE OF ACCOUNT CHECKING**
**BANK CONTACT ALISON GABIS**
**PHONE: 443-541-3620**

**WIRING INSTRUCTIONS**
**GORDON FEINBLATT LLC**
**ACCOUNT NAME: GORDON FEINBLATT LLC GENERAL**
**OPERATING ACCOUNT**
**ACCOUNT ADDRESS: 1001 FLEET STREET, SUITE 700**
**BALTIMORE, MD 21202-4346**
**BANK NAME: BANK OF AMERICA**
**100 S. CHARLES STREET**
**BALTIMORE, MD 21201    USA**
**ACCOUNT # 2000609289**
**ABA NO. 026009593**
**SWIFT CODE BOFAUS3N (FOR INTERNATIONAL WIRES**)

# GORDON FEINBLATT LLC

### ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71317459
Invoice Date:  05/09/23

Page:  1

Client Number:   42372   Client Name:  Fulton Bank, N.A.

---

**Matter No:**

**149975   Re:  Eagle Properties and Investments LLC**

FOR SERVICES RENDERED THROUGH: April 30, 2023

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 04/03/23 | DSM | Draft e-mail to Ms. Zinsner regarding April 10 hearing | 0.2 | $115.00 |
| 04/03/23 | DSM | Draft e-mail to Mr. Wood regarding April 10 hearing | 0.2 | $115.00 |
| 04/03/23 | DSM | Draft e-mail to Mr. Warner regarding bankruptcy filing | 0.1 | $57.50 |
| 04/03/23 | DSM | Draft e-mail to Mr. Warner regarding expense of bankruptcy | 0.1 | $57.50 |
| 04/03/23 | DSM | Draft e-mail to Mr. Shaffer regarding exhibit stipulations | 0.1 | $57.50 |
| 04/05/23 | DSM | Review e-mail from Mr. Shaffer regarding April 10 hearing; review opposition; draft e-mail to Ms. Greene; telephone conference with Ms. Greene regarding bankruptcy filing | 0.3 | $172.50 |
| 04/05/23 | DSM | Draft e-mails to Ms. Greene and Mr. Shaffer regarding cancellation of hearings, bankruptcy, etc.; draft e-mail to Mr. Warner and Ms. Dragann regarding cancellation of hearing | 0.3 | $172.50 |
| 04/06/23 | DSM | Review e-mail from Mr. Shaffer regarding April 10 hearing; draft e-mail regarding same to Ms. Dragann and Mr. Warner; draft e-mail to Mr. Khan regarding hearing | 0.1 | $57.50 |

# GORDON FEINBLATT LLC
## ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.                                    Invoice: 71317459
VIA EMAIL: Joseph E. Warner III                      Invoice Date:  05/09/23
jwarner@fultonbank.com
                                                     Page:  2

Client Number:   42372   Client Name:  Fulton Bank, N.A.

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 04/07/23 | DSM | Review e-mail from Ms. Greene regarding bankruptcy; review Shaffer e-mail regarding same; draft e-mails to Ms. Dragann and Mr. Warner regarding same | 0.2 | $115.00 |
| 04/07/23 | DSM | Review e-mail from Mr. Khan regarding order staying case; review e-mail to Ms. McClintock regarding order staying case | 0.1 | $57.50 |
| 04/07/23 | DSM | Review Voluntary Petition, Schedules and Statement of Affairs; draft notice of appearance | 0.3 | $172.50 |
| 04/08/23 | DSM | Review First Class Title's reply in support of demurrer | 0.1 | $57.50 |
| 04/08/23 | DSM | Draft e-mail to Mr. Warner regarding schedules and statement of affairs filed on April 6, 2023 | 0.8 | $460.00 |
| 04/11/23 | DSM | Review Initial Scheduling Order | 0.1 | $57.50 |
| 04/11/23 | DSM | Review Warner e-mail regarding plan, etc.; review Bankruptcy Rules; draft reply | 0.4 | $230.00 |
| 04/11/23 | DSM | Review Scheduling Order; draft reply to Ms. Greene regarding same | 0.2 | $115.00 |
| 04/11/23 | DSM | Draft e-mail to Mr. Warner and Ms. Dragann regarding adversary proceeding | 0.3 | $172.50 |
| 04/11/23 | DSM | Review e-mail rom Ms. Greene and draft pleadings for injunction | 0.4 | $230.00 |
| 04/13/23 | DSM | Review Consent Order Conditioning Rights of Debtor in Possession; draft e-mail to Mr. Warner regarding same | 0.1 | $57.50 |
| 04/18/23 | DSM | Draft e-mail to Ms. Dragann regarding inquiry from Roland Jones | 0.1 | $57.50 |

# GORDON FEINBLATT LLC
### ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.                           Invoice: 71317459
VIA EMAIL: Joseph E. Warner III             Invoice Date: 05/09/23
jwarner@fultonbank.com
                                            Page: 3

Client Number:   42372   Client Name:  Fulton Bank, N.A.

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 04/18/23 | DSM | Draft e-mail to Ms. Greene regarding past-due payments | 0.2 | $115.00 |
| 04/19/23 | DSM | Telephone conference with Ms. Greene regarding cash collateral, etc. | 0.6 | $345.00 |
| 04/19/23 | DSM | Review e-mail from Ms. Greene; draft reply regarding cash collateral etc. | 0.1 | $57.50 |
| 04/19/23 | DSM | Review cash collateral orders regarding real property collateral; review defaults; draft e-mail to Mr. Warner regarding same | 0.5 | $287.50 |
| 04/20/23 | DSM | Review loan documents for spreader language; draft e-mail to Mr. Warner regarding sane | 0.7 | $402.50 |
| 04/20/23 | DSM | Continue drafting e-mail to Mr. Warner regarding rental income/cash collateral | 0.2 | $115.00 |
| 04/20/23 | DSM | Draft e-mail to Mr. Warner regarding access for appraisal purposes | 0.1 | $57.50 |
| 04/20/23 | DSM | Review cash collateral issues | 0.1 | $57.50 |
| 04/21/23 | DSM | Draft proposed cash collateral order | 1.5 | $862.50 |
| 04/22/23 | DSM | Review proof of claim of Mr. Goldsmith | 0.1 | $57.50 |
| 04/22/23 | DSM | Draft e-mail to Mr. Warner regarding filing proof of claim | 0.1 | $57.50 |
| 04/23/23 | DSM | Draft e-mail to Ms. Greene regarding cash collateral | 0.5 | $287.50 |
| 04/23/23 | DSM | Revise cash collateral order | 0.3 | $172.50 |
| 04/24/23 | BMM | Draft motion to prohibit use of cash collateral. | 1.5 | $637.50 |
| 04/24/23 | DSM | Conference with Mr. Mull regarding motion to prohibit use of cash collateral | 0.2 | $115.00 |
| 04/24/23 | DSM | Revise order for use of cash collateral | 0.2 | $115.00 |

# GORDON FEINBLATT LLC
## ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71317459
Invoice Date:  05/09/23

Page:  4

Client Number:   42372    Client Name:  Fulton Bank, N.A.

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 04/24/23 | DSM | Review Bankruptcy Rules regarding statement of income and expenses; review docket; review payables and payments due; review initial filing | 1.0 | $575.00 |
| 04/24/23 | DSM | Revise motion and notice for use of cash collateral | 0.2 | $115.00 |
| 04/24/23 | DSM | Draft e-mail to Ms. Greene regarding schedule of income and expenditures, and appraisals | 0.1 | $57.50 |
| 04/25/23 | DSM | Final review of cash collateral order and e-mail to Ms. Greene regarding past-due payments | 0.1 | $57.50 |
| 04/25/23 | DSM | Review and file motion to prohibit use of cash collateral | 0.2 | $115.00 |
| 04/25/23 | DSM | Review e-mail from Ms. Greene regarding use of cash collateral; draft e-mail to Mr. Warner regarding same | 0.2 | $115.00 |
| 04/25/23 | DSM | Draft e-mail to Ms. Greene regarding past-due amounts | 0.2 | $115.00 |
| 04/25/23 | DSM | Continue drafting e-mail to Ms. Greene regarding past-due payments | 0.6 | $345.00 |
| 04/25/23 | DSM | Revise cash collateral order | 0.1 | $57.50 |
| 04/25/23 | BMM | Review local rules regarding motion procedures; conference with Mr. Musgrave regarding same | 0.2 | $85.00 |
| 04/26/23 | DSM | Telephone conference with Mr. Fasano regarding Goldsmith claim | 0.4 | $230.00 |
| 04/26/23 | DSM | Draft e-mail to Ms. Greene regarding draft cash collateral order | 0.1 | $57.50 |
| 04/26/23 | DSM | Revise e-mail to Ms. Greene regarding past-due payments | 0.1 | $57.50 |
| 04/26/23 | DSM | Draft e-mail to Mr. Warner regarding cash collateral order | 0.1 | $57.50 |

# GORDON FEINBLATT LLC
## ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.                                  Invoice: 71317459
VIA EMAIL: Joseph E. Warner III                    Invoice Date:  05/09/23
jwarner@fultonbank.com
                                                   Page:  5

Client Number:   42372   Client Name:  Fulton Bank, N.A.

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 04/27/23 | DSM | Telephone conference with Ms. Greene regarding Airbnb garnishment | 0.1 | $57.50 |
| 04/27/23 | DSM | Telephone conference with Mr. Patrick regarding engagement as financial advisor and tax issues | 0.2 | $115.00 |
| 04/28/23 | DSM | Review joinder; draft e-mail to Mr. Warner regarding same | 0.2 | $115.00 |
| 04/28/23 | DSM | Telephone conference with Mr. Root regarding filing motion to prohibit use of cash collateral | 0.1 | $57.50 |
| 04/28/23 | DSM | Draft e-mail to Mr. Warner regarding status report | 0.3 | $172.50 |
| 04/28/23 | DSM | Draft e-mail to Ms. Greene regarding Secure Funding and cash collateral | 0.1 | $57.50 |
| 04/30/23 | DSM | Review e-mail from Ms. Greene regarding cash collateral use; draft reply | 0.1 | $57.50 |
| | | TOTAL HOURS | 16.1 | |

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|--|------|--|-------|
| David S. Musgrave | 14.4 | at | $575.00 | = | $8,280.00 |
| Bryan M. Mull | 1.7 | at | $425.00 | = | $722.50 |
| | | | CURRENT FEES | | $9,002.50 |
| | | | LESS: 10% DISCOUNT | | ($900.25) |
| | | | FEES DUE | | $8,102.25 |

# GORDON FEINBLATT LLC
### ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000   FAX: (410) 576-4246

Fulton Bank, N.A.                                    Invoice: 71317459
VIA EMAIL: Joseph E. Warner III                      Invoice Date:  05/09/23
jwarner@fultonbank.com
                                                     Page:  6

Client Number:   42372   Client Name:  Fulton Bank, N.A.

---

**FOR COSTS ADVANCED AND EXPENSES INCURRED:**

| | |
|---|---|
| Messenger Service | $28.30 |
| Postage | $66.00 |
| Document Reproduction | $30.30 |
| EXPENSES DUE | $124.60 |

**TOTAL AMOUNT OF THIS INVOICE**          **$8,226.85**

# GORDON FEINBLATT LLC

### ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71317459
Invoice Date:  05/09/23

Page:  7

Client Number:   42372   Client Name:  Fulton Bank, N.A.

---

## REMITTANCE COPY

### PLEASE ENCLOSE THIS REMITTANCE COPY WITH YOUR PAYMENT SO THAT YOUR ACCOUNT MAY BE PROPERLY CREDITED.

Total Due:                                $8,226.85

Amount Enclosed: $

### Please mail all checks to our LOCKBOX Listed below:
### Gordon Feinblatt LLC
### P.O. Box 746539
### Atlanta, GA   30374-6539

CHECKS MAY BE MADE PAYABLE TO: GORDON FEINBLATT LLC
TO ASSURE PROPER CREDIT PLEASE RETURN REMITTANCE COPY
Tax ID # 52-0627715

# GORDON FEINBLATT LLC

ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000   FAX: (410) 576-4246

Fulton Bank, N.A.                                    Invoice: 71317459
VIA EMAIL: Joseph E. Warner III                      Invoice Date:  05/09/23
jwarner@fultonbank.com
                                                     Page:  8

Client Number:   42372    Client Name:  Fulton Bank, N.A.

---

**If you are making an electronic payment please send an email to acctdept@gfrlaw.com on the day you initiate payment including the Invoice and Matter number you are paying.**

**ACH & EFT INSTRUCTIONS**
**GORDON FEINBLATT LLC**
**ACCOUNT NAME: GORDON FEINBLATT LLC GENERAL OPERATING ACCOUNT**
**BANK NAME: BANK OF AMERICA**
**100 S. CHARLES STREET**
**BALTIMORE, MD 21201**
**USA**
**ACCOUNT # 2000609289**
**ABA NO. 052001633**
**TYPE OF ACCOUNT CHECKING**
**BANK CONTACT ALISON GABIS**
**PHONE: 443-541-3620**

**WIRING INSTRUCTIONS**
**GORDON FEINBLATT LLC**
**ACCOUNT NAME: GORDON FEINBLATT LLC GENERAL OPERATING ACCOUNT**
**ACCOUNT ADDRESS: 1001 FLEET STREET, SUITE 700**
**BALTIMORE, MD 21202-4346**
**BANK NAME: BANK OF AMERICA**
**100 S. CHARLES STREET**
**BALTIMORE, MD 21201    USA**
**ACCOUNT # 2000609289**
**ABA NO. 026009593**
**SWIFT CODE BOFAUS3N (FOR INTERNATIONAL WIRES)**

CHECKS MAY BE MADE PAYABLE TO: GORDON FEINBLATT LLC
TO ASSURE PROPER CREDIT PLEASE RETURN REMITTANCE COPY
Tax ID # 52-0627715

# GORDON FEINBLATT LLC
## ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71318844
Invoice Date:  06/08/23

Page:  1

Client Number:   42372   Client Name:  Fulton Bank, N.A.

**Matter No:**

**149975   Re:  Eagle Properties and Investments LLC**

FOR SERVICES RENDERED THROUGH: May 31, 2023

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 05/01/23 | DSM | Draft e-mail to Mr. Warner regarding Shaffer Notice of Appearance | 0.1 | $57.50 |
| 05/01/23 | DSM | Review e-mail from Ms. Greene and revisions to cash collateral order | 0.4 | $230.00 |
| 05/01/23 | DSM | Telephone conference with Ms. Greene regarding cash collateral | 0.4 | $230.00 |
| 05/01/23 | DSM | Telephone conference with Mr. Shaffer regarding objection to payments to Bank from rental income | 0.2 | $115.00 |
| 05/01/23 | DSM | Draft e-mail to Mr. Warner regarding conversations with Ms. Greene and Mr. Shaffer | 0.5 | $287.50 |
| 05/02/23 | DSM | Telephone conference with Mr. Warner regarding use of cash collateral | 0.2 | $115.00 |
| 05/02/23 | DSM | Review Bala Jain pleading | 0.4 | $230.00 |
| 05/02/23 | DSM | Review of exhibits to Bala Jain pleading | 0.3 | $172.50 |
| 05/02/23 | DSM | Review e-mail and attachment from Ms. Greene; telephone conference with Ms. Greene regarding same | 0.2 | $115.00 |
| 05/02/23 | DSM | Review follow-up e-mail and rent report; draft e-mail to Mr. Warner regarding same | 0.3 | $172.50 |
| 05/02/23 | BMM | Review hearing procedures regarding exhibit/witness lists; review response to cash collateral motion | 0.4 | $170.00 |

# GORDON FEINBLATT LLC
### ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000   FAX: (410) 576-4246

Fulton Bank, N.A.                          Invoice: 71318844
VIA EMAIL: Joseph E. Warner III            Invoice Date: 06/08/23
jwarner@fultonbank.com
                                           Page: 2

Client Number:   42372   Client Name:  Fulton Bank, N.A.

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 05/02/23 | DSM | Draft e-mail to Ms. Greene regarding list of rents collected | 0.1 | $57.50 |
| 05/03/23 | DSM | Review reply to Bala Jain pleading; revise same; prepare for hearing | 0.6 | $345.00 |
| 05/03/23 | DSM | Revise reply to Bala Jain response; draft e-mail to Ms. Greene regarding payment proposal | 1.0 | $575.00 |
| 05/03/23 | DSM | Review Motion to Continue Hearing | 0.2 | $115.00 |
| 05/03/23 | DSM | Draft e-mail to Ms. Greene regarding Airbnb rental income | 0.1 | $57.50 |
| 05/03/23 | DSM | Revise draft cash collateral order; draft e-mail to Ms. Greene regarding same | 0.2 | $115.00 |
| 05/03/23 | DSM | Revise proof of claim | 0.7 | $402.50 |
| 05/03/23 | DSM | Continue revising cash collateral order; telephone conference with Ms. Greene regarding Bala Jain, etc. | 1.3 | $747.50 |
| 05/03/23 | DSM | Draft Rider to Proof of Claim | 0.9 | $517.50 |
| 05/03/23 | DSM | Revise cash collateral order | 0.2 | $115.00 |
| 05/03/23 | DSM | Additional review of Bala Jain response and conference with Mr. Mull regarding reply; draft e-mail to Mr. Warner regarding same | 0.7 | $402.50 |
| 05/03/23 | DSM | Revise order on motion to prohibit use of cash collateral | 0.4 | $230.00 |
| 05/03/23 | BMM | Review response to cash collateral motion; conference with Mr. Musgrave regarding same | 0.5 | $212.50 |
| 05/03/23 | BMM | Draft reply to Bala Jain's response to cash collateral motion. | 2.2 | $935.00 |
| 05/04/23 | DSM | Revise reply to Bala Jain response | 0.2 | $115.00 |

# GORDON FEINBLATT LLC
## ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71318844
Invoice Date: 06/08/23

Page: 3

Client Number:  42372  Client Name:  Fulton Bank, N.A.

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 05/04/23 | DSM | Revise proof of claim, assemble exhibits to reply | 0.6 | $345.00 |
| 05/04/23 | DSM | Conference with Mr. Mull regarding cash collateral continuance, etc. | 0.2 | $115.00 |
| 05/04/23 | DSM | Telephone conference with Ms. Greene regarding use of cash collateral to pay appraisal fees | 0.2 | $115.00 |
| 05/04/23 | DSM | Draft e-mail to Mr. Warner regarding cash collateral | 0.1 | $57.50 |
| 05/04/23 | DSM | Review notices of deficient filing regarding motions to continue and for expedited hearing | 0.1 | $57.50 |
| 05/04/23 | DSM | Review e-mail from Mr. Warner regarding appraisals; draft e-mail to Ms. Greene regarding same | 0.2 | $115.00 |
| 05/04/23 | DSM | Revise cash collateral order; file reply; draft e-mail to Mr. Warner ███████████ | 1.1 | $632.50 |
| 05/04/23 | BMM | Review motion to continue; conference with Mr. Musgrave regarding same | 0.3 | $127.50 |
| 05/05/23 | DSM | Review answer of MainStreet Bank to Complaint | 0.1 | $57.50 |
| 05/05/23 | DSM | Revise cash collateral consent order | 0.1 | $57.50 |
| 05/05/23 | DSM | Telephone conference with Ms. Greene regarding extension of time to respond to motion to prohibit use of cash collateral | 0.2 | $115.00 |
| 05/05/23 | DSM | Review Debtor's reply to Bala Jain response; draft e-mail to Mr. Warner regarding same | 0.1 | $57.50 |
| 05/05/23 | DSM | Review Answer of MainStreet Bank to complaint | 0.1 | $57.50 |
| 05/08/23 | DSM | Revise answer to complaint | 0.3 | $172.50 |
| 05/08/23 | DSM | Draft Answer to Complaint | 1.0 | $575.00 |

# GORDON FEINBLATT LLC
## ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71318844
Invoice Date:  06/08/23

Page:  4

Client Number:   42372   Client Name:  Fulton Bank, N.A.

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 05/08/23 | DSM | Draft e-mail to Mr. Frankel regarding creditors' committee service | 0.1 | $57.50 |
| 05/08/23 | DSM | Draft e-mail to Ms. Greene regarding extension of time to respond to motion to prohibit use of cash collateral | 0.1 | $57.50 |
| 05/08/23 | DSM | Review draft answer to complaint; conference with Mr. Gaumont regarding same; draft e-mail to Ms. Dragann regarding answer | 0.5 | $287.50 |
| 05/09/23 | DSM | Draft e-mail to Ms. Dragann regarding complaint for declaratory judgment and injunction | 0.1 | $57.50 |
| 05/09/23 | DSM | Review Order Continuing Hearing of May 4, 2023; register for hearing; draft e-mail to Mr. Warner and Ms. Dragann regarding Order Continuing Hearing; draft follow-up e-mail to Ms. Dragann regarding complaint | 0.7 | $402.50 |
| 05/09/23 | DSM | Review e-mail from Ms. McCarthy regarding hearing registration; telephone conference with Ms. McCarthy regarding same | 0.1 | $57.50 |
| 05/09/23 | DSM | Draft e-mail to Ms. McCarthy regarding hearing | 0.1 | $57.50 |
| 05/09/23 | DSM | Telephone conference with Ms. McCarthy regarding May 23 hearing; draft e-mail to Mr. Warner regarding testimony | 0.1 | $57.50 |
| 05/09/23 | DSM | Register Mr. Warner for May 23 hearing | 0.2 | $115.00 |
| 05/09/23 | DSM | Register for May 23 hearing | 0.1 | $57.50 |
| 05/09/23 | DSM | Draft e-mail to Ms. Dragann regarding correct defendant name of Fulton Bank | 0.1 | $57.50 |
| 05/09/23 | DSM | Revise cash collateral order | 1.1 | $632.50 |

# GORDON FEINBLATT LLC
### ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000   FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71318844
Invoice Date:  06/08/23

Page:  5

Client Number:   42372    Client Name:  Fulton Bank, N.A.

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 05/09/23 | DSM | Draft e-mail to Ms. Greene regarding bank misnomer | 0.1 | $57.50 |
| 05/09/23 | DSM | Revise cash collateral order | 0.3 | $172.50 |
| 05/10/23 | DSM | Revise response to motion for preliminary injunction | 0.1 | $57.50 |
| 05/10/23 | DSM | Draft consent to motion for preliminary injunction | 0.6 | $345.00 |
| 05/10/23 | DSM | Draft e-mail to Ms. Greene regarding cash collateral order | 0.1 | $57.50 |
| 05/10/23 | DSM | Review notice of meeting of credits | 0.1 | $57.50 |
| 05/11/23 | DSM | Attend meeting of creditors | 1.2 | $690.00 |
| 05/11/23 | DSM | Telephone conference with Mr. Frankel regarding motion to dismiss or convert | 0.2 | $115.00 |
| 05/11/23 | DSM | Prepare for meeting of creditors | 0.4 | $230.00 |
| 05/11/23 | DSM | Review motion to dismiss filed by Atlantic Union Bank | 0.1 | $57.50 |
| 05/12/23 | DSM | Draft e-mail to Ms. Greene regarding Grove Road payments | 0.1 | $57.50 |
| 05/14/23 | DSM | Review debtor revisions to proposed cash collateral order; draft e-mail to Mr. Warner regarding same | 0.2 | $115.00 |
| 05/15/23 | DSM | Draft e-mail to Mr. Warner regarding meeting of creditors and conversation with Mr. Frankel | 0.2 | $115.00 |
| 05/16/23 | DSM | Review Gus Goldsmith limited objection to motion to use cash collateral | 0.2 | $115.00 |
| 05/16/23 | DSM | Draft e-mail to Mr. Warner regarding Gus Goldsmith limited objection | 0.1 | $57.50 |

# GORDON FEINBLATT LLC
## ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71318844
Invoice Date:  06/08/23

Page:  6

Client Number:   42372    Client Name:  Fulton Bank, N.A.

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 05/17/23 | DSM | Telephone conference with Ms. Dragann regarding OCC action | 0.2 | $115.00 |
| 05/17/23 | DSM | Telephone conference with Ms. Greene regarding cash collateral use | 0.3 | $172.50 |
| 05/17/23 | DSM | Review pleadings regarding use of cash collateral | 0.3 | $172.50 |
| 05/17/23 | DSM | Revise cash collateral order; draft e-mail to Ms. Greene regarding same | 0.1 | $57.50 |
| 05/17/23 | DSM | Assemble exhibits for hearing | 0.5 | $287.50 |
| 05/17/23 | DSM | Review revised cash collateral order | 0.1 | $57.50 |
| 05/17/23 | DSM | Assemble exhibits; draft e-mail to Ms. McCarthy regarding same | 0.3 | $172.50 |
| 05/18/23 | BMM | Legal research regarding lien priority adjudication in cash collateral motion. | 1.0 | $425.00 |
| 05/18/23 | DSM | Telephone conference with Ms. McCarthy regarding exhibit issue | 0.1 | $57.50 |
| 05/18/23 | DSM | Review Reply to Goldsmith objection | 0.1 | $57.50 |
| 05/18/23 | DSM | Telephone conference with Ms. McCarthy regarding exhibits | 0.1 | $57.50 |
| 05/18/23 | DSM | Draft exhibit list | 0.5 | $287.50 |
| 05/18/23 | DSM | Draft e-mail to Mr. Mull regarding Bala Jain opposition | 0.1 | $57.50 |
| 05/18/23 | DSM | Draft e-mail to Mr. Warner regarding hearing preparation | 0.1 | $57.50 |
| 05/18/23 | DSM | Telephone conference with Ms. Greene regarding cash collateral hearing and CRO appointment | 0.2 | $115.00 |
| 05/18/23 | DSM | Review Bala Jain opposition to motion to use cash collateral | 0.2 | $115.00 |

# GORDON FEINBLATT LLC
## ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71318844
Invoice Date:  06/08/23

Page:  7

Client Number:   42372    Client Name:  Fulton Bank, N.A.

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 05/19/23 | BMM | Conference with Mr. Musgrave regarding scope of cash collateral hearing. | 0.2 | $85.00 |
| 05/19/23 | DSM | Draft e-mail to Ms. Greene regarding stipulation | 0.1 | $57.50 |
| 05/19/23 | DSM | Draft List of Witnesses | 0.2 | $115.00 |
| 05/21/23 | BMM | Legal research regarding ███████ ███ cash collateral hearing. | 0.5 | $212.50 |
| 05/21/23 | DSM | Revise stipulation for May 23 hearing | 0.5 | $287.50 |
| 05/21/23 | DSM | Review application to engage Mr. Patrick as Restructuring Manager | 0.3 | $172.50 |
| 05/21/23 | DSM | Draft e-mail to Ms. Greene regarding application to engage Restructuring Manager and Financial Advisor | 0.2 | $115.00 |
| 05/21/23 | DSM | Prepare for hearing on motion to use cash collateral | 1.6 | $920.00 |
| 05/22/23 | DSM | Review Collier regarding use of cash collateral; hearing preparation | 0.2 | $115.00 |
| 05/22/23 | DSM | Review exhibit and witness list for Bala Jain; review response to request for preliminary injunction filed by Bala Jain | 0.6 | $345.00 |
| 05/22/23 | DSM | Review e-mail from Ms. Greene regarding cash collateral order; review same; draft e-mail to Ms. Greene regarding same | 0.2 | $115.00 |
| 05/22/23 | DSM | Revise stipulation for hearing | 0.5 | $287.50 |
| 05/22/23 | DSM | Draft e-mail to Ms. Greene regarding revised stipulation | 0.1 | $57.50 |
| 05/22/23 | DSM | Draft e-mail to Ms. Greene regarding stipulation | 0.1 | $57.50 |
| 05/22/23 | DSM | Telephone conference with Mr. Warner regarding hearing preparation | 0.2 | $115.00 |

# GORDON FEINBLATT LLC
### ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71318844
Invoice Date:  06/08/23

Page:  8

Client Number:   42372   Client Name:  Fulton Bank, N.A.

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 05/22/23 | DSM | Review revised stipulation for hearing | 0.1 | $57.50 |
| 05/22/23 | DSM | Telephone conference with Ms. Greene regarding stipulation | 0.1 | $57.50 |
| 05/22/23 | DSM | Review List of Witnesses and List of Exhibits of Debtor | 0.1 | $57.50 |
| 05/22/23 | DSM | Review legal research for hearing | 0.4 | $230.00 |
| 05/22/23 | DSM | Telephone conference with Ms. Greene regarding Patrick retention, etc. | 0.2 | $115.00 |
| 05/22/23 | DSM | Additional preparation for hearing; review exhibits; review argument | 1.5 | $862.50 |
| 05/22/23 | BMM | Legal research regarding scope of cash collateral hearing; conference with Mr. Musgrave regarding same | 0.5 | $212.50 |
| 05/23/23 | DSM | Additional preparation for hearing | 0.7 | $402.50 |
| 05/23/23 | DSM | Prepare questions for Mr. Warner | 0.4 | $230.00 |
| 05/23/23 | DSM | Attend hearing on use of cash collateral | 1.5 | $862.50 |
| 05/23/23 | DSM | Review docket entry regarding motion to approve SC&H Group as financial advisor, etc. | 0.1 | $57.50 |
| 05/23/23 | DSM | Review draft omnibus order; draft e-mail to Ms. Greene regarding same | 0.7 | $402.50 |
| 05/23/23 | DSM | Draft e-mail to Ms. Greene regarding cash collateral order | 0.1 | $57.50 |
| 05/23/23 | DSM | Telephone conference with Ms. Greene regarding cash collateral order | 0.1 | $57.50 |
| 05/24/23 | DSM | Draft e-mail to Mr. Warner regarding use of cash collateral, etc. | 0.4 | $230.00 |

# GORDON FEINBLATT LLC

### ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71318844
Invoice Date:  06/08/23
Page:  9

Client Number:    42372    Client Name:  Fulton Bank, N.A.

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 05/24/23 | DSM | Telephone conference with Ms. Greene regarding cash collateral order | 0.7 | $402.50 |
| 05/24/23 | DSM | Review revised cash collateral order; draft e-mail to Ms. Greene regarding same | 0.2 | $115.00 |
| 05/24/23 | DSM | Prepare for conference call with Ms. Greene regarding cash collateral | 0.1 | $57.50 |
| 05/24/23 | DSM | Review e-mail from Mr. Fasano regarding cash collateral order | 0.1 | $57.50 |
| 05/24/23 | DSM | Draft e-mail to Mr. Shaffer regarding motion for relief from stay | 0.1 | $57.50 |
| 05/25/23 | DSM | Draft e-mail to Mr. Warner regarding appraisals, etc. | 0.2 | $115.00 |
| 05/25/23 | DSM | Draft e-mail to Mr. Warner regarding budget and payments to Bank | 0.1 | $57.50 |
| 05/25/23 | DSM | Telephone conference with Mr. Fasano regarding arrearage payments, cash collateral | 0.2 | $115.00 |
| 05/25/23 | DSM | Draft e-mail to Mr. Warner regarding appraisals | 0.1 | $57.50 |
| | | TOTAL HOURS | 43.1 | |

## TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| David S. Musgrave | 37.5 | at | $575.00 | = | $21,562.50 |
| Bryan M. Mull | 5.6 | at | $425.00 | = | $2,380.00 |
| | | | CURRENT FEES | | $23,942.50 |
| | | | LESS: 10% DISCOUNT | | ($2,394.25) |
| | | | FEES DUE | | $21,548.25 |

# GORDON FEINBLATT LLC

## ATTORNEYS AT LAW
### 1001 FLEET STREET, SUITE 700
### BALTIMORE, MD 21202-4346
TEL: (410) 576-4000   FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71318844
Invoice Date:  06/08/23
Page:  10

Client Number:   42372   Client Name:  Fulton Bank, N.A.

---

**FOR COSTS ADVANCED AND EXPENSES INCURRED:**

| | |
|---|---|
| Postage | $10.75 |
| Document Reproduction | $264.05 |
| EXPENSES DUE | $274.80 |

**TOTAL AMOUNT OF THIS INVOICE**      **$21,823.05**

# GORDON FEINBLATT LLC

## ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.                                  Invoice: 71318844
VIA EMAIL: Joseph E. Warner III                    Invoice Date:  06/08/23
jwarner@fultonbank.com
                                                   Page:  11

Client Number:   42372   Client Name:  Fulton Bank, N.A.

---

| REMITTANCE COPY |
|:---:|

**PLEASE ENCLOSE THIS REMITTANCE COPY WITH YOUR PAYMENT SO
THAT YOUR ACCOUNT MAY BE PROPERLY CREDITED.**

Total Due:                              $21,823.05

| Amount Enclosed: $ |
|---|

**Please mail all checks to our LOCKBOX Listed below:
Gordon Feinblatt LLC
P.O. Box 746539
Atlanta, GA   30374-6539**

# GORDON FEINBLATT LLC
ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71318844
Invoice Date:  06/08/23

Page:  12

Client Number:   42372    Client Name:  Fulton Bank, N.A.

---

**If you are making an electronic payment please send an email to acctdept@gfrlaw.com on the day you initiate payment including the Invoice and Matter number you are paying.**

**ACH & EFT INSTRUCTIONS**
**GORDON FEINBLATT LLC**
**ACCOUNT NAME: GORDON FEINBLATT LLC GENERAL**
**OPERATING ACCOUNT**
**BANK NAME: BANK OF AMERICA**
**100 S. CHARLES STREET**
**BALTIMORE, MD 21201**
**USA**
**ACCOUNT # 2000609289**
**ABA NO. 052001633**
**TYPE OF ACCOUNT CHECKING**
**BANK CONTACT ALISON GABIS**
**PHONE: 443-541-3620**

**WIRING INSTRUCTIONS**
**GORDON FEINBLATT LLC**
**ACCOUNT NAME: GORDON FEINBLATT LLC GENERAL**
**OPERATING ACCOUNT**
**ACCOUNT ADDRESS: 1001 FLEET STREET, SUITE 700**
**BALTIMORE, MD 21202-4346**
**BANK NAME: BANK OF AMERICA**
**100 S. CHARLES STREET**
**BALTIMORE, MD 21201    USA**
**ACCOUNT # 2000609289**
**ABA NO. 026009593**
**SWIFT CODE BOFAUS3N (FOR INTERNATIONAL WIRES)**

# GORDON FEINBLATT LLC
## ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71320205
Invoice Date:  06/26/23

Page:  1

Client Number:   42372    Client Name:  Fulton Bank, N.A.

**Matter No:**

**149975    Re:  Eagle Properties and Investments LLC**

FOR SERVICES RENDERED THROUGH: June 26, 2023

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 06/01/23 | DSM | Telephone conference with Ms. Greene regarding appraisals, etc. | 0.2 | $115.00 |
| 06/01/23 | DSM | Draft e-mail to Mr. Warner regarding conversation with Ms. Greene regarding appraisals | 0.1 | $57.50 |
| 06/05/23 | DSM | Review Order Continuing Hearing on motion for preliminary injunction | 0.1 | $57.50 |
| 06/07/23 | DSM | Telephone conference with Mr. Frankel regarding motion to dismiss | 0.2 | $115.00 |
| 06/07/23 | DSM | Review objection to application to employ SC&H Group; draft e-mail to Mr. Warner regarding same | 0.3 | $172.50 |
| 06/07/23 | DSM | Review objection of U.S. Trustee to engagement of SC&H Group | 0.1 | $57.50 |
| 06/09/23 | DSM | Review Notice of Hearing on motion to convert | 0.1 | $57.50 |
| 06/09/23 | DSM | Prepare for conference call with Mr. Warner regarding status, etc.; review motion to dismiss/convert | 0.5 | $287.50 |
| 06/09/23 | DSM | Register for 6/13 hearing | 0.2 | $115.00 |
| 06/09/23 | DSM | Telephone conference with Mr. Warner regarding case strategy, dismissal v. conversion, etc. | 0.4 | $230.00 |
| 06/11/23 | DSM | Review Reply to Opposition to Employ SC&H Group; draft e-mail to Mr. Warner regarding same | 0.3 | $172.50 |

# GORDON FEINBLATT LLC
## ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71320205
Invoice Date:  06/26/23

Page:  2

Client Number:   42372   Client Name:  Fulton Bank, N.A.

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 06/11/23 | DSM | Review opposition to Bank of Clarke County Motion to Dismiss | 0.1 | $57.50 |
| 06/11/23 | DSM | Review Bala Jain opposition to SC&H Group engagement; draft e-mail to Mr. Warner regarding same | 0.4 | $230.00 |
| 06/12/23 | DSM | Review motion to dismiss/convert regarding failure to file tax returns | 0.1 | $57.50 |
| 06/12/23 | DSM | Draft e-mail to Mr. Warner ██████████ ███ | 0.2 | $115.00 |
| 06/12/23 | DSM | Telephone conference with Ms. Dragann regarding conflict issue | 0.3 | $172.50 |
| 06/12/23 | DSM | Draft e-mail to Mr. Shaffer regarding conflict of interest | 0.2 | $115.00 |
| 06/12/23 | DSM | Review transcript regarding failure to file tax returns | 0.3 | $172.50 |
| 06/12/23 | DSM | Review Bank of Clarke County motion to dismiss adversary proceeding | 0.3 | $172.50 |
| 06/12/23 | DSM | Review e-mail from Mr. Warner, assemble information for reply | 0.1 | $57.50 |
| 06/13/23 | DSM | Draft e-mail to Mr. Warner regarding bankruptcy issues; review monthly report; review amended schedules; review complaint | 1.0 | $575.00 |
| 06/13/23 | DSM | Prepare for hearing on appointment of SC&H Group | 0.3 | $172.50 |
| 06/13/23 | DSM | Attend hearing on appointment of SC&H Group | 1.6 | $920.00 |
| 06/13/23 | DSM | Telephone conference with Ms. Dragann regarding court hearing and conflict of interest | 0.2 | $115.00 |

# GORDON FEINBLATT LLC
ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71320205
Invoice Date:  06/26/23

Page:  3

Client Number:   42372    Client Name:  Fulton Bank, N.A.

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 06/13/23 | DSM | Telephone conference with Ms. Greene regarding sale of properties; telephone conference with Mr. Patrick regarding status; revise draft employment order; draft e-mail to Ms. Greene regarding same | 1.3 | $747.50 |
| 06/14/23 | BMM | Conference with Mr. Musgrave regarding conflict issue; draft motion to continue | 0.8 | $340.00 |
| 06/14/23 | DSM | Revise motion for continuance | 0.5 | $287.50 |
| 06/14/23 | DSM | Draft e-mail to Mr. Shaffer regarding motion for continuance | 0.3 | $172.50 |
| 06/14/23 | DSM | Conference with Mr. Mull regarding motion for continuance | 0.1 | $57.50 |
| 06/14/23 | DSM | Draft e-mail to Ms. Dragann regarding case information | 0.1 | $57.50 |
| 06/14/23 | DSM | Telephone conference with Ms. Dragann regarding conflict issue | 0.2 | $115.00 |
| 06/14/23 | DSM | Telephone conference with Ms. Dragann regarding conflict issue and status of Bala Jain | 0.1 | $57.50 |
| 06/14/23 | DSM | Draft e-mail to Mr. Bacharach regarding conflict issue | 0.2 | $115.00 |
| 06/14/23 | DSM | Review e-mail from Mr. Bacharach regarding conflict issues; draft reply | 0.2 | $115.00 |
| 06/14/23 | CRB | Review conflict issue and research/summarize law for Mr. Musgrave. | 0.8 | $524.00 |
| 06/15/23 | DSM | Draft e-mail to Ms. Dragann regarding conversation with Mr. Shaffer | 0.1 | $57.50 |
| 06/15/23 | DSM | Telephone conference with Ms. Dragann regarding conflict issue | 0.4 | $230.00 |

# GORDON FEINBLATT LLC

ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71320205
Invoice Date:  06/26/23

Page:  4

Client Number:   42372   Client Name:  Fulton Bank, N.A.

| **Date** | **Tkpr** | **Description** | **Hours** | **Value** |
|---|---|---|---|---|
| 06/15/23 | DSM | Telephone conference with Mr. Shaffer regarding conflict issue | 0.3 | $172.50 |
| 06/15/23 | DSM | Telephone conference with Ms. Greene regarding motion to continue | 0.1 | $57.50 |
| 06/15/23 | DSM | Revise motion to continue hearing | 0.2 | $115.00 |
| 06/15/23 | DSM | Draft e-mail to Mr. Shaffer and Ms. Greene regarding motion to continue | 0.2 | $115.00 |
| 06/15/23 | DSM | Revise motion to continue hearings | 0.1 | $57.50 |
| 06/15/23 | DSM | Draft e-mail to Mr. Shaffer regarding conflict issues | 0.1 | $57.50 |
| 06/15/23 | DSM | Register for June 20, 2023 hearing | 0.2 | $115.00 |
| 06/16/23 | BMM | Legal research regarding continuance request; draft e-mail to Mr. Musgrave regarding same. | 0.2 | $85.00 |
| 06/16/23 | DSM | Review amended notice of motion & hearing - motion to convert/dismiss | 0.1 | $57.50 |
| 06/16/23 | DSM | Telephone conference with courtroom deputy regarding motion to continue hearing | 0.1 | $57.50 |
| 06/16/23 | DSM | Draft e-mail to Mr. Warner regarding effect of Bala Jain change of counsel | 0.2 | $115.00 |
| 06/16/23 | DSM | Review order continuing hearing, draft e-mail to Mr. Warner and Ms. Dragann regarding same | 0.2 | $115.00 |
| 06/18/23 | DSM | Review answer to complaint of First Class Title | 0.1 | $57.50 |
| 06/19/23 | DSM | Review Notice of Hearing regarding motion to dismiss bankruptcy case | 0.1 | $57.50 |
| 06/19/23 | DSM | Draft e-mail to Mr. Warner regarding conversations with Ms. Greene and Mr. Patrick regarding bankruptcy issues | 0.4 | $230.00 |

# GORDON FEINBLATT LLC

### ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71320205
Invoice Date:  06/26/23

Page:  5

Client Number:   42372    Client Name:  Fulton Bank, N.A.

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 06/19/23 | DSM | Draft e-mail to Ms. Greene regarding status of AirBNB and engagement of broker | 0.1 | $57.50 |
| 06/19/23 | DSM | Review e-mail from Ms. Greene, draft reply, draft e-mail to Mr. Warner regarding same | 0.2 | $115.00 |
| 06/19/23 | DSM | Review motions to continue hearing on motion to dismiss | 0.1 | $57.50 |
| 06/21/23 | DSM | Draft e-mail to Mr. Shaffer regarding engagement of new counsel | 0.1 | $57.50 |
| 06/23/23 | DSM | Draft e-mail to Mr. Warner regarding Greene e-mail requesting wire instructions | 0.1 | $57.50 |
| | | TOTAL HOURS | 15.9 | |

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| Charles R. Bacharach | 0.8 | at | $655.00 | = | $524.00 |
| David S. Musgrave | 14.1 | at | $575.00 | = | $8,107.50 |
| Bryan M. Mull | 1.0 | at | $425.00 | = | $425.00 |
| | | CURRENT FEES | | | $9,056.50 |
| | | LESS: 10% DISCOUNT | | | ($905.65) |
| | | FEES DUE | | | $8,150.85 |

**FOR COSTS ADVANCED AND EXPENSES INCURRED:**

| | | |
|---|---|---|
| Document Reproduction | $79.75 | |
| EXPENSES DUE | | $79.75 |

### TOTAL AMOUNT OF THIS INVOICE                     $8,230.60

CHECKS MAY BE MADE PAYABLE TO: GORDON FEINBLATT LLC
TO ASSURE PROPER CREDIT PLEASE RETURN REMITTANCE COPY
Tax ID # 52-0627715

# GORDON FEINBLATT LLC

### ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71320205
Invoice Date:  06/26/23
Page:  6

Client Number:   42372    Client Name:  Fulton Bank, N.A.

---

| REMITTANCE COPY |
|:---:|

**PLEASE ENCLOSE THIS REMITTANCE COPY WITH YOUR PAYMENT SO
THAT YOUR ACCOUNT MAY BE PROPERLY CREDITED.**

Total Due:                                    $8,230.60

| Amount Enclosed: $ |
|---|

**Please mail all checks to our LOCKBOX Listed below:
Gordon Feinblatt LLC
P.O. Box 746539
Atlanta, GA   30374-6539**

CHECKS MAY BE MADE PAYABLE TO: GORDON FEINBLATT LLC
TO ASSURE PROPER CREDIT PLEASE RETURN REMITTANCE COPY
Tax ID # 52-0627715

# GORDON FEINBLATT LLC
ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71320205
Invoice Date:  06/26/23
Page:  7

Client Number:   42372    Client Name:  Fulton Bank, N.A.

---

**If you are making an electronic payment please send an email to acctdept@gfrlaw.com on the day you initiate payment including the Invoice and Matter number you are paying.**

**ACH & EFT INSTRUCTIONS**
**GORDON FEINBLATT LLC**
**ACCOUNT NAME: GORDON FEINBLATT LLC GENERAL**
**OPERATING ACCOUNT**
**BANK NAME: BANK OF AMERICA**
**100 S. CHARLES STREET**
**BALTIMORE, MD 21201**
**USA**
**ACCOUNT # 2000609289**
**ABA NO. 052001633**
**TYPE OF ACCOUNT CHECKING**
**BANK CONTACT ALISON GABIS**
**PHONE: 443-541-3620**

**WIRING INSTRUCTIONS**
**GORDON FEINBLATT LLC**
**ACCOUNT NAME: GORDON FEINBLATT LLC GENERAL**
**OPERATING ACCOUNT**
**ACCOUNT ADDRESS: 1001 FLEET STREET, SUITE 700**
**BALTIMORE, MD 21202-4346**
**BANK NAME: BANK OF AMERICA**
**100 S. CHARLES STREET**
**BALTIMORE, MD 21201    USA**
**ACCOUNT # 2000609289**
**ABA NO. 026009593**
**SWIFT CODE BOFAUS3N (FOR INTERNATIONAL WIRES**)

# GORDON FEINBLATT LLC

ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.                                        Invoice: 71321484
VIA EMAIL: Joseph E. Warner III                          Invoice Date:  08/14/23
jwarner@fultonbank.com

                                                         Page:  1

Client Number:   42372    Client Name:  Fulton Bank, N.A.

---

**Matter No:**

**149975    Re:  Eagle Properties and Investments LLC**

FOR SERVICES RENDERED THROUGH: July 31, 2023

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 06/28/23 | DSM | Draft e-mail to Ms. Dragann and Mr. Warner regarding new Bala Jain counsel | 0.2 | $115.00 |
| 06/28/23 | DSM | Draft e-mail to Mr. Patrick regarding wire payments | 0.1 | $57.50 |
| 06/28/23 | DSM | Draft e-mail to Mr. Warner regarding e-mail from Mr. Patrick regarding wire payments | 0.1 | $57.50 |
| 06/28/23 | DSM | Draft e-mail to Mr. Warner regarding May monthly report | 0.3 | $172.50 |
| 06/30/23 | DSM | Review proof of claim for Virginia Partners Bank | 0.1 | $57.50 |
| 07/02/23 | DSM | Review pleadings regarding continuance of hearing on preliminary injunction | 0.2 | $115.00 |
| 07/02/23 | DSM | Review application to engage Whiteford Taylor & Preston LLP as special counsel and notice;  draft e-mail to Mr. Warner regarding same | 0.3 | $172.50 |
| 07/03/23 | DSM | Draft e-mail to Mr. Warner regarding schedule of payments due and discussion regarding WTP engagement | 0.1 | $57.50 |
| 07/05/23 | DSM | Telephone conference with Mr. Warner regarding Whiteford Taylor and Preston engagement and engagement of real estate broker | 0.2 | $115.00 |
| 07/05/23 | DSM | Draft e-mail to Ms. Greene regarding engagement of Whiteford and real estate broker | 0.2 | $115.00 |

CHECKS MAY BE MADE PAYABLE TO: GORDON FEINBLATT LLC
TO ASSURE PROPER CREDIT PLEASE RETURN REMITTANCE COPY
Tax ID # 52-0627715

# GORDON FEINBLATT LLC

### ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71321484
Invoice Date:  08/14/23

Page:  2

Client Number:  42372   Client Name:  Fulton Bank, N.A.

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 07/05/23 | DSM | Review e-mail from Ms. Greene regarding Whiteford engagement; draft reply and e-mail to Mr. Warner regarding same | 0.1 | $57.50 |
| 07/06/23 | DSM | Review U.S. Trustee objection to Whiteford employment; draft e-mail to Mr. Warner regarding same | 0.2 | $115.00 |
| 07/06/23 | DSM | Review application to employ appraisers and brokers; draft e-mail to Mr. Warner regarding same | 0.9 | $517.50 |
| 07/06/23 | DSM | Review Notice of Motion and Hearing; draft e-mail regarding same to Mr. Warner | 0.2 | $115.00 |
| 07/06/23 | DSM | Review e-mail from Mr. Patrick regarding wire payments; draft reply; draft e-mail to Mr. Warner regarding same | 0.3 | $172.50 |
| 07/07/23 | DSM | Review e-mail from Mr. Patrick regarding budgeted payments; draft e-mail to Mr. Warner regarding same | 0.1 | $57.50 |
| 07/09/23 | DSM | Draft e-mail to Mr. Warner ████████ ██ | 0.1 | $57.50 |
| 07/10/23 | DSM | Review supplemental exhibit list; review pleadings regarding cash collateral; draft e-mail to Ms. Greene regarding same | 0.6 | $345.00 |
| 07/10/23 | DSM | Draft e-mail to Mr. Patrick regarding wire information for payments | 0.2 | $115.00 |
| 07/10/23 | DSM | Review opposition to Debtor's Application to Retain Special Counsel; draft e-mail to Mr. Warner regarding same | 0.2 | $115.00 |
| 07/10/23 | DSM | Draft e-mail to Mr. Rogan regarding cash collateral hearing | 0.1 | $57.50 |

# GORDON FEINBLATT LLC

### ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000   FAX: (410) 576-4246

Fulton Bank, N.A.                                        Invoice: 71321484
VIA EMAIL: Joseph E. Warner III                          Invoice Date:  08/14/23
jwarner@fultonbank.com
                                                         Page:  3

Client Number:   42372    Client Name:  Fulton Bank, N.A.

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 07/11/23 | DSM | Draft e-mail to Mr. Warner regarding engagement of Tranzon Fox | 0.3 | $172.50 |
| 07/11/23 | DSM | Draft e-mail to Mr. Warner ███████████ ████████ | 0.1 | $57.50 |
| 07/11/23 | DSM | Further review of application to employ Tranzon Fox, etc. | 0.1 | $57.50 |
| 07/11/23 | DSM | Revise limited objection to use of cash collateral; review e-mail from Mr. Warner regarding same | 0.4 | $230.00 |
| 07/11/23 | DSM | Draft e-mail to Mr. Warner regarding Tranzon Fox; final revision of limited objection; file objection | 0.4 | $230.00 |
| 07/11/23 | DSM | Draft limited objection to use of cash collateral | 0.4 | $230.00 |
| 07/11/23 | DSM | Register for 7/13 hearing | 0.1 | $57.50 |
| 07/11/23 | DSM | Review e-mail from Ms. Greene; draft e-mail ot Mr. Warner regarding same | 0.1 | $57.50 |
| 07/12/23 | DSM | Review amended budget; draft e-mail to Ms. Greene regarding same | 0.1 | $57.50 |
| 07/12/23 | DSM | Review e-mail from Mr. Rogan; draft reply regarding Bala Jain and Fulton Bank | 0.1 | $57.50 |
| 07/13/23 | DSM | Review draft cash collateral order | 0.1 | $57.50 |
| 07/13/23 | DSM | Prepare for hearing on use of cash collateral | 0.1 | $57.50 |
| 07/13/23 | DSM | Attend hearing on use of cash collateral | 0.9 | $517.50 |
| 07/14/23 | DSM | Draft e-mail to parties regarding revisions to cash collateral order | 0.2 | $115.00 |
| 07/14/23 | DSM | Review U.S. Trustee objection to application to employ Tranzon | 0.1 | $57.50 |

CHECKS MAY BE MADE PAYABLE TO: GORDON FEINBLATT LLC
TO ASSURE PROPER CREDIT PLEASE RETURN REMITTANCE COPY
Tax ID # 52-0627715

# GORDON FEINBLATT LLC

### ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.                          Invoice: 71321484
VIA EMAIL: Joseph E. Warner III            Invoice Date:  08/14/23
jwarner@fultonbank.com
                                           Page:  4

Client Number:   42372    Client Name:  Fulton Bank, N.A.

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 07/14/23 | DSM | Complete drafting objection to application to employ Tranzon | 0.3 | $172.50 |
| 07/14/23 | DSM | Register for July 18 hearing | 0.2 | $115.00 |
| 07/14/23 | DSM | Revise objection | 0.1 | $57.50 |
| 07/14/23 | DSM | Review e-mail from Mr. Rogan regarding cash collateral | 0.1 | $57.50 |
| 07/14/23 | DSM | Revise draft cash collateral order; review e-mail from Ms. Greene regarding same | 0.7 | $402.50 |
| 07/14/23 | DSM | Draft objection to application to employ appraisers | 0.8 | $460.00 |
| 07/14/23 | DSM | Revise cash collateral order | 0.1 | $57.50 |
| 07/17/23 | DSM | Review e-mail from Mr. Jones regarding Tranzon fees; draft reply | 0.2 | $115.00 |
| 07/17/23 | DSM | Telephone conference with Mr. Jones regarding Tranzon fee schedule | 0.1 | $57.50 |
| 07/17/23 | DSM | Draft e-mail to Ms. Greene regarding final cash collateral order | 0.1 | $57.50 |
| 07/17/23 | DSM | Review revised cash collateral order; draft reply | 0.2 | $115.00 |
| 07/17/23 | DSM | Draft e-mail to Ms. Greene regarding Tranzon Fee Schedule; draft e-mail to Ms. Greene regarding cash collateral order | 0.2 | $115.00 |
| 07/17/23 | DSM | Draft e-mail to Ms. Greene regarding revised cash collateral order | 0.1 | $57.50 |
| 07/17/23 | DSM | Review Whiteford Taylor reply to oppositions | 0.1 | $57.50 |
| 07/17/23 | DSM | Review e-mail from Mr. Jones regarding Tranzon application; draft reply with revised Tranzon schedule | 0.6 | $345.00 |

# GORDON FEINBLATT LLC
## ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.                                    Invoice: 71321484
VIA EMAIL: Joseph E. Warner III                      Invoice Date:  08/14/23
jwarner@fultonbank.com
                                                     Page:  5

Client Number:   42372    Client Name:  Fulton Bank, N.A.

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 07/17/23 | DSM | Review Greene e-mail and revised cash collateral order | 0.2 | $115.00 |
| 07/17/23 | DSM | Telephone conference with Ms. Dragann regarding stay of litigation | 0.1 | $57.50 |
| 07/17/23 | DSM | Draft e-mail to Ms. Dragann regarding order staying Fairfax County litigation | 0.2 | $115.00 |
| 07/17/23 | DSM | Additional review of draft cash collateral order; draft reply | 0.5 | $287.50 |
| 07/18/23 | DSM | Prepare for hearing | 0.1 | $57.50 |
| 07/18/23 | DSM | Attend hearing on applications | 1.0 | $575.00 |
| 07/19/23 | DSM | Telephone conference with Mr. Frankel regarding hearing on employment of professional persons | 0.1 | $57.50 |
| 07/19/23 | DSM | Revise proposed order for employment of appraisers, etc. | 0.4 | $230.00 |
| 07/19/23 | DSM | Draft e-mail to Mr. Warner regarding order for use of cash collateral | 0.2 | $115.00 |
| 07/19/23 | DSM | Draft e-mail to Ms. Greene regarding revisions to order on appraisers, etc. | 0.1 | $57.50 |
| 07/20/23 | DSM | Draft e-mail to Mr. Patrick regarding payment information | 0.1 | $57.50 |
| 07/21/23 | DSM | Review monthly operating report; draft e-mail to Mr. Warner regarding same | 0.3 | $172.50 |
| 07/27/23 | DSM | Review order authorizing employment of appraiser and brokers; draft e-mail to Mr. Warner regarding same | 0.2 | $115.00 |

                                           TOTAL HOURS    15.7

CHECKS MAY BE MADE PAYABLE TO: GORDON FEINBLATT LLC
TO ASSURE PROPER CREDIT PLEASE RETURN REMITTANCE COPY
Tax ID # 52-0627715

# GORDON FEINBLATT LLC
### ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71321484
Invoice Date:  08/14/23

Page:  6

Client Number:   42372   Client Name:  Fulton Bank, N.A.

---

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | Hours | Rate | | Value |
|---|---|---|---|---|
| David S. Musgrave | 15.7  at | $575.00 | = | $9,027.50 |
| | CURRENT FEES | | | $9,027.50 |
| | LESS: 10% DISCOUNT | | | ($902.75) |
| | FEES DUE | | | $8,124.75 |

**FOR COSTS ADVANCED AND EXPENSES INCURRED:**

| | | |
|---|---|---|
| Document Reproduction | $31.85 | |
| EXPENSES DUE | | $31.85 |

**TOTAL AMOUNT OF THIS INVOICE**          **$8,156.60**

# GORDON FEINBLATT LLC

### ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.                          Invoice: 71321484
VIA EMAIL: Joseph E. Warner III            Invoice Date:  08/14/23
jwarner@fultonbank.com
                                           Page:  7

Client Number:   42372   Client Name:  Fulton Bank, N.A.

---

## REMITTANCE COPY

### PLEASE ENCLOSE THIS REMITTANCE COPY WITH YOUR PAYMENT SO THAT YOUR ACCOUNT MAY BE PROPERLY CREDITED.

Total Due:                            $8,156.60

Amount Enclosed: $

### Please mail all checks to our LOCKBOX Listed below:
### Gordon Feinblatt LLC
### P.O. Box 746539
### Atlanta, GA   30374-6539

CHECKS MAY BE MADE PAYABLE TO: GORDON FEINBLATT LLC
TO ASSURE PROPER CREDIT PLEASE RETURN REMITTANCE COPY
Tax ID # 52-0627715

# GORDON FEINBLATT LLC
## ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71321484
Invoice Date:  08/14/23

Page:  8

Client Number:   42372   Client Name:  Fulton Bank, N.A.

---

**If you are making an electronic payment please send an email to acctdept@gfrlaw.com on the day you initiate payment including the Invoice and Matter number you are paying.**

**ACH & EFT INSTRUCTIONS**
**GORDON FEINBLATT LLC**
**ACCOUNT NAME: GORDON FEINBLATT LLC GENERAL OPERATING ACCOUNT**
**BANK NAME: BANK OF AMERICA**
**100 S. CHARLES STREET**
**BALTIMORE, MD 21201**
**USA**
**ACCOUNT # 2000609289**
**ABA NO. 052001633**
**TYPE OF ACCOUNT CHECKING**
**BANK CONTACT ALISON GABIS**
**PHONE: 443-541-3620**

**WIRING INSTRUCTIONS**
**GORDON FEINBLATT LLC**
**ACCOUNT NAME: GORDON FEINBLATT LLC GENERAL OPERATING ACCOUNT**
**ACCOUNT ADDRESS: 1001 FLEET STREET, SUITE 700**
**BALTIMORE, MD 21202-4346**
**BANK NAME: BANK OF AMERICA**
**100 S. CHARLES STREET**
**BALTIMORE, MD 21201    USA**
**ACCOUNT # 2000609289**
**ABA NO. 026009593**
**SWIFT CODE BOFAUS3N (FOR INTERNATIONAL WIRES)**

CHECKS MAY BE MADE PAYABLE TO: GORDON FEINBLATT LLC
TO ASSURE PROPER CREDIT PLEASE RETURN REMITTANCE COPY
Tax ID # 52-0627715

**GORDON FEINBLATT LLC**
ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000   FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71323029
Invoice Date:  09/19/23

Page:  1

Client Number:   42372    Client Name:  Fulton Bank, N.A.

Matter No:

149975    Re:  Eagle Properties and Investments LLC

FOR SERVICES RENDERED THROUGH: August 31, 2023

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 08/02/23 | DSM | Telephone conference with Mr. Warner ▇▇▇▇▇ | 0.1 | $59.00 |
| 08/02/23 | DSM | Review e-mail from Mr. Warner ▇▇▇▇▇ legal research; draft e-mail to Mr. Warner regarding same | 0.8 | $472.00 |
| 08/06/23 | DSM | Review Bala Jain proofs of claim | 0.3 | $177.00 |
| 08/14/23 | DSM | Review e-mail from Mr. Jones regarding bank statements, etc., draft e-mail regarding same to Mr. Warner | 0.2 | $118.00 |
| 08/14/23 | DSM | Draft e-mail to Mr. Warner regarding Bala Jain proofs of claim | 0.1 | $59.00 |
| 08/14/23 | DSM | Draft e-mail to Mr. Jones regarding subpoena to produce bank documents | 0.1 | $59.00 |
| 08/14/23 | DSM | Review pleadings filed by Bala Jain regarding motion for preliminary injunction and motion to convert | 1.0 | $590.00 |
| 08/15/23 | DSM | Review Debtor's opposition to conversion motion | 0.1 | $59.00 |
| 08/18/23 | DSM | Further review of Bala Jain opposition to motion for preliminary injunction, draft memorandum in support of motion and in opposition to Bala Jain | 0.4 | $236.00 |
| 08/20/23 | DSM | Draft pleading in support of motion for preliminary injunction | 0.5 | $295.00 |

CHECKS MAY BE MADE PAYABLE TO: GORDON FEINBLATT LLC
TO ASSURE PROPER CREDIT PLEASE RETURN REMITTANCE COPY
Tax ID # 52-0627715

# GORDON FEINBLATT LLC
## ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.                          Invoice: 71323029
VIA EMAIL: Joseph E. Warner III            Invoice Date:  09/19/23
jwarner@fultonbank.com
                                           Page:  2

Client Number:   42372   Client Name:  Fulton Bank, N.A.

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 08/21/23 | DSM | Continue drafting memorandum in support of motion for preliminary injunction | 0.7 | $413.00 |
| 08/21/23 | DSM | Revise response to motion for preliminary injunction | 0.1 | $59.00 |
| 08/21/23 | DSM | Review pleadings regarding motion to convert | 0.4 | $236.00 |
| 08/22/23 | DSM | Revise opposition to motion to convert, review e-mail from Ms. Dragann, draft reply | 0.4 | $236.00 |
| 08/22/23 | DSM | Review and file opposition to motion to convert | 0.1 | $59.00 |
| 08/22/23 | DSM | Telephone conference with Mr. Frankel regarding motion to dismiss | 0.1 | $59.00 |
| 08/22/23 | DSM | Draft opposition to U.S. Trustee motion to convert or dismiss case | 1.2 | $708.00 |
| 08/23/23 | DSM | Draft e-mail to Mr. Warner regarding opposition to motion to convert | 0.1 | $59.00 |
| 08/23/23 | DSM | Draft e-mail to Mr. Warner regarding response to motion for preliminary injunction | 0.1 | $59.00 |
| 08/23/23 | DSM | Review Motion for Relief from Stay by Trinity Universal Insurance Co. | 0.1 | $59.00 |
| 08/23/23 | DSM | Review monthly report, draft e-mail regarding same to Mr. Warner | 0.4 | $236.00 |
| 08/24/23 | DSM | Draft e-mail to Ms. Greene regarding current appraisals, sale plans | 0.2 | $118.00 |
| 08/24/23 | DSM | Prepare for conference call regarding Mr. Jain, telephone conference with Ms. Dragann and Mr. Warner regarding same | 0.7 | $413.00 |
| 08/25/23 | DSM | Draft e-mail to Ms. Greene regarding appraisal status | 0.1 | $59.00 |

# GORDON FEINBLATT LLC
### ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71323029
Invoice Date:  09/19/23

Page:  3

Client Number:   42372    Client Name:  Fulton Bank, N.A.

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 08/25/23 | DSM | Draft e-mail to Mr. Warner regarding Mr. Patrick e-mail | 0.1 | $59.00 |
| 08/28/23 | DSM | Draft e-mail to Mr. Patrick regarding disposition of Fulton properties, review response | 0.1 | $59.00 |
| 08/28/23 | DSM | Prepare for hearing on motion for preliminary injunction and motion to convert case | 1.5 | $885.00 |
| 08/29/23 | DSM | Draft e-mail to Mr. Warner and Ms. Dragann regarding hearing | 0.6 | $354.00 |
| 08/29/23 | DSM | Court appearance for hearing on motion to convert and motion for preliminary injunction | 5.5 | $3,245.00 |
| 08/30/23 | DSM | Review docket entry regarding continued hearing on motion for preliminary injunction, calendar new hearing date | 0.1 | $59.00 |
| 08/30/23 | DSM | Conference call with Mr. Patrick and Ms. Greene regarding disposition of Fulton properties | 0.6 | $354.00 |
| 08/30/23 | DSM | Review appraisals, etc. | 0.3 | $177.00 |
| 08/30/23 | DSM | Draft e-mail to Mr. Patrick regarding schedule of Fulton properties | 0.1 | $59.00 |
| 08/30/23 | DSM | Additional review of appraisals, draft e-mail to Mr. Warner regarding same | 0.3 | $177.00 |
| 08/30/23 | DSM | Draft e-mail to Mr. Warner regarding collateral discussion | 1.0 | $590.00 |
| 08/30/23 | DSM | Draft e-mail to Mr. Patrick regarding 7616 Grove Ave. property | 0.1 | $59.00 |
| 08/31/23 | DSM | Review revised order, draft e-mail to Ms. Greene regarding same | 0.2 | $118.00 |
| 08/31/23 | DSM | Revise order denying conversion | 0.4 | $236.00 |

# GORDON FEINBLATT LLC
## ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71323029
Invoice Date:  09/19/23

Page:  4

Client Number:   42372   Client Name:  Fulton Bank, N.A.

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 08/31/23 | DSM | Draft e-mail to Mr. Patrick regarding 7616 Grove Avenue | 0.1 | $59.00 |
| | | TOTAL HOURS | 19.3 | |

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| David S. Musgrave | 19.3 | at | $590.00 | = | $11,387.00 |
| | CURRENT FEES | | | | $11,387.00 |
| | LESS: 10% DISCOUNT | | | | ($1,138.70) |
| | FEES DUE | | | | $10,248.30 |

**FOR COSTS ADVANCED AND EXPENSES INCURRED:**

| | | |
|---|---|---|
| Document Reproduction | $28.25 | |
| EXPENSES DUE | | $28.25 |

**TOTAL AMOUNT OF THIS INVOICE        $10,276.55**

# GORDON FEINBLATT LLC

### ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000   FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71323029
Invoice Date:  09/19/23

Page:  5

Client Number:   42372    Client Name:  Fulton Bank, N.A.

---

## REMITTANCE COPY

### PLEASE ENCLOSE THIS REMITTANCE COPY WITH YOUR PAYMENT SO THAT YOUR ACCOUNT MAY BE PROPERLY CREDITED.

Total Due:                               $10,276.55

Amount Enclosed: $

### Please mail all checks to our LOCKBOX Listed below:
### Gordon Feinblatt LLC
### P.O. Box 746539
### Atlanta, GA   30374-6539

# GORDON FEINBLATT LLC
### ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71323029
Invoice Date:  09/19/23

Page:  6

Client Number:   42372    Client Name:  Fulton Bank, N.A.

---

**If you are making an electronic payment please send an email to acctdept@gfrlaw.com on the day you initiate payment including the Invoice and Matter number you are paying.**

**ACH & EFT INSTRUCTIONS**
**GORDON FEINBLATT LLC**
**ACCOUNT NAME: GORDON FEINBLATT LLC GENERAL**
**OPERATING ACCOUNT**
**BANK NAME: BANK OF AMERICA**
**100 S. CHARLES STREET**
**BALTIMORE, MD 21201**
**USA**
**ACCOUNT # 2000609289**
**ABA NO. 052001633**
**TYPE OF ACCOUNT CHECKING**
**BANK CONTACT ALISON GABIS**
**PHONE: 443-541-3620**

**WIRING INSTRUCTIONS**
**GORDON FEINBLATT LLC**
**ACCOUNT NAME: GORDON FEINBLATT LLC GENERAL**
**OPERATING ACCOUNT**
**ACCOUNT ADDRESS: 1001 FLEET STREET, SUITE 700**
**BALTIMORE, MD 21202-4346**
**BANK NAME: BANK OF AMERICA**
**100 S. CHARLES STREET**
**BALTIMORE, MD 21201    USA**
**ACCOUNT # 2000609289**
**ABA NO. 026009593**
**SWIFT CODE BOFAUS3N (FOR INTERNATIONAL WIRES**)

# GORDON FEINBLATT LLC
### ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000   FAX: (410) 576-4246

Fulton Bank, N.A.                          Invoice: 71324120
VIA EMAIL: Joseph E. Warner III            Invoice Date:  10/19/23
jwarner@fultonbank.com
                                           Page:  1

Client Number:   42372    Client Name:  Fulton Bank, N.A.

**Matter No:**

**149975    Re:  Eagle Properties and Investments LLC**

FOR SERVICES RENDERED THROUGH: September 30, 2023

| **Date** | **Tkpr** | **Description** | **Hours** | **Value** |
|---|---|---|---|---|
| 09/05/23 | DSM | Review pleadings draft e-mail to Ms. Dragann and Mr. Warner regarding same | 0.2 | $118.00 |
| 09/05/23 | DSM | Draft e-mail to Ms. Dragann regarding Rule 2004 examination, draft e-mail to Mr. Warner regarding same | 0.3 | $177.00 |
| 09/06/23 | DSM | Telephone conference with Ms. Dragann regarding 2004 motion | 0.3 | $177.00 |
| 09/06/23 | DSM | Review Bala Jain subpoena, review document production regarding bank statements | 0.4 | $236.00 |
| 09/07/23 | DSM | Draft e-mail to Ms. Greene regarding dismissal of adversary proceeding (injunction) | 0.1 | $59.00 |
| 09/07/23 | DSM | Draft e-mail to Mr. Patrick regarding sale of collateral | 0.1 | $59.00 |
| 09/07/23 | DSM | Review e-mail from Ms. Greene regarding dismissal of adversary proceeding | 0.1 | $59.00 |
| 09/07/23 | DSM | Review motion to abandon real property | 0.1 | $59.00 |
| 09/07/23 | DSM | Review of bank statements and related documents | 0.1 | $59.00 |
| 09/07/23 | DSM | Review 2004 motion regarding opposition | 0.1 | $59.00 |
| 09/07/23 | DSM | Draft opposition to motion for Rule 2004 examination | 0.9 | $531.00 |
| 09/07/23 | DSM | Revise opposition to Rule 2004 motion | 0.2 | $118.00 |

# GORDON FEINBLATT LLC
## ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.                             Invoice: 71324120
VIA EMAIL: Joseph E. Warner III               Invoice Date: 10/19/23
jwarner@fultonbank.com
                                              Page: 2

Client Number:  42372    Client Name:  Fulton Bank, N.A.

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 09/08/23 | DSM | Review limited objection of Virginia Partners Bank to 2004 motion, revise Fulton Bank opposition | 0.1 | $59.00 |
| 09/08/23 | DSM | Draft e-mail to Ms. Dragann regarding opposition ▮▮▮▮▮▮▮▮▮ | 0.2 | $118.00 |
| 09/08/23 | DSM | Draft e-mail to Mr. Rogan regarding non-suiting of Bala Jain action | 0.2 | $118.00 |
| 09/08/23 | DSM | Review e-mail from Ms. Dragann regarding opposition to Rule 2004 examination, file same | 0.1 | $59.00 |
| 09/10/23 | DSM | Telephone conference with Mr. Patrick regarding case status | 0.2 | $118.00 |
| 09/11/23 | DSM | Draft e-mail to Mr. Warner regarding Dauphin County proof of claim | 0.1 | $59.00 |
| 09/11/23 | DSM | Review Rule 2004 motion regarding hearing date | 0.1 | $59.00 |
| 09/11/23 | DSM | Telephone conference with Mr. Jain regarding termination of SC & H and Ms. Greene | 0.3 | $177.00 |
| 09/11/23 | DSM | Draft e-mail to Mr. Warner regarding order denying motion to convert case to Chapter 7 | 0.1 | $59.00 |
| 09/11/23 | DSM | Telephone conference with Ms. Greene regarding termination/status | 0.2 | $118.00 |
| 09/11/23 | DSM | Draft e-mail to Mr. Warner and Ms. Dragann regarding conversations with Mr. Patrick, Mr. Jain and Ms. Greene | 0.4 | $236.00 |
| 09/13/23 | DSM | Review opposition to motion for relief from stay | 0.1 | $59.00 |
| 09/14/23 | DSM | Telepone conference with Mr. Jain regarding change of counsel | 0.1 | $59.00 |
| 09/14/23 | DSM | Telephone conference with Ms. Greene regarding change of counsel | 0.1 | $59.00 |

# GORDON FEINBLATT LLC

### ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71324120
Invoice Date:  10/19/23

Page:  3

Client Number:   42372   Client Name:  Fulton Bank, N.A.

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 09/14/23 | DSM | Telephone conference with Mr. VerStandig regarding CRO appointment | 0.1 | $59.00 |
| 09/15/23 | DSM | Telephone conference with Ms. Greene regarding substitution of counsel | 0.1 | $59.00 |
| 09/17/23 | DSM | Review pleadings regarding counsel and CRO substitution, draft e-mail to Mr. Warner regarding same | 0.4 | $236.00 |
| 09/18/23 | DSM | Telephone conference with Ms. Dragann regarding Amit Jain | 0.5 | $295.00 |
| 09/18/23 | DSM | Review e-mails regarding proposed order regarding dismissal of injunction action | 0.1 | $59.00 |
| 09/18/23 | DSM | Review draft dismissal order | 0.2 | $118.00 |
| 09/18/23 | DSM | Draft e-mail to Mr. Rogan regarding comments on draft order of dismissal | 0.2 | $118.00 |
| 09/18/23 | DSM | Telephone conference with Mr. Frankel regarding counsel changes | 0.2 | $118.00 |
| 09/18/23 | DSM | Review dismissal Order, sign and return to Mr. Rogan | 0.1 | $59.00 |
| 09/18/23 | DSM | Draft e-mail to Ms. Mills regarding docket sheets | 0.1 | $59.00 |
| 09/18/23 | DSM | Telephone conference Mr. Patrick regarding reorganization plan | 0.2 | $118.00 |
| 09/18/23 | ANM | Pull dockets for Mr. Musgrave regarding case no. 23-10566-KHK and AP case no 23-10105-KHK | 0.2 | $41.00 |
| 09/19/23 | DSM | Review Order Dismissing Adversary Proceeding, draft e-mail to Mr. Warner regarding same | 0.2 | $118.00 |
| 09/19/23 | DSM | Draft e-mail to Mr. Warner regarding case status | 0.3 | $177.00 |

CHECKS MAY BE MADE PAYABLE TO: GORDON FEINBLATT LLC
TO ASSURE PROPER CREDIT PLEASE RETURN REMITTANCE COPY
Tax ID # 52-0627715

# GORDON FEINBLATT LLC
## ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000   FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71324120
Invoice Date:  10/19/23

Page:  4

Client Number:   42372    Client Name:  Fulton Bank, N.A.

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 09/20/23 | DSM | Telephone conference with Ms. Dragann, Ms. McChesney and Ms. Wessner-Schaeffer regarding Amit Jain | 0.8 | $472.00 |
| 09/20/23 | DSM | Draft e-mail to Ms. Dragann regarding Amit Jain | 1.0 | $590.00 |
| 09/20/23 | DSM | Telephone conference with Mr. Stiff regarding Rule 2004 motion | 0.2 | $118.00 |
| 09/21/23 | DSM | Revise order on Rule 2004 motion | 0.2 | $118.00 |
| 09/21/23 | DSM | Draft e-mail to Mr. Stiff regarding proposed order on 2004 motion | 0.1 | $59.00 |
| 09/21/23 | DSM | Review e-mail from Mr. Warner regarding cancellation of insurance coverage, draft e-mail regarding same to Mr. Martin and Mr. VerStandig | 0.2 | $118.00 |
| 09/22/23 | DSM | Final review of proposed order, draft e-mail to Mr. Stiff regarding same | 0.1 | $59.00 |
| 09/25/23 | DSM | Telephone conference with Ms. Dragann regarding ███████ | 0.1 | $59.00 |
| 09/27/23 | DSM | Draft email to Mr. Warner regarding Rule 2004 order. | 0.1 | $59.00 |
| 09/28/23 | DSM | Draft email to Mr. VerStandig regarding insurance coverage. | 0.1 | $59.00 |
| 09/28/23 | DSM | Telephone conference with Mr. VerStandig regarding insurance. | 0.1 | $59.00 |
| 09/28/23 | DSM | Draft email to Ms. Wolfenden regarding insurance placement issue. | 0.1 | $59.00 |

TOTAL HOURS   11.2

# GORDON FEINBLATT LLC

### ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000   FAX: (410) 576-4246

Fulton Bank, N.A.                         Invoice: 71324120
VIA EMAIL: Joseph E. Warner III           Invoice Date:  10/19/23
jwarner@fultonbank.com
                                          Page:  5

Client Number:   42372   Client Name:  Fulton Bank, N.A.

---

## TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | Rate | | Value |
|---|---|---|---|---|
| David S. Musgrave | 11.0  at | $590.00 | = | $6,490.00 |
| Ashley N Mills | 0.2  at | $205.00 | = | $41.00 |
| | CURRENT FEES | | | $6,531.00 |
| | LESS: 10% DISCOUNT | | | ($653.10) |
| | FEES DUE | | | $5,877.90 |

**TOTAL AMOUNT OF THIS INVOICE**          **$5,877.90**

# GORDON FEINBLATT LLC
### ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71324120
Invoice Date:  10/19/23

Page:  6

Client Number:   42372   Client Name:  Fulton Bank, N.A.

| REMITTANCE COPY |
| --- |

**PLEASE ENCLOSE THIS REMITTANCE COPY WITH YOUR PAYMENT SO
THAT YOUR ACCOUNT MAY BE PROPERLY CREDITED.**

Total Due:                            $5,877.90

| Amount Enclosed: $ |
| --- |

**Please mail all checks to our LOCKBOX Listed below:
Gordon Feinblatt LLC
P.O. Box 746539
Atlanta, GA   30374-6539**

# GORDON FEINBLATT LLC

ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71324120
Invoice Date:  10/19/23

Page:  7

Client Number:   42372   Client Name:  Fulton Bank, N.A.

---

**If you are making an electronic payment please send an email to acctdept@gfrlaw.com on the day you initiate payment including the Invoice and Matter number you are paying.**

**ACH & EFT INSTRUCTIONS**
**GORDON FEINBLATT LLC**
**ACCOUNT NAME: GORDON FEINBLATT LLC GENERAL OPERATING ACCOUNT**
**BANK NAME: BANK OF AMERICA**
**100 S. CHARLES STREET**
**BALTIMORE, MD 21201**
**USA**
**ACCOUNT # 2000609289**
**ABA NO. 052001633**
**TYPE OF ACCOUNT CHECKING**
**BANK CONTACT ALISON GABIS**
**PHONE: 443-541-3620**

**WIRING INSTRUCTIONS**
**GORDON FEINBLATT LLC**
**ACCOUNT NAME: GORDON FEINBLATT LLC GENERAL OPERATING ACCOUNT**
**ACCOUNT ADDRESS: 1001 FLEET STREET, SUITE 700**
**BALTIMORE, MD 21202-4346**
**BANK NAME: BANK OF AMERICA**
**100 S. CHARLES STREET**
**BALTIMORE, MD 21201    USA**
**ACCOUNT # 2000609289**
**ABA NO. 026009593**
**SWIFT CODE BOFAUS3N (FOR INTERNATIONAL WIRES**)

CHECKS MAY BE MADE PAYABLE TO: GORDON FEINBLATT LLC
TO ASSURE PROPER CREDIT PLEASE RETURN REMITTANCE COPY
Tax ID # 52-0627715

# GORDON FEINBLATT LLC
### ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.                                      Invoice: 71325391
VIA EMAIL: Joseph E. Warner III                        Invoice Date:  11/14/23
jwarner@fultonbank.com
                                                       Page:  1

Client Number:   42372   Client Name:  Fulton Bank, N.A.

**Matter No:**

**149975   Re:  Eagle Properties and Investments LLC
              FFC-8921791**

FOR SERVICES RENDERED THROUGH: October 31, 2023

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 10/01/23 | DSM | Review subpoenas, draft email to Ms. Dragann regarding same, draft email to Mr. Stiff regarding same. | 0.3 | $177.00 |
| 10/01/23 | DSM | Draft email to Mr. Warner regarding order employing Chief Restructuring Officer. | 0.1 | $59.00 |
| 10/02/23 | DSM | Review motion for nonsuit, draft email regarding order to Ms. Haney. | 0.3 | $177.00 |
| 10/02/23 | DSM | Draft email to Mr. VerStandig regarding insurance coverage on 213 N. Port Street | 0.1 | $59.00 |
| 10/03/23 | DSM | Telephone conference with Mr. Verstandig regarding insurance issue | 0.1 | $59.00 |
| 10/04/23 | DSM | Review e-mail from Mr. Verstandig regarding insurance, draft e-mail regarding same to Mr. Warner | 0.1 | $59.00 |
| 10/04/23 | DSM | Draft e-mails to Mr. Verstandig regarding insurance issue, draft email to Mr. Warner regarding same. | 0.1 | $59.00 |
| 10/05/23 | DSM | Telephone conference with Mr. Verstandig regarding use of bank account | 0.1 | $59.00 |
| 10/12/23 | EUE | Review Court Order directing prodcution of documents. | 0.5 | $177.50 |
| 10/12/23 | EUE | Review documents in response to subpoena. | 1.0 | $355.00 |

CHECKS MAY BE MADE PAYABLE TO: GORDON FEINBLATT LLC
TO ASSURE PROPER CREDIT PLEASE RETURN REMITTANCE COPY
Tax ID # 52-0627715

# GORDON FEINBLATT LLC
## ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71325391
Invoice Date:  11/14/23

Page:  2

Client Number:   42372   Client Name:  Fulton Bank, N.A.

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 10/12/23 | LEH | Compile and bates number Fulton Bank records for production. | 1.0 | $225.00 |
| 10/12/23 | DSM | Draft e-mail to Ms. Ebonwu regarding compliance with subpoena | 0.1 | $59.00 |
| 10/12/23 | DSM | Draft e-mail to Mr. Verstandig regarding call to discuss Eagle | 0.1 | $59.00 |
| 10/12/23 | DSM | Conference with Ms. Ebonwu regarding document production | 0.1 | $59.00 |
| 10/15/23 | DSM | Review Nancy Greene fee application; draft email to Mr. Warner regarding same. | 0.3 | $177.00 |
| 10/15/23 | DSM | Draft email to Ms. Harvey regarding status of Bala Jain lawsuit. | 0.1 | $59.00 |
| 10/16/23 | EUE | Draft email to Debtor's counsel with responsive documents to subpoena. | 0.3 | $106.50 |
| 10/16/23 | EUE | Collated bates stamped documents to be sent in response to subpoena | 0.2 | $71.00 |
| 10/18/23 | DSM | Telephone conference with Mr. Verstandig regarding auction sale of Williamsburg Road. | 0.1 | $59.00 |
| 10/19/23 | DSM | Telephone conference with Mr. Verstandig regarding payments due and wire information. | 0.1 | $59.00 |
| 10/19/23 | DSM | Draft email to Mr. Warner regarding conversation with CRO. | 0.2 | $118.00 |
| 10/19/23 | DSM | Review schedule from Mr. Warner regarding past due payments. | 0.2 | $118.00 |
| 10/23/23 | DSM | Draft email to Mr. Verstandig regarding payments due/wire instructions. | 0.2 | $118.00 |
| 10/23/23 | DSM | Telephone conference with Mr. Verstandig regarding payments/schedules. | 0.1 | $59.00 |

CHECKS MAY BE MADE PAYABLE TO: GORDON FEINBLATT LLC
TO ASSURE PROPER CREDIT PLEASE RETURN REMITTANCE COPY
Tax ID # 52-0627715

# GORDON FEINBLATT LLC
ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71325391
Invoice Date:  11/14/23

Page:  3

Client Number:   42372    Client Name:  Fulton Bank, N.A.

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/23/23 | DSM | Draft email to Mr. Warner regarding conversation with Mr. Verstandig. | 0.2 | $118.00 |
| 10/24/23 | DSM | Review U.S. Trustee response to fee application; draft email to Mr. Warner regarding same. | 0.2 | $118.00 |
| 10/25/23 | DSM | Draft email to Mr. Schuster regarding cash collateral use and plan. | 0.1 | $59.00 |
| 10/25/23 | DSM | Review consent order for stay relief; draft email to Mr. Warner regarding same. | 0.2 | $118.00 |
| 10/26/23 | DSM | Draft email to Mr. Schuster regarding Bala Jain. | 0.1 | $59.00 |
| 10/26/23 | DSM | Draft email to Ms. Dragann regarding motion for nonsuit. | 0.1 | $59.00 |
| 10/29/23 | DSM | Review email from Mr. Martin regarding stipulation for continued use of cash collateral; draft email to Mr. Martin regarding same; draft email to Mr. Warner regarding same. | 0.5 | $295.00 |
| 10/30/23 | DSM | Draft revision to stipulation for use of cash collateral; review email from Mr. Warner regarding same. | 0.3 | $177.00 |
| 10/30/23 | DSM | Telephone conference with Mr. Martin regarding cash collateral stipulation. | 0.1 | $59.00 |
| 10/30/23 | DSM | Draft email to Mr. Martin regarding revisions to stipulation for use of cash collateral. | 0.1 | $59.00 |
| 10/30/23 | DSM | Review emails regarding cash collateral stipulation; draft reply. | 0.1 | $59.00 |
| 10/30/23 | DSM | Draft email to Mr. Warner regarding Bala Jain email. | 0.1 | $59.00 |
| 10/30/23 | DSM | Draft email to Mr. Martin regarding extension stipulation. | 0.1 | $59.00 |

# GORDON FEINBLATT LLC
### ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000   FAX: (410) 576-4246

Fulton Bank, N.A.                                      Invoice: 71325391
VIA EMAIL: Joseph E. Warner III                        Invoice Date:  11/14/23
jwarner@fultonbank.com
                                                       Page:  4

Client Number:   42372    Client Name:  Fulton Bank, N.A.

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 10/31/23 | DSM | Review Stipulation Regarding Use of Cash Collateral; draft email to Mr. Warner. | 0.2 | $118.00 |
| | | TOTAL HOURS | 8.2 | |

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|----|------|----|-------|
| David S. Musgrave | 5.2 | at | $590.00 | = | $3,068.00 |
| Ebele U. Ebonwu | 2.0 | at | $355.00 | = | $710.00 |
| Laura E Hennessy | 1.0 | at | $225.00 | = | $225.00 |
| | | CURRENT FEES | | | $4,003.00 |
| | | LESS: 10% DISCOUNT | | | ($400.30) |
| | | FEES DUE | | | $3,602.70 |

**TOTAL AMOUNT OF THIS INVOICE          $3,602.70**

# GORDON FEINBLATT LLC

### ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71325391
Invoice Date:  11/14/23

Page:  5

Client Number:   42372   Client Name:  Fulton Bank, N.A.

---

## REMITTANCE COPY

### PLEASE ENCLOSE THIS REMITTANCE COPY WITH YOUR PAYMENT SO THAT YOUR ACCOUNT MAY BE PROPERLY CREDITED.

Total Due:                              $3,602.70

Amount Enclosed: $

### Please mail all checks to our LOCKBOX Listed below:
### Gordon Feinblatt LLC
### P.O. Box 746539
### Atlanta, GA   30374-6539

CHECKS MAY BE MADE PAYABLE TO: GORDON FEINBLATT LLC
TO ASSURE PROPER CREDIT PLEASE RETURN REMITTANCE COPY
Tax ID # 52-0627715

# GORDON FEINBLATT LLC
ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71325391
Invoice Date:  11/14/23

Page:  6

Client Number:   42372   Client Name:  Fulton Bank, N.A.

---

**If you are making an electronic payment please send an email to acctdept@gfrlaw.com on the day you initiate payment including the Invoice and Matter number you are paying.**

**ACH & EFT INSTRUCTIONS**
**GORDON FEINBLATT LLC**
**ACCOUNT NAME: GORDON FEINBLATT LLC GENERAL**
**OPERATING ACCOUNT**
**BANK NAME: BANK OF AMERICA**
**100 S. CHARLES STREET**
**BALTIMORE, MD 21201**
**USA**
**ACCOUNT # 2000609289**
**ABA NO. 052001633**
**TYPE OF ACCOUNT CHECKING**
**BANK CONTACT ALISON GABIS**
**PHONE: 443-541-3620**

**WIRING INSTRUCTIONS**
**GORDON FEINBLATT LLC**
**ACCOUNT NAME: GORDON FEINBLATT LLC GENERAL**
**OPERATING ACCOUNT**
**ACCOUNT ADDRESS: 1001 FLEET STREET, SUITE 700**
**BALTIMORE, MD 21202-4346**
**BANK NAME: BANK OF AMERICA**
**100 S. CHARLES STREET**
**BALTIMORE, MD 21201   USA**
**ACCOUNT # 2000609289**
**ABA NO. 026009593**
**SWIFT CODE BOFAUS3N (FOR INTERNATIONAL WIRES)**

# GORDON FEINBLATT LLC
### ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71326821
Invoice Date:  12/15/23

Page:  1

Client Number:   42372    Client Name:  Fulton Bank, N.A.

**Matter No:**

**149975    Re:  Eagle Properties and Investments LLC**
**FFC-8921791**

FOR SERVICES RENDERED THROUGH: November 30, 2023

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 11/02/23 | DSM | Review non-suit; draft email to Ms. Dragann regarding same. | 0.1 | $59.00 |
| 11/03/23 | DSM | Review Motion to Dismiss or Convert; draft email regarding same to Mr. Warner | 0.4 | $236.00 |
| 11/06/23 | DSM | Draft email to Mr. Verstandig regarding insurance coverage and Williamsburg Road. | 0.1 | $59.00 |
| 11/06/23 | DSM | Telephone conference with Mr. Verstandig regarding insurance coverage | 0.1 | $59.00 |
| 11/06/23 | DSM | Draft email to Mr. Warner regarding insurance payments | 0.1 | $59.00 |
| 11/06/23 | DSM | Draft email to Mr. Verstandig regarding proof of insurance coverage | 0.1 | $59.00 |
| 11/06/23 | DSM | Draft email to Mr. Martin regarding insurance coverage | 0.1 | $59.00 |
| 11/13/23 | DSM | Draft email to Mr. Martin regarding cash collateral hearing | 0.1 | $59.00 |
| 11/14/23 | DSM | Draft email to Mr. Martin regarding cash collateral hearing. | 0.1 | $59.00 |
| 11/14/23 | DSM | Prepare for hearig on use of cash collateral | 0.1 | $59.00 |
| 11/14/23 | DSM | Review stipulation for use of cash collateral; draft email to Mr. Martin regarding same | 0.1 | $59.00 |

# GORDON FEINBLATT LLC
### ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71326821
Invoice Date:  12/15/23

Page:  2

Client Number:   42372    Client Name:  Fulton Bank, N.A.

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 11/15/23 | DSM | Review Bala Jain's response to motion to convert; draft email to Mr. Warner regarding same | 0.3 | $177.00 |
| 11/15/23 | DSM | Review order approving fee application of Nancy Greene | 0.1 | $59.00 |
| 11/21/23 | DSM | Review motion for relief from stay filed by Bala Jain | 0.3 | $177.00 |
| 11/21/23 | DSM | Draft email to Mr. Warner regarding Bala Jain motion for relief from stay | 0.1 | $59.00 |
| 11/21/23 | DSM | Draft email to Mr. Martin regarding appraisals, tax payments and insurance | 0.2 | $118.00 |
| 11/24/23 | DSM | Review August 2023 monthly operating report; draft email to Mr. Warner regarding same. | 0.3 | $177.00 |
| 11/24/23 | DSM | Review October 2023 monthly operating report; draft email to Mr. Warner regarding same | 0.3 | $177.00 |
| 11/24/23 | DSM | Draft email to Mr. Verstandig and Mr. Martin regarding Fulton Bank wire instructions for payments; locate same | 0.1 | $59.00 |
| 11/24/23 | DSM | Telephone conference with Mr. Verstandig regarding monthly operating reports, etc | 0.1 | $59.00 |
| 11/24/23 | DSM | Draft email to Mr. Warner regarding conversation with Mr. Verstandig; review file | 0.2 | $118.00 |
| 11/24/23 | DSM | Review SC&H Group fee application; draft email to Mr. Warner regarding same | 0.5 | $295.00 |
| 11/26/23 | DSM | Draft email to Mr. Warner regarding response to motion to convert; review response | 0.2 | $118.00 |

# GORDON FEINBLATT LLC
## ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000   FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71326821
Invoice Date:  12/15/23

Page:  3

Client Number:   42372    Client Name:  Fulton Bank, N.A.

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 11/27/23 | DSM | Review draft cash collateral stipulation and budget; revise stipulation; draft email to Mr. Warner regarding same; review email from Mr. Schuster regarding same. | 0.4 | $236.00 |
| 11/27/23 | DSM | Draft email to Mr. Martin regarding revisions to cash collateral stipulation; review same. | 0.2 | $118.00 |
| 11/27/23 | DSM | Draft email to Mr. Schuster regarding cash collateral stipulation | 0.1 | $59.00 |
| 11/27/23 | DSM | Draft email to Mr. Martin regarding cash collateral stipulation | 0.1 | $59.00 |
| 11/27/23 | DSM | Review pleading regarding September 2023 Operating Report | 0.1 | $59.00 |
| 11/27/23 | DSM | Review Complaint against Bala Jain | 0.2 | $118.00 |
| 11/27/23 | DSM | Review email from Mr. Warner regarding cash collateral stipulation; telephone conference with Mr. Warner regarding same | 0.2 | $118.00 |
| 11/27/23 | DSM | Telephone conference with Mr. Verstandig regarding payment to Fulton Bank | 0.1 | $59.00 |
| 11/27/23 | DSM | Telephone conference with Mr. Warner regarding delinquent payments | 0.1 | $59.00 |
| 11/28/23 | DSM | Review complaint against Bala Jain; draft email to Mr. Warner regarding same | 0.5 | $295.00 |
| 11/28/23 | DSM | Review email from Mr. Warner regarding payment status; draft email to Mr. Verstandig regarding same | 1.0 | $590.00 |
| 11/28/23 | DSM | Draft email to Mr. Warner regarding results of hearing | 0.1 | $59.00 |
| 11/28/23 | DSM | Review fee applications of Martin and WTP | 0.7 | $413.00 |

# GORDON FEINBLATT LLC

ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.                                     Invoice: 71326821
VIA EMAIL: Joseph E. Warner III                       Invoice Date:  12/15/23
jwarner@fultonbank.com
                                                      Page:  4

Client Number:   42372    Client Name:  Fulton Bank, N.A.

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 11/28/23 | DSM | Telephone conference with Mr. Verstandig regarding payments, fee applications, etc | 0.3 | $177.00 |
| 11/29/23 | DSM | Draft e-mail to Mr. Warner regarding conversation with CRO and professional fee applications, related research | 0.5 | $295.00 |
| 11/29/23 | DSM | Draft e-mail to Mr. VerStanding regarding payments to Fulton Bank, etc. | 0.1 | $59.00 |
| 11/29/23 | DSM | Review list of appraised values, draft e-mail to Mr. Warner regarding same | 0.1 | $59.00 |
| 11/29/23 | DSM | Draft e-mail to Mr. VerStanding regarding lack of payments and broker price opinions | 0.1 | $59.00 |
| 11/30/23 | DSM | Review email from Mr. Verstandig regarding appraisals and Williamsburg sale; draft email to Mr. Warner regarding same; draft email to Mr. Verstandig regarding same | 0.4 | $236.00 |
| | | TOTAL HOURS | 9.4 | |

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| David S. Musgrave | 9.4 at | $590.00  = | $5,546.00 |
| | CURRENT FEES | | $5,546.00 |
| | LESS: 10% DISCOUNT | | ($607.70) |
| | FEES DUE | | $4,938.30 |

CHECKS MAY BE MADE PAYABLE TO: GORDON FEINBLATT LLC
TO ASSURE PROPER CREDIT PLEASE RETURN REMITTANCE COPY
Tax ID # 52-0627715

# GORDON FEINBLATT LLC
## ATTORNEYS AT LAW
### 1001 FLEET STREET, SUITE 700
### BALTIMORE, MD 21202-4346
### TEL: (410) 576-4000   FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71326821
Invoice Date: 12/15/23

Page: 5

Client Number:   42372    Client Name:  Fulton Bank, N.A.

**FOR COSTS ADVANCED AND EXPENSES INCURRED:**

| | | |
|---|---|---|
| Document Reproduction | $38.20 | |
| EXPENSES DUE | | $38.20 |

**TOTAL AMOUNT OF THIS INVOICE**     **$4,976.50**

# GORDON FEINBLATT LLC

ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71326821
Invoice Date:  12/15/23

Page:  6

Client Number:   42372   Client Name:  Fulton Bank, N.A.

## REMITTANCE COPY

**PLEASE ENCLOSE THIS REMITTANCE COPY WITH YOUR PAYMENT SO THAT YOUR ACCOUNT MAY BE PROPERLY CREDITED.**

Total Due:                               $4,976.50

Amount Enclosed: $

**Please mail all checks to our LOCKBOX Listed below:**
**Gordon Feinblatt LLC**
**P.O. Box 746539**
**Atlanta, GA   30374-6539**

CHECKS MAY BE MADE PAYABLE TO: GORDON FEINBLATT LLC
TO ASSURE PROPER CREDIT PLEASE RETURN REMITTANCE COPY
Tax ID # 52-0627715

# GORDON FEINBLATT LLC

ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000   FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71326821
Invoice Date:  12/15/23

Page:  7

Client Number:    42372    Client Name:  Fulton Bank, N.A.

---

**If you are making an electronic payment please send an email to acctdept@gfrlaw.com on the day you initiate payment including the Invoice and Matter number you are paying.**

**ACH & EFT INSTRUCTIONS**
**GORDON FEINBLATT LLC**
**ACCOUNT NAME: GORDON FEINBLATT LLC GENERAL**
**OPERATING ACCOUNT**
**BANK NAME: BANK OF AMERICA**
**100 S. CHARLES STREET**
**BALTIMORE, MD 21201**
**USA**
**ACCOUNT # 2000609289**
**ABA NO. 052001633**
**TYPE OF ACCOUNT CHECKING**

**WIRING INSTRUCTIONS**
**GORDON FEINBLATT LLC**
**ACCOUNT NAME: GORDON FEINBLATT LLC GENERAL**
**OPERATING ACCOUNT**
**ACCOUNT ADDRESS: 1001 FLEET STREET, SUITE 700**
**BALTIMORE, MD 21202-4346**
**BANK NAME: BANK OF AMERICA**
**100 S. CHARLES STREET**
**BALTIMORE, MD 21201    USA**
**ACCOUNT # 2000609289**
**ABA NO. 026009593**
**SWIFT CODE BOFAUS3N (FOR INTERNATIONAL WIRES**)

# GORDON FEINBLATT LLC

ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71328119
Invoice Date:  01/23/24

Page:  1

Client Number:   42372   Client Name:  Fulton Bank, N.A.

---

**Matter No:**

**149975   Re:  Eagle Properties and Investments LLC**
**FFC-8921791**

FOR SERVICES RENDERED THROUGH: December 31, 2023

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 12/01/23 | DSM | Telephone conference with Mr. Verstandig regarding wire transfer | 0.1 | $59.00 |
| 12/03/23 | DSM | Draft email to Mr. Warner regarding wire transfer of $37,031.25 and Williamsburg Road auction sale | 0.2 | $118.00 |
| 12/04/23 | DSM | Draft email to Mr. Verstandig regarding wire status and Williamsburg sale | 0.2 | $118.00 |
| 12/05/23 | DSM | Telephone conference with Mr. Verstandig regarding wire to Fulton Bank and Williamsburg Road sale | 0.1 | $59.00 |
| 12/05/23 | DSM | Draft email to Mr. Warner regarding wire transfer | 0.1 | $59.00 |
| 12/06/23 | DSM | Draft email to Mr. Verstandig regarding 3002 Williamsburg Road sale | 0.1 | $59.00 |
| 12/08/23 | DSM | Review Opposition to Bala Jain motion for relief from stay as to 445 Windover Ave. | 0.1 | $59.00 |
| 12/11/23 | DSM | Draft limited objection to fee applications | 0.9 | $531.00 |
| 12/12/23 | DSM | Complete drafting objection to fee applications | 0.5 | $295.00 |
| 12/12/23 | DSM | Revise objection to fee applications | 0.5 | $295.00 |
| 12/12/23 | DSM | Final revision of objection to fee applications, file same | 0.1 | $59.00 |

# GORDON FEINBLATT LLC

ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71328119
Invoice Date:  01/23/24

Page:  2

Client Number:   42372    Client Name:  Fulton Bank, N.A.

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 12/12/23 | DSM | Review email from Mr. Stein regarding Williamsburg sale, review email to Mr. Verstandig regarding same, draft reply to Mr. Stein | 0.2 | $118.00 |
| 12/12/23 | DSM | Telephone conference with Mr. Frankel regarding fee applications | 0.1 | $59.00 |
| 12/13/23 | DSM | Review objection of Bala Jain to fee applications, draft email to Mr. Warner regarding same | 0.2 | $118.00 |
| 12/13/23 | DSM | Review auction contract for Williamsburg Road, draft email to Mr. Warner regarding same | 0.2 | $118.00 |
| 12/13/23 | DSM | Review Order Continuing Hearing, draft email to Mr. Warner regarding same | 0.2 | $118.00 |
| 12/13/23 | DSM | Telephone conference with Mr. Frankel regarding hearing continuance | 0.1 | $59.00 |
| 12/13/23 | DSM | Telephone conference with Mr. Verstandig regarding Williamsburg Road sale | 0.1 | $59.00 |
| 12/13/23 | DSM | Draft email to Mr. Warner regarding Williamsburg Road sale | 0.1 | $59.00 |
| 12/13/23 | DSM | Draft email to Mr. Verstandig regarding Williamsburg Road sale | 0.1 | $59.00 |
| 12/13/23 | DSM | Conference with Mr. Rogan regarding fee application, conference with Mr. Verstandig regarding same, case status | 0.2 | $118.00 |
| 12/14/23 | DSM | Review U.S. Trustee objection to fee applications, draft email to Mr. Warner regarding same | 0.1 | $59.00 |
| 12/18/23 | DSM | Prepare for hearing on fee applications | 1.7 | $1,003.00 |
| 12/18/23 | KK | Pull cases for Mr. Musgrave | 0.1 | $22.50 |
| 12/19/23 | DSM | Review case law for oral argument | 0.4 | $236.00 |
| 12/19/23 | DSM | Additional preparation for hearing | 0.2 | $118.00 |

CHECKS MAY BE MADE PAYABLE TO: GORDON FEINBLATT LLC
TO ASSURE PROPER CREDIT PLEASE RETURN REMITTANCE COPY
Tax ID # 52-0627715

# GORDON FEINBLATT LLC

ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000   FAX: (410) 576-4246

Fulton Bank, N.A.                               Invoice: 71328119
VIA EMAIL: Joseph E. Warner III                 Invoice Date:  01/23/24
jwarner@fultonbank.com
                                                Page:  3

Client Number:   42372    Client Name:  Fulton Bank, N.A.

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 12/19/23 | DSM | Court appearance for hearing on fee applications | 2.5 | $1,475.00 |
| 12/19/23 | DSM | Review motion and related pleadings for sale of 3002 Williamsburg Road, draft email to Mr. Warner regarding same | 0.7 | $413.00 |
| 12/19/23 | DSM | Review proposed order on 3002 Williamsburg Road sale | 0.4 | $236.00 |
| 12/19/23 | DSM | Review motion to approve engagement of real estate broker for sale of PA properties | 0.3 | $177.00 |
| 12/20/23 | DSM | Review email from Mr. Martin regarding 1203 Cottage Street, draft email regarding same to Mr.Warner regarding title report | 0.2 | $118.00 |
| 12/20/23 | DSM | Draft email to Mr. Martin regarding revisions to sale order | 0.1 | $59.00 |
| 12/21/23 | DSM | Review loan payoff on Cottage Street | 0.1 | $59.00 |
| 12/22/23 | DSM | Review November Monthly Operating Report, draft email to Mr. Warner regarding same | 0.2 | $118.00 |
| 12/22/23 | DSM | Review September 2023 Monthly Operating Report, draft email to Mr. Warner regarding same | 0.2 | $118.00 |
| 12/22/23 | DSM | Review payoff statement, review loan documents, draft email to Mr. Martin regarding same, draft email to Mr. Warner regarding same | 0.4 | $236.00 |
| 12/27/23 | DSM | Draft email to Mr. Warner regarding 449 Lawyers Road relief from stay | 0.1 | $59.00 |
| 12/28/23 | DSM | Telephone conference with Mr. Fasano regarding purchase of Fulton Bank senior lien | 0.2 | $118.00 |
| 12/28/23 | DSM | Telephone conference with Mr. Fasano regarding purchase of note | 0.2 | $118.00 |

# GORDON FEINBLATT LLC

ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71328119
Invoice Date:  01/23/24

Page:  4

Client Number:   42372    Client Name:  Fulton Bank, N.A.

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 12/28/23 | DSM | Draft email to Mr. Warner regarding conversation with Mr. Fasano | 0.2 | $118.00 |
| 12/31/23 | DSM | Review payoff statement, draft email to Mr. Fasano regarding same | 0.2 | $118.00 |
| | | TOTAL HOURS | 12.9 | |

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| David S. Musgrave | 12.8 at | $590.00  = | $7,552.00 |
| Kathryn Eva Kessler | 0.1 at | $225.00  = | $22.50 |
| | CURRENT FEES | | $7,574.50 |
| | LESS: 10% DISCOUNT | | ($757.45) |
| | FEES DUE | | $6,817.05 |

**FOR COSTS ADVANCED AND EXPENSES INCURRED:**

| | | |
|---|---|---|
| Document Reproduction | $13.70 | |
| EXPENSES DUE | | $13.70 |

**TOTAL AMOUNT OF THIS INVOICE**          **$6,830.75**

# GORDON FEINBLATT LLC

ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71328119
Invoice Date:  01/23/24

Page:  5

Client Number:   42372    Client Name:  Fulton Bank, N.A.

---

| REMITTANCE COPY |
|:---:|

**PLEASE ENCLOSE THIS REMITTANCE COPY WITH YOUR PAYMENT SO
THAT YOUR ACCOUNT MAY BE PROPERLY CREDITED.**

Total Due:                                    $6,830.75

| Amount Enclosed: $ |
|---|

**Please mail all checks to our LOCKBOX Listed below:
Gordon Feinblatt LLC
P.O. Box 746539
Atlanta, GA   30374-6539**

CHECKS MAY BE MADE PAYABLE TO: GORDON FEINBLATT LLC
TO ASSURE PROPER CREDIT PLEASE RETURN REMITTANCE COPY
Tax ID # 52-0627715

# GORDON FEINBLATT LLC

ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71328119
Invoice Date:  01/23/24
Page:  6

Client Number:   42372    Client Name:  Fulton Bank, N.A.

**If you are making an electronic payment please send an email to acctdept@gfrlaw.com on the day you initiate payment including the Invoice and Matter number you are paying.**

**ACH & EFT INSTRUCTIONS**
**GORDON FEINBLATT LLC**
**ACCOUNT NAME: GORDON FEINBLATT LLC GENERAL**
**OPERATING ACCOUNT**
**BANK NAME: BANK OF AMERICA**
**100 S. CHARLES STREET**
**BALTIMORE, MD 21201**
**USA**
**ACCOUNT # 2000609289**
**ABA NO. 052001633**
**TYPE OF ACCOUNT CHECKING**

**WIRING INSTRUCTIONS**
**GORDON FEINBLATT LLC**
**ACCOUNT NAME: GORDON FEINBLATT LLC GENERAL**
**OPERATING ACCOUNT**
**ACCOUNT ADDRESS: 1001 FLEET STREET, SUITE 700**
**BALTIMORE, MD 21202-4346**
**BANK NAME: BANK OF AMERICA**
**100 S. CHARLES STREET**
**BALTIMORE, MD 21201    USA**
**ACCOUNT # 2000609289**
**ABA NO. 026009593**
**SWIFT CODE BOFAUS3N (FOR INTERNATIONAL WIRES**)

**Payment by Credit Card or eCheck -DoubleClick Link Below:**
Make a Payment | Gordon Feinblatt LLC (gfrlaw.com)

CHECKS MAY BE MADE PAYABLE TO: GORDON FEINBLATT LLC
TO ASSURE PROPER CREDIT PLEASE RETURN REMITTANCE COPY
Tax ID # 52-0627715

# GORDON FEINBLATT LLC

ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71329546
Invoice Date:  02/16/24

Page:  1

Client Number:   42372    Client Name:  Fulton Bank, N.A.

---

**Matter No:**

**149975    Re:  Eagle Properties and Investments LLC**
**FFC-8921791**

FOR SERVICES RENDERED THROUGH: January 31, 2024

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 01/02/24 | DSM | Draft email to Mr. Fasano regarding purchase of claim | 0.1 | $59.00 |
| 01/02/24 | DSM | Draft email to Mr. Warner regarding sale of 449 Lawyers Road note | 0.1 | $59.00 |
| 01/02/24 | DSM | Draft email to Mr. Fasano regarding rejection of purchase offer | 0.1 | $59.00 |
| 01/04/24 | DSM | Draft email to Mr. Martin regarding order striking sale notice | 0.2 | $118.00 |
| 01/04/24 | DSM | Telephone conference with Mr. Martin regarding sale of 1203 Cottage Street | 0.1 | $59.00 |
| 01/04/24 | DSM | Draft email to Mr. Warner regarding conversation with Mr. Martin regarding Cottage Street | 0.3 | $177.00 |
| 01/05/24 | DSM | Draft email to Mr. Martin regarding 1203 Cottage Street sale | 0.2 | $118.00 |
| 01/05/24 | DSM | Review email from Mr. Martin regarding 1203 Cottage Street and draft email to Mr. Warner regarding same | 0.1 | $59.00 |
| 01/05/24 | DSM | Review joinder of Bala Jain in Goldsmith motion for relief from stay and draft email to Mr. Warner regarding same | 0.3 | $177.00 |
| 01/06/24 | DSM | Review opposition to motion for relief from stay and draft email to Mr. Warner regarding same | 0.2 | $118.00 |

# GORDON FEINBLATT LLC

ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71329546
Invoice Date:  02/16/24

Page:  2

Client Number:   42372    Client Name:  Fulton Bank, N.A.

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 01/08/24 | DSM | Review docket regarding 3002 Williamsburg Road sale and order | 0.1 | $59.00 |
| 01/08/24 | DSM | Draft email to Mr. Martin regarding 3002 Williamsburg Road sale and order | 0.2 | $118.00 |
| 01/10/24 | DSM | Review motion to abandon | 0.1 | $59.00 |
| 01/10/24 | DSM | Telephone conference with Ms. Tancredi regarding Shore Bank | 0.2 | $118.00 |
| 01/10/24 | DSM | Review motion to abandon real property and draft email to Mr. Warner regarding same | 0.4 | $236.00 |
| 01/11/24 | DSM | Review email from Mr. Rogan regarding 1203 Cottage Street and draft email to Mr. Warner regarding same; review applicable loan documents | 0.3 | $177.00 |
| 01/11/24 | DSM | Review applicable loan documents | 0.3 | $177.00 |
| 01/12/24 | DSM | Telephone conference with Mr. Warner regarding abandonment and sale with Bala Jain consent | 0.5 | $295.00 |
| 01/13/24 | DSM | Review Disclosure Statement | 0.4 | $236.00 |
| 01/13/24 | DSM | Review plan of reorganization | 0.1 | $59.00 |
| 01/13/24 | DSM | Draft email to Mr. Warner regarding disclosure statement and plan | 0.3 | $177.00 |
| 01/15/24 | DSM | Review motion to amend abandonment order regarding Lombard Street property | 0.1 | $59.00 |
| 01/15/24 | DSM | Telephone conference with Mr. VerStandig regarding plan, 1203 Cottage Street | 0.1 | $59.00 |
| 01/17/24 | DSM | Telephone conference with Ms. Jefferson regarding rep. of SC&H Group plan and conversion | 0.2 | $118.00 |
| 01/17/24 | DSM | Draft email to Mr. Rogan regarding 1203 Cottage Avenue | 0.1 | $59.00 |

# GORDON FEINBLATT LLC

ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71329546
Invoice Date:  02/16/24

Page:  3

Client Number:  42372    Client Name:  Fulton Bank, N.A.

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 01/17/24 | DSM | Draft email to Mr. Rogan regarding conference call | 0.1 | $59.00 |
| 01/18/24 | DSM | Prepare for conference call with Mr. Rogan on 1203 Cottage Street | 0.5 | $295.00 |
| 01/18/24 | DSM | Review docket regarding pending hearings | 0.2 | $118.00 |
| 01/18/24 | DSM | Draft email to Mr. Warner regarding loan payment status | 0.2 | $118.00 |
| 01/18/24 | DSM | Telephone conference with Mr. Rogan regarding 1203 Cottage Street and other bankruptcy issues | 0.5 | $295.00 |
| 01/18/24 | DSM | Review email from Mr. Warner regarding loan status; draft email to Mr. Warner regarding conversation with Mr. Rogan | 0.1 | $59.00 |
| 01/18/24 | DSM | Draft emails to Mr. Warner regarding foreclosure and Cottage Street | 0.2 | $118.00 |
| 01/18/24 | DSM | Draft email to Mr. Warner regarding conversation with Mr. Rogan | 0.1 | $59.00 |
| 01/22/24 | DSM | Review email from Mr. Martin regarding continued use of cash collateral | 0.2 | $118.00 |
| 01/22/24 | DSM | Review previous order and review budget, etc. | 0.3 | $177.00 |
| 01/22/24 | DSM | Draft email to Mr. Warner regarding cash collateral | 0.2 | $118.00 |
| 01/22/24 | DSM | Draft email to Mr. Martin regarding cash collateral | 0.2 | $118.00 |
| 01/22/24 | DSM | Review email from Mr. Warner regarding status | 0.1 | $59.00 |
| 01/22/24 | DSM | Draft email to Mr. Warner regarding Mr. Martin' email | 0.1 | $59.00 |
| 01/22/24 | DSM | Draft email to Mr. Martin regarding loan status | 0.1 | $59.00 |

CHECKS MAY BE MADE PAYABLE TO: GORDON FEINBLATT LLC
TO ASSURE PROPER CREDIT PLEASE RETURN REMITTANCE COPY
Tax ID # 52-0627715

# GORDON FEINBLATT LLC

**ATTORNEYS AT LAW**
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71329546
Invoice Date: 02/16/24

Page: 4

Client Number:  42372    Client Name:  Fulton Bank, N.A.

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 01/22/24 | DSM | Review order approving sale of Williamsburg Road | 0.2 | $118.00 |
| 01/22/24 | DSM | Draft reply email to Mr. Warner | 0.1 | $59.00 |
| 01/22/24 | DSM | Draft email to Mr. Rogan regarding 1203 Cottage Street sale | 0.2 | $118.00 |
| 01/22/24 | DSM | Prepare for hearing | 0.6 | $354.00 |
| 01/22/24 | DSM | Telephone conference with Mr. VerStandig regarding cash collateral | 0.2 | $118.00 |
| 01/22/24 | DSM | Telephone conference with Mr. VerStandig regarding cash collateral | 0.3 | $177.00 |
| 01/22/24 | DSM | Additional preparation for hearing | 0.2 | $118.00 |
| 01/23/24 | DSM | Review email from Mr. Martin regarding cash collateral | 0.2 | $118.00 |
| 01/23/24 | DSM | Draft email to Mr. Warner regarding cash collateral | 0.2 | $118.00 |
| 01/23/24 | DSM | Telephone conference with Mr. Warner ▮▮▮▮▮ | 0.5 | $295.00 |
| 01/23/24 | DSM | Telephone conference with Mr. VerStandig regarding wire payment | 0.1 | $59.00 |
| 01/23/24 | DSM | Draft email to Mr. Warner regarding conversation with Mr. VerStandig | 0.1 | $59.00 |
| 01/23/24 | DSM | Court appearance for hearing | 4.0 | $2,360.00 |
| 01/23/24 | DSM | Conference with Mr. VerStandig regarding property sales, etc. | 0.5 | $295.00 |
| 01/25/24 | DSM | Draft status report to Mr. Warner | 0.5 | $295.00 |
| 01/29/24 | DSM | Review email from Mr. Warner | 0.1 | $59.00 |

# GORDON FEINBLATT LLC
## ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71329546
Invoice Date:  02/16/24

Page:  5

Client Number:   42372    Client Name:  Fulton Bank, N.A.

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 01/29/24 | DSM | Draft email to Mr. Warner regarding payment transmittal on January 23, 2024 | 0.1 | $59.00 |
| 01/29/24 | DSM | Draft email to Mr. VerStandig regarding wire transfer | 0.1 | $59.00 |
| 01/30/24 | DSM | Review bankruptcy case status | 0.1 | $59.00 |
| 01/30/24 | DSM | Draft email to Mr. VerStandig regarding sale of 1203 Cottage Street | 0.1 | $59.00 |
| 01/30/24 | DSM | Draft email to Mr. Martin regarding order status | 0.1 | $59.00 |
| 01/30/24 | DSM | Draft email to Mr. Warner regarding Mr. Rogan's email | 0.1 | $59.00 |
| 01/31/24 | DSM | Review emails from Mr. VerStandig regarding wire to Fulton Bank | 0.1 | $59.00 |
| 01/31/24 | DSM | Draft email to Mr. Warner regarding wire to bank | 0.1 | $59.00 |
| 01/31/24 | DSM | Draft email to Mr. Warner ███████████████ ████████ | 0.2 | $118.00 |
| 01/31/24 | DSM | Review email from Mr. Warner regarding receipt of wire transfer and draft emails to Mr. VerStandig and Mr. Warner regarding same | 0.1 | $59.00 |
| | | TOTAL HOURS | 17.3 | |

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| David S. Musgrave | 17.3 at | $590.00 = | $10,207.00 |

| | |
|---|---|
| CURRENT FEES | $10,207.00 |
| LESS: 10% DISCOUNT | ($1,020.70) |
| FEES DUE | $9,186.30 |

CHECKS MAY BE MADE PAYABLE TO: GORDON FEINBLATT LLC
TO ASSURE PROPER CREDIT PLEASE RETURN REMITTANCE COPY
Tax ID # 52-0627715

# GORDON FEINBLATT LLC

ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71329546
Invoice Date:  02/16/24

Page:  6

Client Number:   42372    Client Name:  Fulton Bank, N.A.

---

**TOTAL AMOUNT OF THIS INVOICE**              **$9,186.30**

# GORDON FEINBLATT LLC

ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71329546
Invoice Date:  02/16/24

Page:  7

Client Number:   42372    Client Name:  Fulton Bank, N.A.

---

| REMITTANCE COPY |
|:---:|

**PLEASE ENCLOSE THIS REMITTANCE COPY WITH YOUR PAYMENT SO THAT YOUR ACCOUNT MAY BE PROPERLY CREDITED.**

Total Due:                              $9,186.30

Amount Enclosed: $

**Please mail all checks to our LOCKBOX Listed below:**
**Gordon Feinblatt LLC**
**P.O. Box 746539**
**Atlanta, GA   30374-6539**

CHECKS MAY BE MADE PAYABLE TO: GORDON FEINBLATT LLC
TO ASSURE PROPER CREDIT PLEASE RETURN REMITTANCE COPY
Tax ID # 52-0627715

# GORDON FEINBLATT LLC
ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71329546
Invoice Date:  02/16/24
Page:  8

Client Number:   42372    Client Name:  Fulton Bank, N.A.

**If you are making an electronic payment please send an email to acctdept@gfrlaw.com on the day you initiate payment including the Invoice and Matter number you are paying.**

**ACH & EFT INSTRUCTIONS**
**GORDON FEINBLATT LLC**
**ACCOUNT NAME: GORDON FEINBLATT LLC GENERAL**
**OPERATING ACCOUNT**
**BANK NAME: BANK OF AMERICA**
**100 S. CHARLES STREET**
**BALTIMORE, MD 21201**
**USA**
**ACCOUNT # 2000609289**
**ABA NO. 052001633**
**TYPE OF ACCOUNT CHECKING**

**WIRING INSTRUCTIONS**
**GORDON FEINBLATT LLC**
**ACCOUNT NAME: GORDON FEINBLATT LLC GENERAL**
**OPERATING ACCOUNT**
**ACCOUNT ADDRESS: 1001 FLEET STREET, SUITE 700**
**BALTIMORE, MD 21202-4346**
**BANK NAME: BANK OF AMERICA**
**100 S. CHARLES STREET**
**BALTIMORE, MD 21201    USA**
**ACCOUNT # 2000609289**
**ABA NO. 026009593**
**SWIFT CODE BOFAUS3N (FOR INTERNATIONAL WIRES**)

**Payment by Credit Card or eCheck -DoubleClick Link Below:**
Make a Payment | Gordon Feinblatt LLC (gfrlaw.com)

CHECKS MAY BE MADE PAYABLE TO: GORDON FEINBLATT LLC
TO ASSURE PROPER CREDIT PLEASE RETURN REMITTANCE COPY
Tax ID # 52-0627715

# GORDON FEINBLATT LLC

### ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71330938
Invoice Date:  03/06/24

Page:  1

Client Number:   42372    Client Name:  Fulton Bank, N.A.

---

**Matter No:**

**149975    Re:  Eagle Properties and Investments LLC**
**FFC-8921791**

FOR SERVICES RENDERED THROUGH: February 29, 2024

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 02/01/24 | DSM | Review email and proposed stipulation for use of cash collateral and draft email to Mr. Martin regarding same | 0.1 | $59.00 |
| 02/04/24 | DSM | Review December 2023 monthly report, and draft email to Mr. Warner regarding same | 0.3 | $177.00 |
| 02/04/24 | DSM | Review Notice of Hearing on Disclosure Statement and review Amendments to Disclosure Statement and review plan amendments | 0.2 | $118.00 |
| 02/04/24 | DSM | Draft email to Mr. Warner regarding amended disclosure statement | 0.1 | $59.00 |
| 02/05/24 | DSM | Telephone conference with Mr. VerStandig regarding property sales | 0.1 | $59.00 |
| 02/05/24 | DSM | Draft opposition to abandonment motion and review purchase agreement on Cottage Street | 0.6 | $354.00 |
| 02/06/24 | DSM | Draft email to Mr. Martin regarding abandonment | 0.1 | $59.00 |
| 02/06/24 | DSM | Review Bala Jain opposition to abandonment | 0.1 | $59.00 |
| 02/06/24 | DSM | Revise opposition to motion to abandon | 0.2 | $118.00 |
| 02/06/24 | DSM | Telephone conference with Mr. VerStandig regarding payment breakdown | 0.1 | $59.00 |
| 02/06/24 | DSM | Draft email to Mr. VerStandig regarding payment breakdown | 0.2 | $118.00 |

# GORDON FEINBLATT LLC
## ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71330938
Invoice Date:  03/06/24

Page:  2

Client Number:   42372    Client Name:  Fulton Bank, N.A.

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 02/06/24 | DSM | Review proposed order on SC&H fees and draft email to counsel regarding same | 0.4 | $236.00 |
| 02/06/24 | DSM | Review revised order for SC&H fees and draft reply to counsel | 0.3 | $177.00 |
| 02/06/24 | DSM | Telephone conference with Ms. Tancredi regarding hearing date | 0.1 | $59.00 |
| 02/07/24 | DSM | Telephone conference with Mr. Frankel regarding payment of professional fees | 0.1 | $59.00 |
| 02/09/24 | DSM | Review Shore United Bank motion and draft email to Mr. Warner regarding same | 0.2 | $118.00 |
| 02/09/24 | DSM | Review email from Mr. Hamilton regarding sale of 1203 Cottage Street and draft reply email | 0.2 | $118.00 |
| 02/09/24 | DSM | Telephone conference with Mr. Hamilton regarding 1203 Cottage Street | 0.1 | $59.00 |
| 02/09/24 | DSM | Telephone conference with Mr. VerStandig regarding abandonment | 0.1 | $59.00 |
| 02/09/24 | DSM | Draft email to Mr. Warner regarding bank purchase of properties | 0.1 | $59.00 |
| 02/12/24 | DSM | Telephone conference with Mr. Warner regarding abandonment of Port Street and Manning Drive | 0.2 | $118.00 |
| 02/12/24 | DSM | Draft email to Mr. Martin regarding hearing on abandonment | 0.2 | $118.00 |
| 02/12/24 | DSM | Review email from Mr. Martin regarding hearing continuance | 0.1 | $59.00 |
| 02/12/24 | DSM | Telephone conference with Mr. VerStandig regarding rent shortfall | 0.1 | $59.00 |

# GORDON FEINBLATT LLC
### ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71330938
Invoice Date: 03/06/24

Page: 3

Client Number:   42372    Client Name:  Fulton Bank, N.A.

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 02/12/24 | DSM | Draft email to Mr. Warner regarding hearing continuance, property inspection and conversation with Mr. VerStandig | 0.4 | $236.00 |
| 02/19/24 | DSM | Review email from Mr. Martin and draft email to Mr. Rogan regarding same | 0.1 | $59.00 |
| 02/19/24 | DSM | Draft email to Mr. Warner regarding sale of 3002 Williamsburg Road | 0.1 | $59.00 |
| 02/19/24 | DSM | Draft email to Mr. Martin regarding sale of 3002 Williamsburg Road | 0.2 | $118.00 |
| 02/19/24 | DSM | Draft email to Mr. Martin regarding title agent for 3002 Williamsburg sale and draft email to Mr. Warner regarding Mr. Martin's email | 0.1 | $59.00 |
| 02/21/24 | DSM | Telephone conference with Ms. Lombardo regarding 3002 Williamsburg Road closing | 0.1 | $59.00 |
| 02/21/24 | DSM | Draft email to Ms. Lombardo regarding Williamsburg Road sale | 0.2 | $118.00 |
| 02/21/24 | DSM | Draft email to Mr. Warner regarding email from Ms. Lombardo regarding 3002 Williamsburg Road | 0.1 | $59.00 |
| 02/26/24 | DSM | Review email and settlement statement regarding 3002 Williamsburg Road | 0.1 | $59.00 |
| 02/26/24 | DSM | Review order and application regarding 3002 Williamsburg Road sale and draft email to Mr. Warner regarding same | 0.2 | $118.00 |
| 02/26/24 | DSM | Draft email to Ms. Lombardo regarding sale of 3002 Williamsburg Road | 0.2 | $118.00 |
| 02/26/24 | DSM | Review email from Ms. Lombardo regarding 3002 Williamsburg Road and draft email to Ms. Lombardo and Mr. Warner regarding same | 0.2 | $118.00 |

# GORDON FEINBLATT LLC

ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71330938
Invoice Date:  03/06/24

Page:  4

Client Number:   42372    Client Name:  Fulton Bank, N.A.

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 02/26/24 | DSM | Draft email to Ms. Lombardo regarding wire instructions | 0.1 | $59.00 |
| 02/26/24 | DSM | Draft email to Ms. Lombardo regarding 3002 Williamsburg Road | 0.2 | $118.00 |
| 02/27/24 | DSM | Complete drafting correspondence to Ms. Lombardo | 0.1 | $59.00 |
| 02/28/24 | DSM | Review consent order on Shore United Bank motion | 0.1 | $59.00 |
| 02/29/24 | DSM | Review email from Mr. Rogan regarding 1203 Cottage sale and draft reply email to Mr. Rogan and Mr. Warner regarding same | 0.2 | $118.00 |
| | | TOTAL HOURS | 7.0 | |

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | Hours | Rate | | Value |
|------------|-------|------|--|-------|
| David S. Musgrave | 7.0 at | $590.00 | = | $4,130.00 |
| | CURRENT FEES | | | $4,130.00 |
| | LESS: 10% DISCOUNT | | | ($413.00) |
| | FEES DUE | | | $3,717.00 |

**TOTAL AMOUNT OF THIS INVOICE**          **$3,717.00**

# GORDON FEINBLATT LLC

ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71330938
Invoice Date:  03/06/24

Page:  5

Client Number:   42372    Client Name:  Fulton Bank, N.A.

---

| REMITTANCE COPY |
| :---: |

## PLEASE ENCLOSE THIS REMITTANCE COPY WITH YOUR PAYMENT SO THAT YOUR ACCOUNT MAY BE PROPERLY CREDITED.

Total Due:                                    $3,717.00

| Amount Enclosed: $ |
| :--- |

## Please mail all checks to our LOCKBOX Listed below:
## Gordon Feinblatt LLC
## P.O. Box 746539
## Atlanta, GA   30374-6539

CHECKS MAY BE MADE PAYABLE TO: GORDON FEINBLATT LLC
TO ASSURE PROPER CREDIT PLEASE RETURN REMITTANCE COPY
Tax ID # 52-0627715

# GORDON FEINBLATT LLC

ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71330938
Invoice Date:  03/06/24

Page:  6

Client Number:   42372   Client Name:  Fulton Bank, N.A.

---

**If you are making an electronic payment please send an email to acctdept@gfrlaw.com on the day you initiate payment including the Invoice and Matter number you are paying.**

**ACH & EFT INSTRUCTIONS**
**GORDON FEINBLATT LLC**
**ACCOUNT NAME: GORDON FEINBLATT LLC GENERAL**
**OPERATING ACCOUNT**
**BANK NAME: BANK OF AMERICA**
**100 S. CHARLES STREET**
**BALTIMORE, MD 21201**
**USA**
**ACCOUNT # 2000609289**
**ABA NO. 052001633**
**TYPE OF ACCOUNT CHECKING**

**WIRING INSTRUCTIONS**
**GORDON FEINBLATT LLC**
**ACCOUNT NAME: GORDON FEINBLATT LLC GENERAL**
**OPERATING ACCOUNT**
**ACCOUNT ADDRESS: 1001 FLEET STREET, SUITE 700**
**BALTIMORE, MD 21202-4346**
**BANK NAME: BANK OF AMERICA**
**100 S. CHARLES STREET**
**BALTIMORE, MD 21201    USA**
**ACCOUNT # 2000609289**
**ABA NO. 026009593**
**SWIFT CODE BOFAUS3N (FOR INTERNATIONAL WIRES**)

**Payment by Credit Card or eCheck -DoubleClick Link Below:**
Make a Payment | Gordon Feinblatt LLC (gfrlaw.com)

CHECKS MAY BE MADE PAYABLE TO: GORDON FEINBLATT LLC
TO ASSURE PROPER CREDIT PLEASE RETURN REMITTANCE COPY
Tax ID # 52-0627715

# GORDON FEINBLATT LLC

ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71332451
Invoice Date:  04/16/24

Page:  1

Client Number:   42372    Client Name:  Fulton Bank, N.A.

---

**Matter No:**

**149975    Re:  Eagle Properties and Investments LLC
               FFC-8921791**

FOR SERVICES RENDERED THROUGH: March 31, 2024

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 03/01/24 | DSM | Review emails from Mr. Rogan and Mr. Warner | 0.1 | $59.00 |
| 03/01/24 | DSM | Draft email to Mr. Rogan, Mr. Hamilton and Mr. Martin regarding 1203 Cottage sale | 0.2 | $118.00 |
| 03/04/24 | DSM | Review disclosure statement regarding objection and draft email to Mr. Warner regarding same | 0.3 | $177.00 |
| 03/04/24 | DSM | Assemble monthly reports | 0.1 | $59.00 |
| 03/04/24 | DSM | Telephone conference with Mr. Hamilton regarding contract on Cottage Street | 0.1 | $59.00 |
| 03/04/24 | DSM | Telephone call with Mr. Reid regarding Cottage Street sale | 0.1 | $59.00 |
| 03/04/24 | DSM | Telephone conference with Mr.VerStandig regarding Cottage Street and draft email to parties regarding same | 0.1 | $59.00 |
| 03/04/24 | DSM | Draft objection to disclosure statement | 1.4 | $826.00 |
| 03/05/24 | DSM | Complete drafting objection to disclosure statement | 0.5 | $295.00 |
| 03/05/24 | DSM | Revise objection to amended disclosure statement | 0.5 | $295.00 |
| 03/05/24 | DSM | Revise and file objection to disclosure statement | 0.2 | $118.00 |
| 03/05/24 | DSM | Telephone conference with Mr. VerStandig regarding objection to disclosure statement | 0.1 | $59.00 |

# GORDON FEINBLATT LLC
### ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71332451
Invoice Date:  04/16/24

Page:  2

Client Number:   42372    Client Name:  Fulton Bank, N.A.

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 03/06/24 | DSM | Draft email to Mr. Schuster regarding abandonment | 0.1 | $59.00 |
| 03/06/24 | DSM | Telephone conference with Mr. VerStandig regarding Cottage Street | 0.1 | $59.00 |
| 03/06/24 | DSM | Draft email to Mr. Warner regarding objection to disclosure statement and abandonment | 0.1 | $59.00 |
| 03/06/24 | DSM | Review objection to disclosure statement | 0.1 | $59.00 |
| 03/07/24 | DSM | Review U.S. trustee objection to disclosure statement | 0.1 | $59.00 |
| 03/11/24 | DSM | Telephone conference with Mr. Martin regarding abandonment and disclosure statement | 0.2 | $118.00 |
| 03/11/24 | DSM | Telephone conference with Mr. VerStandig regarding abandonment/payments | 0.1 | $59.00 |
| 03/11/24 | DSM | Draft email to Ms. Lake regarding amendment to proof of claim | 0.1 | $59.00 |
| 03/11/24 | DSM | Telephone conference with Mr. Martin regarding disclosure statement | 0.1 | $59.00 |
| 03/12/24 | DSM | Telephone conference with Mr. VerStandig regarding conversion | 0.2 | $118.00 |
| 03/13/24 | DSM | Telephone conference with Mr. Martin regarding motion to reconsider conversion | 0.1 | $59.00 |
| 03/13/24 | DSM | Review court rulings regarding disclosure statement, etc. | 0.1 | $59.00 |
| 03/13/24 | DSM | Telephone conference with Ms. Tancredi regarding conversion | 0.1 | $59.00 |
| 03/17/24 | DSM | Review email from Mr. Rogan regarding call to discuss motion for reconsideration and review motion and notice | 0.6 | $354.00 |

# GORDON FEINBLATT LLC
### ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.                           Invoice: 71332451
VIA EMAIL: Joseph E. Warner III             Invoice Date:  04/16/24
jwarner@fultonbank.com
                                            Page:  3

Client Number:   42372    Client Name:  Fulton Bank, N.A.

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 03/17/24 | DSM | Draft email to Mr. Warner regarding motion to reconsider conversion | 0.3 | $177.00 |
| 03/17/24 | DSM | Draft email to Mr. Rogan regarding conversion | 0.1 | $59.00 |
| 03/18/24 | DSM | Telephone conference with Mr. Rogan regarding motion to reconsider conversion | 0.4 | $236.00 |
| 03/18/24 | DSM | Telephone conference with Mr. Warner regarding motion for reconsideration | 0.1 | $59.00 |
| 03/18/24 | DSM | Telephone conference with Mr. Warner regarding motion for reconsideration | 0.2 | $118.00 |
| 03/18/24 | DSM | Telephone conference with Mr. McCarthy regarding chapter 7 trustee | 0.3 | $177.00 |
| 03/18/24 | DSM | Telephone conference with Mr. Rogan regarding Bank opposition to reconsideration | 0.1 | $59.00 |
| 03/18/24 | DSM | Draft email to Mr. Martin regarding conversion | 0.1 | $59.00 |
| 03/18/24 | DSM | Prepare for hearing on motion to reconsider conversion | 1.4 | $826.00 |
| 03/19/24 | DSM | Court appearance for hearing on Motion for Reconsideration | 4.0 | $2,360.00 |
| 03/19/24 | DSM | Telephone conference with Mr. VerStandig regarding hearing results | 0.2 | $118.00 |
| 03/20/24 | DSM | Telephone conference with Ms. Dragann regarding discovery and status | 0.4 | $236.00 |
| 03/21/24 | DSM | Telephone conference with Mr. Karbelk regarding trustee | 0.1 | $59.00 |
| 03/22/24 | DSM | Draft email to M.r Rogan regarding trustee election | 0.1 | $59.00 |
| 03/22/24 | DSM | Telephone conference with Mr. Rogan regarding trustee election | 0.2 | $118.00 |

# GORDON FEINBLATT LLC

ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71332451
Invoice Date:  04/16/24

Page:  4

Client Number:   42372    Client Name:  Fulton Bank, N.A.

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 03/24/24 | DSM | Review notice of meeting of creditors | 0.1 | $59.00 |
| 03/25/24 | DSM | Draft email to Mr. Rogan regarding conference call with Mr. McCarthy | 0.1 | $59.00 |
| 03/25/24 | DSM | Conference call with Mr. Rogan and Mr. McCarthy regarding Chapter 7 trustee election | 0.8 | $472.00 |
| 03/26/24 | DSM | Telephone conference with Mr. Rogan regarding trustee | 0.1 | $59.00 |
| 03/26/24 | DSM | Draft email to Mr. Gold regarding conference call | 0.2 | $118.00 |
| 03/26/24 | DSM | Draft email reply to Mr. Gold regarding conference call | 0.1 | $59.00 |
| 03/26/24 | DSM | Draft email to trustee regarding rescheduling conference call | 0.1 | $59.00 |
| 03/27/24 | DSM | Draft email to Mr. Warner regarding case status | 0.4 | $236.00 |
| 03/27/24 | DSM | Conference call with Trustee, Mr. Karbelk, Mr. Trache and Mr. Rogan regarding chapter 7 | 1.0 | $590.00 |
| 03/27/24 | DSM | Draft email to Mr. Karbelk regarding settlement statement for 3002 Williamsburg Road | 0.1 | $59.00 |
| 03/27/24 | DSM | Draft email to Mr. Warner regarding conference call with trustee and other parties | 0.5 | $295.00 |
| 03/28/24 | DSM | Telephone conference with Mr. Karbelk regarding real property sales | 0.1 | $59.00 |
| 03/29/24 | DSM | Telephone conference with Mr. Karbelk regarding insurance on 1635 Church St. | 0.1 | $59.00 |
| | | TOTAL HOURS | 17.5 | |

# GORDON FEINBLATT LLC

ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71332451
Invoice Date:  04/16/24

Page:  5

Client Number:   42372    Client Name:  Fulton Bank, N.A.

---

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| David S. Musgrave | 17.5 at | $590.00  = | $10,325.00 |
| | CURRENT FEES | | $10,325.00 |
| | LESS: 10% DISCOUNT | | ($1,085.60) |
| | FEES DUE | | $9,239.40 |

**TOTAL AMOUNT OF THIS INVOICE**            **$9,239.40**

# GORDON FEINBLATT LLC

ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71332451
Invoice Date:  04/16/24

Page:  6

Client Number:  42372    Client Name:  Fulton Bank, N.A.

---

| REMITTANCE COPY |
| --- |

**PLEASE ENCLOSE THIS REMITTANCE COPY WITH YOUR PAYMENT SO
THAT YOUR ACCOUNT MAY BE PROPERLY CREDITED.**

Total Due:                                  $9,239.40

| Amount Enclosed: $ |
| --- |

**Please mail all checks to our LOCKBOX Listed below:
Gordon Feinblatt LLC
P.O. Box 746539
Atlanta, GA   30374-6539**

CHECKS MAY BE MADE PAYABLE TO: GORDON FEINBLATT LLC
TO ASSURE PROPER CREDIT PLEASE RETURN REMITTANCE COPY
Tax ID # 52-0627715

# GORDON FEINBLATT LLC

ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000   FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71332451
Invoice Date: 04/16/24
Page: 7

Client Number:   42372   Client Name:  Fulton Bank, N.A.

**If you are making an electronic payment please send an email to acctdept@gfrlaw.com on the day you initiate payment including the Invoice and Matter number you are paying.**

**ACH & EFT INSTRUCTIONS**
**GORDON FEINBLATT LLC**
**ACCOUNT NAME: GORDON FEINBLATT LLC GENERAL**
**OPERATING ACCOUNT**
**BANK NAME: BANK OF AMERICA**
**100 S. CHARLES STREET**
**BALTIMORE, MD 21201**
**USA**
**ACCOUNT # 2000609289**
**ABA NO. 052001633**
**TYPE OF ACCOUNT CHECKING**

**WIRING INSTRUCTIONS**
**GORDON FEINBLATT LLC**
**ACCOUNT NAME: GORDON FEINBLATT LLC GENERAL**
**OPERATING ACCOUNT**
**ACCOUNT ADDRESS: 1001 FLEET STREET, SUITE 700**
**BALTIMORE, MD 21202-4346**
**BANK NAME: BANK OF AMERICA**
**100 S. CHARLES STREET**
**BALTIMORE, MD 21201   USA**
**ACCOUNT # 2000609289**
**ABA NO. 026009593**
**SWIFT CODE BOFAUS3N (FOR INTERNATIONAL WIRES**)

**Payment by Credit Card or eCheck -DoubleClick Link Below:**
Make a Payment | Gordon Feinblatt LLC (gfrlaw.com)

CHECKS MAY BE MADE PAYABLE TO: GORDON FEINBLATT LLC
TO ASSURE PROPER CREDIT PLEASE RETURN REMITTANCE COPY
Tax ID # 52-0627715

# GORDON FEINBLATT LLC

ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71334041
Invoice Date:  05/09/24

Page:  1

Client Number:   42372    Client Name:  Fulton Bank, N.A.

---

**Matter No:**

**149975    Re:  Eagle Properties and Investments LLC**
**FFC-8921791**

FOR SERVICES RENDERED THROUGH: April 30, 2024

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 04/01/24 | LEL | Review email from and draft email to Mr. Musgrave regarding amended proof of claim. | 0.1 | $43.00 |
| 04/01/24 | LEL | Draft amended proof of claim. | 0.6 | $258.00 |
| 04/01/24 | DSM | Draft email to Mr. Warner regarding Order Denying Motion to Reconsider and insurance status | 0.2 | $118.00 |
| 04/01/24 | DSM | Telephone conference with Mr. Karbelk regarding sales and rentals | 0.1 | $59.00 |
| 04/02/24 | DSM | Review application to employ Nelson, Mullins and review order | 0.2 | $118.00 |
| 04/02/24 | DSM | Draft email to Mr. Warner regarding conversation with Mr. Karbelk | 0.1 | $59.00 |
| 04/02/24 | DSM | Draft email to Mr. Warner regarding sale of Cottage Street | 0.1 | $59.00 |
| 04/02/24 | DSM | Review employment applications | 0.1 | $59.00 |
| 04/02/24 | DSM | Draft email to Mr. Warner regarding Mr. Trache agenda for conference call, etc. | 0.2 | $118.00 |
| 04/03/24 | LEL | Revise amended proof of claim form and rider. | 0.1 | $43.00 |
| 04/03/24 | DSM | Review and revise amended proof of claim | 0.2 | $118.00 |
| 04/03/24 | DSM | Further review of applications to employ Mr. Karbelk | 0.2 | $118.00 |

# GORDON FEINBLATT LLC
### ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71334041
Invoice Date:  05/09/24

Page:  2

Client Number:   42372    Client Name:  Fulton Bank, N.A.

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 04/03/24 | DSM | Prepare for conference call with trustee | 0.1 | $59.00 |
| 04/03/24 | DSM | Conference call with Mr. Rogan, Mr. Gold, Mr. Trache and Mr. Karbelk regarding status | 0.9 | $531.00 |
| 04/03/24 | DSM | Telephone conference with Mr. Warner regarding conference call with trustee/relief from stay | 0.2 | $118.00 |
| 04/09/24 | DSM | Review draft pleadings from trustee's counsel | 0.2 | $118.00 |
| 04/09/24 | DSM | Review Mr. Rogan's comments and draft email to Mr. Warner regarding same | 0.2 | $118.00 |
| 04/09/24 | DSM | Telephone conference with Mr. Karbelk regarding rental income | 0.1 | $59.00 |
| 04/10/24 | DSM | Draft email to Mr. Trache regarding review of stipulation | 0.1 | $59.00 |
| 04/10/24 | DSM | Draft email to Mr. Warner regarding insurance lapse on Fulton properties | 0.1 | $59.00 |
| 04/10/24 | DSM | Draft email to Mr. Warner regarding force placing insurance coverage | 0.1 | $59.00 |
| 04/10/24 | DSM | Draft email to Mr. Karbelk regarding rent status of Fulton properties | 0.1 | $59.00 |
| 04/10/24 | DSM | Review email from Mr. Fasano regarding 449 Lawyers Road | 0.1 | $59.00 |
| 04/10/24 | DSM | Review email from Mr. Karbelk regarding rental income | 0.1 | $59.00 |
| 04/11/24 | DSM | Draft email to Mr. Trache regarding use of rental income | 0.1 | $59.00 |
| 04/11/24 | DSM | Draft email to Mr. Warner regarding email to Mr. Trache | 0.1 | $59.00 |
| 04/11/24 | DSM | Telephone conference with Mr. Gold and Mr. Trache regarding cash collateral | 0.1 | $59.00 |

# GORDON FEINBLATT LLC
## ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.                         Invoice: 71334041
VIA EMAIL: Joseph E. Warner III           Invoice Date:  05/09/24
jwarner@fultonbank.com
                                          Page:  3

Client Number:   42372    Client Name:  Fulton Bank, N.A.

| **Date** | **Tkpr** | **Description** | **Hours** | **Value** |
|---|---|---|---|---|
| 04/11/24 | DSM | Review revisions to cash collateral pleadings | 0.2 | $118.00 |
| 04/11/24 | DSM | Revise consent order for use of cash collateral | 0.5 | $295.00 |
| 04/11/24 | DSM | Telephone conference with Mr. Warner regarding use of cash collateral and revise cash collateral order | 0.5 | $295.00 |
| 04/11/24 | DSM | Revise consent order and draft email to Mr. Warner regarding same | 0.4 | $236.00 |
| 04/11/24 | DSM | Draft email to Mr. Warner regarding cash collateral consent order | 0.1 | $59.00 |
| 04/12/24 | DSM | Draft email to Mr. Trache regarding revisions to consent order | 0.1 | $59.00 |
| 04/12/24 | DSM | Draft email to Mr. Trache regarding conference call to dismiss cash collateral order | 0.1 | $59.00 |
| 04/15/24 | DSM | Review revised consent order for use of cash collateral | 0.1 | $59.00 |
| 04/15/24 | DSM | Conference call regarding cash collateral order | 0.2 | $118.00 |
| 04/16/24 | DSM | Review draft pleadings for Fulton Bank use of cash collateral | 0.2 | $118.00 |
| 04/16/24 | DSM | Review draft pleadings for Bala Jain use of cash collateral | 0.1 | $59.00 |
| 04/16/24 | DSM | Draft email to Mr. Trache regarding cash collateral pleadings | 0.2 | $118.00 |
| 04/16/24 | DSM | Draft email to Mr. Trache regarding revised pleadings and draft email to Mr. Warner regarding cash collateral order | 0.1 | $59.00 |
| 04/16/24 | DSM | Review loan payoffs and draft email to Mr. Karbelk, Mr. Trache and Mr. Gold regarding same | 0.6 | $354.00 |

# GORDON FEINBLATT LLC

### ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000   FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71334041
Invoice Date:  05/09/24

Page:  4

Client Number:   42372    Client Name:  Fulton Bank, N.A.

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 04/18/24 | DSM | Telephone conference with Mr. Fasaro regarding Goldsmith claim | 0.2 | $118.00 |
| 04/18/24 | DSM | Telephone conference with Mr. Karbelk regarding legal fee allocation | 0.1 | $59.00 |
| 04/19/24 | DSM | Telephone conference with Mr. Karbelk regrding sales status | 0.1 | $59.00 |
| 04/19/24 | DSM | Draft email to Mr. Warner regarding Mr. Karbelk's status report | 0.2 | $118.00 |
| 04/19/24 | DSM | Draft email to Mr. Trache regarding discussion regarding legal fees | 0.1 | $59.00 |
| 04/19/24 | DSM | Draft email to Mr. Trache regarding conference call to discuss legal fees | 0.1 | $59.00 |
| 04/22/24 | DSM | Telephone conference with Mr. Trache regarding legal fee issue | 0.4 | $236.00 |
| 04/23/24 | DSM | Draft email to Mr. Warner regarding conversation with trustee's counsel | 0.3 | $177.00 |
| 04/29/24 | DSM | Review response of Mr. Goldsmith regarding motions to sell Lynn Street and Lawyers Road | 0.1 | $59.00 |
| 04/30/24 | DSM | Draft email to Ms. Dragann ███████████ ████ | 0.1 | $59.00 |
| 04/30/24 | DSM | Telephone conference with Mr. Karbelk regarding insurance coverage | 0.1 | $59.00 |
| | | TOTAL HOURS | 10.0 | |

# GORDON FEINBLATT LLC

ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71334041
Invoice Date:  05/09/24

Page:  5

Client Number:   42372    Client Name:  Fulton Bank, N.A.

---

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| David S. Musgrave | 9.2 at | $590.00 = | $5,428.00 |
| Lauren E. Lake | 0.8 at | $430.00 = | $344.00 |
| | CURRENT FEES | | $5,772.00 |
| | LESS: 10% DISCOUNT | | ($577.20) |
| | FEES DUE | | $5,194.80 |

**TOTAL AMOUNT OF THIS INVOICE**          **$5,194.80**

# GORDON FEINBLATT LLC

ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71334041
Invoice Date:  05/09/24

Page:  6

Client Number:   42372    Client Name:  Fulton Bank, N.A.

---

| **REMITTANCE COPY** |
| --- |

**PLEASE ENCLOSE THIS REMITTANCE COPY WITH YOUR PAYMENT SO
THAT YOUR ACCOUNT MAY BE PROPERLY CREDITED.**

Total Due:                                      $5,194.80

| Amount Enclosed: $ |
| --- |

**Please mail all checks to our LOCKBOX Listed below:
Gordon Feinblatt LLC
P.O. Box 746539
Atlanta, GA   30374-6539**

CHECKS MAY BE MADE PAYABLE TO: GORDON FEINBLATT LLC
TO ASSURE PROPER CREDIT PLEASE RETURN REMITTANCE COPY
Tax ID # 52-0627715

# GORDON FEINBLATT LLC

ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71334041
Invoice Date:  05/09/24

Page:  7

Client Number:   42372    Client Name:  Fulton Bank, N.A.

---

**If you are making an electronic payment please send an email to acctdept@gfrlaw.com on the day you initiate payment including the Invoice and Matter number you are paying.**

**ACH & EFT INSTRUCTIONS**
**GORDON FEINBLATT LLC**
**ACCOUNT NAME: GORDON FEINBLATT LLC GENERAL**
**OPERATING ACCOUNT**
**BANK NAME: BANK OF AMERICA**
**100 S. CHARLES STREET**
**BALTIMORE, MD 21201**
**USA**
**ACCOUNT # 2000609289**
**ABA NO. 052001633**
**TYPE OF ACCOUNT CHECKING**

**WIRING INSTRUCTIONS**
**GORDON FEINBLATT LLC**
**ACCOUNT NAME: GORDON FEINBLATT LLC GENERAL**
**OPERATING ACCOUNT**
**ACCOUNT ADDRESS: 1001 FLEET STREET, SUITE 700**
**BALTIMORE, MD 21202-4346**
**BANK NAME: BANK OF AMERICA**
**100 S. CHARLES STREET**
**BALTIMORE, MD 21201    USA**
**ACCOUNT # 2000609289**
**ABA NO. 026009593**
**SWIFT CODE BOFAUS3N (FOR INTERNATIONAL WIRES**)

**Payment by Credit Card or eCheck -DoubleClick Link Below:**
Make a Payment | Gordon Feinblatt LLC (gfrlaw.com)

CHECKS MAY BE MADE PAYABLE TO: GORDON FEINBLATT LLC
TO ASSURE PROPER CREDIT PLEASE RETURN REMITTANCE COPY
Tax ID # 52-0627715

# GORDON FEINBLATT LLC
### ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71335751
Invoice Date:  06/17/24

Page:  1

Client Number:   42372    Client Name:  Fulton Bank, N.A.

---

**Matter No:**

**149975    Re:  Eagle Properties and Investments LLC
                   FFC-8921791**

FOR SERVICES RENDERED THROUGH: May 31, 2024

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 05/01/24 | DSM | Draft email to Ms. Dragann regarding ███ ███ | 0.1 | $59.00 |
| 05/01/24 | DSM | Review sale motions and other pleadings | 0.4 | $236.00 |
| 05/01/24 | DSM | Review bankruptcy docket | 0.1 | $59.00 |
| 05/01/24 | DSM | Review motion for relief from stay for Linglestown Road property | 0.1 | $59.00 |
| 05/01/24 | DSM | Review motion to approve sale of 449 Lawyers Road and draft email to Mr. Warner regarding same | 0.3 | $177.00 |
| 05/01/24 | DSM | Review motion to approve sale of 1630 E. Chocolate and draft email to Mr. Warner regarding same | 0.2 | $118.00 |
| 05/01/24 | DSM | Review motion to approve sale of 1203 Cottage St. and draft email to Mr. Warner regarding same | 0.2 | $118.00 |
| 05/01/24 | DSM | Review motion to approve sale of Lynn Street | 0.1 | $59.00 |
| 05/01/24 | DSM | Review additional bankruptcy pleadings | 0.1 | $59.00 |
| 05/06/24 | DSM | Draft email to Mr. Rogan regarding Cottage Street sale | 0.1 | $59.00 |
| 05/06/24 | DSM | Draft email to Mr. Karbelk regarding settlement statement | 0.1 | $59.00 |

# GORDON FEINBLATT LLC
### ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71335751
Invoice Date:  06/17/24

Page:  2

Client Number:   42372   Client Name:  Fulton Bank, N.A.

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 05/06/24 | DSM | Review emails from Mr. Karbelk and Mr. Rogan regarding sale of property | 0.1 | $59.00 |
| 05/08/24 | DSM | Draft email to Mr. Fasano regarding legal fee issue | 0.1 | $59.00 |
| 05/08/24 | NCG | Research regarding allocation of attorneys' fees ███████████ | 0.6 | $201.00 |
| 05/09/24 | DSM | Review Shore United response to motion to approve sale and draft email to Mr. Trache regarding draft settlement statement | 0.3 | $177.00 |
| 05/09/24 | DSM | Review draft settlement statements and calculation of trustee compensation | 0.5 | $295.00 |
| 05/09/24 | DSM | Draft email to Mr. Trache regarding calculation of trustee's commissions | 0.1 | $59.00 |
| 05/09/24 | DSM | Telephone conference with Mr. Rogan regarding trustee commissions and review email from Mr. Trache regarding same | 0.1 | $59.00 |
| 05/09/24 | DSM | Review research regarding legal fees and draft email to Ms. Gibson regarding same | 0.2 | $118.00 |
| 05/09/24 | DSM | Telephone conference with Mr. Rogan regarding Cottage Street sale | 0.5 | $295.00 |
| 05/09/24 | NCG | Research attorneys' fees allocation issue and review and follow up on research provided by Ms. Mills. | 2.6 | $871.00 |
| 05/10/24 | DSM | Review settlement statements and draft email to Mr. Warner regarding same | 0.6 | $354.00 |
| 05/10/24 | DSM | Telephone conference with Mr. Warner regarding sale approval | 0.2 | $118.00 |
| 05/10/24 | DSM | Telephone conference with Mr. Trache regarding legal fee issue | 0.3 | $177.00 |

# GORDON FEINBLATT LLC

ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.                              Invoice: 71335751
VIA EMAIL: Joseph E. Warner III                Invoice Date:  06/17/24
jwarner@fultonbank.com
                                               Page:  3

Client Number:    42372    Client Name:  Fulton Bank, N.A.

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 05/10/24 | DSM | Draft email to Mr. Rogan regarding Cottage Street | 0.1 | $59.00 |
| 05/12/24 | DSM | Hearing preparations | 0.4 | $236.00 |
| 05/13/24 | DSM | Draft email to Mr. Rogan regarding conference call to discuss legal fees | 0.1 | $59.00 |
| 05/13/24 | DSM | Telephone conference with Mr. Rogan regarding legal fee issue | 0.3 | $177.00 |
| 05/13/24 | DSM | Draft email to Mr. Rogan regarding Cottage Street sale | 0.4 | $236.00 |
| 05/13/24 | DSM | Draft response to East Chocolate sale | 0.4 | $236.00 |
| 05/13/24 | DSM | Revise response to sale motion for East Chocolate Avenue | 0.2 | $118.00 |
| 05/13/24 | DSM | Draft and revise responses to sale motions | 0.3 | $177.00 |
| 05/13/24 | DSM | Review email from Mr. Rogan regarding legal fee issue and draft reply | 0.3 | $177.00 |
| 05/13/24 | DSM | Review legal fee issue | 0.2 | $118.00 |
| 05/13/24 | DSM | Draft email to Mr. Trache regarding legal fee issue | 0.2 | $118.00 |
| 05/13/24 | DSM | Telephone conference with Mr. Warner regarding sale hearing | 0.2 | $118.00 |
| 05/13/24 | DSM | Hearing preparation | 0.7 | $413.00 |
| 05/14/24 | DSM | Draft email to Mr. Fasano regarding sale issue | 0.1 | $59.00 |
| 05/14/24 | DSM | Hearing preparation and telephone conference with Mr. Fasano regarding payment to Mr. Goldsmith | 0.3 | $177.00 |
| 05/14/24 | DSM | Draft email to Mr. Fasano regarding settlement statements | 0.1 | $59.00 |
| 05/14/24 | DSM | Attend hearing regarding motions to approve sale | 4.0 | $2,360.00 |

# GORDON FEINBLATT LLC
### ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71335751
Invoice Date:  06/17/24

Page:  4

Client Number:   42372    Client Name:  Fulton Bank, N.A.

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 05/14/24 | DSM | Conference with Mr. Karbelk regarding Grove Road sale | 0.1 | $59.00 |
| 05/15/24 | DSM | Review settlement statement on Lawyers Road and draft emails to Mr. Trache and Mr. Warner regarding same | 0.1 | $59.00 |
| 05/15/24 | DSM | Draft email to Mr. Warner regarding payment for legal fees on Lawyers Road | 0.1 | $59.00 |
| 05/15/24 | DSM | Telephone conference with Mr. Warner regarding Lawyers Road sale | 0.1 | $59.00 |
| 05/16/24 | DSM | Revise draft sale order | 0.4 | $236.00 |
| 05/16/24 | DSM | Conference with Ms. Gibson regarding legal fees and invoice review | 0.2 | $118.00 |
| 05/16/24 | DSM | Review motion to sell 1343 Church Road and draft email to Mr. Warner regarding same | 0.3 | $177.00 |
| 05/16/24 | DSM | Draft email to Mr. Warner regarding hearing on sale of 1343 Church Road | 0.1 | $59.00 |
| 05/17/24 | DSM | Draft email to Mr. Warner regarding payoff request | 0.1 | $59.00 |
| 05/17/24 | DSM | Draft email to Mr. Trache regarding revised order on Lawyers Road | 0.1 | $59.00 |
| 05/17/24 | DSM | Review Chocolate Avenue and revised Lawyer Road sale orders and draft replies | 0.3 | $177.00 |
| 05/17/24 | DSM | Draft email to Mr. Trache regarding approval of sale order for Lawyers Road | 0.1 | $59.00 |
| 05/17/24 | DSM | Draft email to Mr. Trache regarding 1630 Chocolate Ave sale order | 0.1 | $59.00 |
| 05/19/24 | DSM | Review emails from Mr. Trache regarding sale orders and draft email replies regarding same | 0.3 | $177.00 |

# GORDON FEINBLATT LLC

ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71335751
Invoice Date:  06/17/24

Page:  5

Client Number:   42372    Client Name:  Fulton Bank, N.A.

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 05/20/24 | DSM | Draft email to Mr. Trache regarding Cottage Street Order | 0.1 | $59.00 |
| 05/20/24 | NCG | Review legal fee invoices over course of engagement and redact. | 4.2 | $1,407.00 |
| 05/21/24 | DSM | Review email from Mr. Trache regarding rental income and draft email to Mr. Warner regarding same | 0.2 | $118.00 |
| 05/21/24 | DSM | Draft email to Mr. Trache regarding delivery of rental income to Bank | 0.1 | $59.00 |
| 05/23/24 | DSM | Draft email to Mr. Warner regarding order approving sale of 449 Lawyers Road | 0.1 | $59.00 |
| 05/23/24 | DSM | Draft email to Mr. Warner regarding order approving sale of 1630 E. Chocolate Avenue | 0.1 | $59.00 |
| 05/24/24 | DSM | Draft email to Mr. Warner ▉▉▉▉ ▉▉▉▉ ▉▉▉▉ | 0.1 | $59.00 |
| 05/27/24 | DSM | Review application of debtor's counsel for fees and draft email to Mr. Trache regarding same | 0.4 | $236.00 |
| 05/28/24 | DSM | Telephone conference with Mr. Karbelk regarding updated payoff on E. Chocolate Avenue | 0.1 | $59.00 |
| 05/28/24 | DSM | Draft email to Mr. Warner regarding order approving sale of Cottage Street | 0.1 | $59.00 |
| 05/28/24 | DSM | Draft emails to Mr. Warner regarding payoff statement on 1630 E. Chocolate Ave | 0.1 | $59.00 |
| 05/28/24 | DSM | Draft email to Mr. Trache regarding conference call regarding fee application | 0.1 | $59.00 |
| 05/28/24 | DSM | Review email from Mr. Warner regarding payoff on Chocolate Avenue and draft email to Mr. Warner regarding same | 0.3 | $177.00 |

CHECKS MAY BE MADE PAYABLE TO: GORDON FEINBLATT LLC
TO ASSURE PROPER CREDIT PLEASE RETURN REMITTANCE COPY
Tax ID # 52-0627715

# GORDON FEINBLATT LLC

ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71335751
Invoice Date:  06/17/24

Page:  6

Client Number:   42372    Client Name:  Fulton Bank, N.A.

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 05/29/24 | DSM | Telephone conference with Mr. Gold, Mr. Trache and Mr. Marino regarding case status | 0.5 | $295.00 |
| 05/29/24 | DSM | Telephone conference with Ms. McAuley regarding 1630 E. Chocolate closing | 0.1 | $59.00 |
| 05/29/24 | DSM | Draft email to Ms. McAuley regarding 1630 E. Chocolate closing | 0.2 | $118.00 |
| 05/30/24 | DSM | Review notice and motion for Rider Lane | 0.2 | $118.00 |
| 05/31/24 | DSM | Telephone conference with Mr. Karbelk regarding payoffs | 0.2 | $118.00 |
| 05/31/24 | DSM | Draft email to Mr. Warner regarding updated payoffs | 0.2 | $118.00 |
| | | TOTAL HOURS | 26.1 | |

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| David S. Musgrave | 18.7 at | $590.00 = | $11,033.00 |
| Natalie C Gibson | 7.4 at | $335.00 = | $2,479.00 |
| | CURRENT FEES | | $13,512.00 |
| | LESS: 10% DISCOUNT | | ($1,351.20) |
| | FEES DUE | | $12,160.80 |

**FOR COSTS ADVANCED AND EXPENSES INCURRED:**

| | | |
|---|---|---|
| Document Reproduction | $22.00 | |
| | EXPENSES DUE | $22.00 |

# GORDON FEINBLATT LLC

ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71335751
Invoice Date:  06/17/24

Page:  7

Client Number:    42372    Client Name:  Fulton Bank, N.A.

---

## TOTAL AMOUNT OF THIS INVOICE          $12,182.80

### SUMMARY OF INVOICES DUE:

| Invoice Date | Invoice Number | Amount Billed | Late Fees | Receipts/ Adjustments | Invoice Balance |
|---|---|---|---|---|---|
| 06/17/24 | 71335751 | $12,182.80 | THIS INVOICE | | $12,182.80 |
| 05/09/24 | 71334041 | $5,194.80 | $0.00 | ($0.00) | $5,194.80 |
| | | $17,377.60 | $0.00 | ($0.00) | $17,377.60 |

# GORDON FEINBLATT LLC
### ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71337117
Invoice Date: 07/01/24

Page: 1

Client Number:  42372    Client Name:  Fulton Bank, N.A.

**Matter No:**

**149975    Re:  Eagle Properties and Investments LLC**
**FFC-8921791**

FOR SERVICES RENDERED THROUGH: June 20, 2024

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 06/02/24 | DSM | Draft email to Mr. Warner regarding motion to approve sale of 1343 Church Road | 0.1 | $59.00 |
| 06/02/24 | DSM | Draft email to Mr. Trache regarding draft settlement statement for 1343 Church Road sale | 0.2 | $118.00 |
| 06/02/24 | DSM | Draft response to motion to approve sale of 1343 Church Road | 0.2 | $118.00 |
| 06/02/24 | DSM | Review motion to approve sale of 7939 Rider Lane and draft email to Mr. Warner regarding same | 0.1 | $59.00 |
| 06/02/24 | DSM | Draft email to Mr. Trache regarding settlement statement | 0.1 | $59.00 |
| 06/02/24 | DSM | Draft response to motion to approve sale of 7939 Rider Lane | 0.1 | $59.00 |
| 06/02/24 | DSM | Draft email to Mr. Warner ▇▇▇ ▇▇▇ ▇▇▇ | 0.1 | $59.00 |
| 06/03/24 | DSM | Review draft settlement statement for Rider Lane and draft email to Mr. Warner regarding same | 0.3 | $177.00 |
| 06/03/24 | DSM | Draft correspondence to Ms. Hartman ▇▇▇ ▇▇▇ | 0.1 | $59.00 |
| 06/03/24 | DSM | Review and file responses to motions to approve sales | 0.1 | $59.00 |

# GORDON FEINBLATT LLC
## ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71337117
Invoice Date:  07/01/24

Page:  2

Client Number:  42372    Client Name:  Fulton Bank, N.A.

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 06/04/24 | DSM | Draft email to Mr. Warner regarding Jason Gold email | 0.1 | $59.00 |
| 06/06/24 | DSM | Review motions and notices regarding sales of properties and draft email to Mr. Warner regarding Areba Avenue sale | 0.4 | $236.00 |
| 06/06/24 | DSM | Draft email to Mr. Warner regarding payoff on 449 Lawyers Road | 0.1 | $59.00 |
| 06/06/24 | DSM | Draft email to Mr. Warner regarding ███████ 580 West Areba Avenue | 0.1 | $59.00 |
| 06/10/24 | DSM | Review docket regarding matters set for hearing | 0.1 | $59.00 |
| 06/10/24 | DSM | Draft emails to Mr. Warner regarding 1343 Church Road sale | 0.1 | $59.00 |
| 06/11/24 | DSM | Prepare for hearing on sale approvals | 0.4 | $236.00 |
| 06/11/24 | DSM | Draft email to Mr. Warner regarding legal fee payment on sales | 0.1 | $59.00 |
| 06/11/24 | DSM | Attend hearing regarding approval of sales | 2.7 | $1,593.00 |
| 06/11/24 | DSM | Draft email to Mr. Warner regarding sale approval and legal fees | 0.1 | $59.00 |
| 06/12/24 | DSM | Telephone conference with Ms. Williams regarding 1203 Cottage Street closing | 0.1 | $59.00 |
| 06/12/24 | DSM | Review file and draft email to Mr. Warner regarding 1203 Cottage Street and telephone conference with Mr. Karbelk regarding same | 0.3 | $177.00 |
| 06/12/24 | DSM | Draft email to Mr. Warner regarding payoff on 580 W. Areba Ave. | 0.1 | $59.00 |
| 06/13/24 | DSM | Draft fax to Ms. Williams regarding payoff | 0.3 | $177.00 |
| 06/13/24 | DSM | Telephone conference with Mr. Williams regarding payoff | 0.1 | $59.00 |

# GORDON FEINBLATT LLC

ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71337117
Invoice Date:  07/01/24

Page:  3

Client Number:   42372    Client Name:  Fulton Bank, N.A.

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 06/14/24 | DSM | Telephone conference with Mr. Karbelk regarding sale closings | 0.1 | $59.00 |
| 06/14/24 | DSM | Draft email to Mr. Smith regarding sale status | 0.1 | $59.00 |
| 06/14/24 | DSM | Revise fax to Ms. Williams regarding 1203 Cottage Street | 0.1 | $59.00 |
| 06/14/24 | DSM | Telephone conference with Mr. Karbelk regarding sale closings | 0.1 | $59.00 |
| 06/14/24 | DSM | Draft email to Mr. Smith regarding sale status | 0.2 | $118.00 |
| 06/14/24 | DSM | Draft email to Mr. Warner regarding closing on Lawyers Road | 0.1 | $59.00 |
| 06/14/24 | DSM | Draft email to Mr. Warner regarding closing date on 449 Lawyers Rd. and telephone conference with Ms. Hammer regarding same | 0.1 | $59.00 |
| 06/14/24 | DSM | Draft email to Mr. Warner regarding 449 Lawyers Road payoff | 0.1 | $59.00 |
| 06/14/24 | DSM | Review emails from Mr. Warner and draft email to Ms. Hammer regarding 449 Lawyers Road payoff | 0.4 | $236.00 |
| 06/14/24 | DSM | Draft email to Mr. Warner regarding Grove Road sale | 0.1 | $59.00 |
| 06/14/24 | DSM | Draft email to Mr. Warner regarding Lawyers Road sale and review email regarding Grove Road | 0.1 | $59.00 |
| 06/16/24 | DSM | Draft response to 580 W. Areba Ave. sale | 0.2 | $118.00 |
| 06/16/24 | DSM | Review Mr. Warner's email  regarding Grove Road | 0.1 | $59.00 |
| 06/16/24 | DSM | Draft reply email to Mr. Karbelk | 0.1 | $59.00 |
| 06/16/24 | DSM | Draft email to Mr. Warner regarding Areba Ave. payoff | 0.1 | $59.00 |

# GORDON FEINBLATT LLC
## ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71337117
Invoice Date:  07/01/24

Page:  4

Client Number:    42372    Client Name:  Fulton Bank, N.A.

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 06/17/24 | DSM | Telephone conference with Mr. Karbelk regarding Grove Road sale | 0.1 | $59.00 |
| 06/17/24 | DSM | Draft email to Mr. Warner regarding ███████ ████████████ Grove Road | 0.1 | $59.00 |
| 06/18/24 | DSM | Telephone conference with Mr. Karbelk regarding closing on Rider Lane | 0.1 | $59.00 |
| 06/19/24 | DSM | Draft email to Mr. Karbelk regarding payoff on 580 W. Areba Avenue | 0.3 | $177.00 |
| 06/19/24 | DSM | Draft email to Mr. Warner regarding certificate of satisfaction for Cottage Street | 0.1 | $59.00 |
| 06/19/24 | DSM | Review email from Mr. Warner regarding ██████████████ 449 Lawyers Road and draft reply | 0.3 | $177.00 |
| 06/19/24 | DSM | Draft email to Mr. Warner regarding Lawyers Road sale | 0.1 | $59.00 |
| 06/19/24 | DSM | Draft email to Mr. Warner regarding Rider Lane sale | 0.1 | $59.00 |
| 06/19/24 | DSM | Review draft order and Mr. Trache's email and draft email to Mr. Trache regarding 7939 Rider Lane sale | 0.2 | $118.00 |
| 06/19/24 | DSM | Telephone conference with Mr. Karbelk regarding order on Rider Lane | 0.1 | $59.00 |
| 06/19/24 | DSM | Draft email to Mr. Warner regarding payoff on Rider Lane | 0.1 | $59.00 |
| 06/19/24 | DSM | Draft email to Mr. Trache regarding sale order | 0.1 | $59.00 |
| 06/19/24 | DSM | Review email from Mr. Warner regarding 7939 Rider Lane payoff and review settlement statement | 0.2 | $118.00 |

# GORDON FEINBLATT LLC

ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71337117
Invoice Date:  07/01/24

Page:  5

Client Number:   42372    Client Name:  Fulton Bank, N.A.

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 06/19/24 | DSM | Draft email to Mr. Warner regarding remaining sales | 0.1 | $59.00 |
| | | TOTAL HOURS | 10.5 | |

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| David S. Musgrave | 10.5 | at | $590.00 | = | $6,195.00 |
| | CURRENT FEES | | | | $6,195.00 |
| | LESS: 10% DISCOUNT | | | | ($619.50) |
| | FEES DUE | | | | $5,575.50 |

**TOTAL AMOUNT OF THIS INVOICE**          **$5,575.50**

**SUMMARY OF INVOICES DUE:**

| Invoice Date | Invoice Number | Amount Billed | Late Fees | Receipts/ Adjustments | Invoice Balance |
|--------------|----------------|---------------|-----------|------------------------|-----------------|
| 07/01/24 | 71337117 | $5,575.50 | | THIS INVOICE | $5,575.50 |
| 06/17/24 | 71335751 | $12,182.80 | $0.00 | ($22.00) | $12,160.80 |
| 05/09/24 | 71334041 | $5,194.80 | $0.00 | ($0.00) | $5,194.80 |
| | | $22,953.10 | $0.00 | ($22.00) | $22,931.10 |

CHECKS MAY BE MADE PAYABLE TO: GORDON FEINBLATT LLC
TO ASSURE PROPER CREDIT PLEASE RETURN REMITTANCE COPY
Tax ID # 52-0627715

# GORDON FEINBLATT LLC

### ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71338301
Invoice Date:  07/22/24

Page:  1

Client Number:    42372    Client Name:  Fulton Bank, N.A.

**Matter No:**

**149975    Re:  Eagle Properties and Investments LLC
FFC-8921791**

FOR SERVICES RENDERED THROUGH: June 30, 2024

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 06/21/24 | DSM | Telephone conference with Mr. Warner regarding ███████ Lawyers Road | 0.1 | $59.00 |
| 06/24/24 | DSM | Draft email to Mr. Warner regarding Mr. Trache's email | 0.1 | $59.00 |
| 06/24/24 | DSM | Draft email to Mr. Trache regarding 1343 Church Road | 0.1 | $59.00 |
| 06/24/24 | DSM | Draft email to Mr. Warner regarding sale of Grove Road | 0.1 | $59.00 |
| 06/24/24 | DSM | Review Mr. Trache's email regarding sale of Church Road and draft emails to Mr. Warner and Mr. Trache regarding same | 0.1 | $59.00 |
| 06/24/24 | DSM | Draft email to Mr. Warner regarding sale order on Rider Lane | 0.1 | $59.00 |
| 06/24/24 | DSM | Draft email to Mr. Warner regarding payment on Rider Lane | 0.1 | $59.00 |
| 06/25/24 | DSM | Draft email to Mr. Warner regarding closing on Rider Lane | 0.1 | $59.00 |
| 06/25/24 | DSM | Review email from Mr. Warner regarding Rider Lane closing and draft reply email | 0.2 | $118.00 |
| 06/26/24 | DSM | Draft email to Mr. Mathuse regarding Rider Lane closing | 0.2 | $118.00 |

# GORDON FEINBLATT LLC

ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71338301
Invoice Date:  07/22/24

Page:  2

Client Number:   42372    Client Name:  Fulton Bank, N.A.

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| | | TOTAL HOURS | 1.2 | |

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| David S. Musgrave | 1.2  at | $590.00  = | $708.00 |
| | CURRENT FEES | | $708.00 |
| | LESS: 10% DISCOUNT | | ($70.80) |
| | FEES DUE | | $637.20 |

**FOR COSTS ADVANCED AND EXPENSES INCURRED:**

| | | |
|---|---|---|
| Messenger Service | $9.20 | |
| EXPENSES DUE | | $9.20 |

**TOTAL AMOUNT OF THIS INVOICE**          **$646.40**

CHECKS MAY BE MADE PAYABLE TO: GORDON FEINBLATT LLC
TO ASSURE PROPER CREDIT PLEASE RETURN REMITTANCE COPY
Tax ID # 52-0627715

# GORDON FEINBLATT LLC
### ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71340025
Invoice Date:  08/20/24

Page:  1

Client Number:   42372    Client Name:  Fulton Bank, N.A.

---

**Matter No:**

**149975    Re:  Eagle Properties and Investments LLC**
**FFC-8921791**

FOR SERVICES RENDERED THROUGH: July 31, 2024

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 07/01/24 | DSM | Review docket and proposed order for Areba Avenue sale | 0.1 | $59.00 |
| 07/01/24 | DSM | Draft email to Mr. Trache regarding Areba Avenue sale | 0.1 | $59.00 |
| 07/01/24 | DSM | Draft email to Mr. Karbelk regarding approval of sale order on Areba Avenue sale | 0.1 | $59.00 |
| 07/01/24 | DSM | Telephone conference with Mr. Trache regarding Areba sale | 0.1 | $59.00 |
| 07/02/24 | DSM | Telephone conference with Mr. Karbelk regarding pending sales | 0.1 | $59.00 |
| 07/02/24 | DSM | Draft email to Mr. Warner regarding 7616 Grove Avenue sale | 0.1 | $59.00 |
| 07/02/24 | DSM | Draft email to Mr. Warner regarding ███████ ████ Grove Avenue sale | 0.1 | $59.00 |
| 07/02/24 | DSM | Draft email to Mr. Karbelk regarding approval of 7616 Grove Ave sale | 0.1 | $59.00 |
| 07/02/24 | DSM | Telephone conference with Mr. Warner ████████ ███████████████████████ | 0.2 | $118.00 |
| 07/02/24 | DSM | Review pleadings regarding sales and draft email to Mr. Warner regarding status | 0.5 | $295.00 |
| 07/02/24 | DSM | Continue review of sales and continue drafting email to Mr. Warner regarding same | 0.4 | $236.00 |

# GORDON FEINBLATT LLC
### ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.                                    Invoice: 71340025
VIA EMAIL: Joseph E. Warner III                      Invoice Date:  08/20/24
jwarner@fultonbank.com
                                                     Page:  2

Client Number:   42372    Client Name:  Fulton Bank, N.A.

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 07/02/24 | DSM | Complete drafting email to Mr. Warner regarding sale status | 0.4 | $236.00 |
| 07/03/24 | DSM | Review pleadings regarding 1001 Manning Drive sale and draft email to Mr. Warner regarding same | 0.4 | $236.00 |
| 07/03/24 | DSM | Draft response to motion to sell Manning Drive | 0.3 | $177.00 |
| 07/03/24 | DSM | Revise and file response to motion to sell Manning Drive | 0.1 | $59.00 |
| 07/05/24 | DSM | Review motion to approve sale of 1010 Lynn Street | 0.1 | $59.00 |
| 07/05/24 | DSM | Review May Monthly Operating Report and draft email to Mr. Warner regarding same | 0.1 | $59.00 |
| 07/05/24 | DSM | Review email from Mr. Karbelk regarding 213 N. Port Street and draft email to Mr. Warner regarding same | 0.2 | $118.00 |
| 07/05/24 | DSM | Telephone conference with Mr. Warner regarding 213 N. Port Street | 0.1 | $59.00 |
| 07/05/24 | DSM | Draft email to Mr. Karbelk regarding 213 N. Port Street | 0.1 | $59.00 |
| 07/08/24 | DSM | Draft email to Mr. Warner regarding payoff on 1343 Church Road | 0.1 | $59.00 |
| 07/08/24 | DSM | Telephone conference with Mr. Karbelk regarding sale status | 0.1 | $59.00 |
| 07/09/24 | DSM | Draft email to Mr. Warner regarding 213 N. Port Street | 0.1 | $59.00 |
| 07/10/24 | DSM | Draft email to Mr. Cobler regarding loan number on 7939 Rider Lane | 0.1 | $59.00 |
| 07/10/24 | DSM | Draft email to Mr. Warner regarding payoff on 1343 Church Road | 0.1 | $59.00 |

# GORDON FEINBLATT LLC
### ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71340025
Invoice Date:  08/20/24

Page:  3

Client Number:   42372    Client Name:  Fulton Bank, N.A.

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 07/10/24 | DSM | Review email from Mr. Warner regarding payoff on Church Road and draft email to Ms. Mathewes regarding same | 0.4 | $236.00 |
| 07/11/24 | DSM | Review settlement statement and draft reply | 0.1 | $59.00 |
| 07/12/24 | DSM | Draft email to Mr. Warner regarding settlement statement on Church Road | 0.1 | $59.00 |
| 07/12/24 | DSM | Draft follow-up email to Mr. Warner regarding closing | 0.1 | $59.00 |
| 07/18/24 | DSM | Draft email to Mr. Warner regarding June operating report | 0.2 | $118.00 |
| 07/22/24 | DSM | Review email from Mr. Gold regarding cash collateral check and draft email to Mr. Warner regarding same | 0.1 | $59.00 |
| 07/22/24 | DSM | Draft email to Mr.Gold regarding cash collateral check | 0.1 | $59.00 |
| 07/23/24 | DSM | Review email from Mr. Trache regarding 1001 Manning Drive and review draft order | 0.2 | $118.00 |
| 07/23/24 | DSM | Draft email to Mr. Warner regarding Mr. Trache's email | 0.1 | $59.00 |
| 07/23/24 | DSM | Review email from Mr. Warner regarding █████ ████ 1001 Manning Drive and draft reply email to Mr. Trache regarding same | 0.3 | $177.00 |
| 07/24/24 | DSM | Review revised settlement statement for Manning Drive sale; draft email to Mr. Warner regarding same | 0.1 | $59.00 |
| 07/25/24 | DSM | Telephone conference with Mr. Karbelk ██████ ██████████████████████ | 0.1 | $59.00 |

# GORDON FEINBLATT LLC
### ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71340025
Invoice Date:  08/20/24
Page:  4

Client Number:  42372    Client Name:  Fulton Bank, N.A.

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 07/25/24 | DSM | Draft email to accounting regarding legal fees billed to date | 0.1 | $59.00 |
| 07/26/24 | DSM | Review docket, legal fee spreadsheet and hearing preparation and telephone conference with Mr. Trache regarding same | 0.3 | $177.00 |
| 07/26/24 | DSM | Telephone conference with Mr. Trache regarding Manning Drive sale | 0.3 | $177.00 |
| 07/26/24 | DSM | Draft email to Mr. Warner regarding abandonment of Port Street | 0.2 | $118.00 |
| 07/26/24 | DSM | Draft email to Mr. Warner regarding 1001 Manning Drive sale and legal fee dispute | 0.3 | $177.00 |
| 07/26/24 | DSM | Draft email to Mr. Warner regarding pleadings to approve sale of 7616 Grove Road | 0.4 | $236.00 |
| 07/26/24 | DSM | Telephone conference with Mr. Karbelk regarding sale of 213 N. Port Street | 0.1 | $59.00 |
| 07/26/24 | DSM | Draft email to Mr. Warner regarding foreclosure sale of 213 N. Port Street | 0.1 | $59.00 |
| 07/27/24 | DSM | Prepare for hearing on approval of Manning Drive sale | 0.3 | $177.00 |
| 07/28/24 | DSM | Hearing preparation regarding sale of Manning Drive property ████████ ████████ | 0.5 | $295.00 |
| 07/29/24 | DSM | Review legal research ████████ ████ | 0.3 | $177.00 |
| 07/29/24 | DSM | Draft email to Mr. Warner regarding insurance coverage on 213 N. Port Street | 0.1 | $59.00 |
| 07/29/24 | DSM | Conference with Ms. Gibson regarding exhibit list | 0.1 | $59.00 |

# GORDON FEINBLATT LLC

ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71340025
Invoice Date:  08/20/24

Page:  5

Client Number:   42372    Client Name:  Fulton Bank, N.A.

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 07/29/24 | DSM | Telephone conference with Mr. Gold regarding Manning Drive sale | 0.2 | $118.00 |
| 07/29/24 | DSM | Draft email to Mr. Warner regarding ███ Manning Drive | 0.1 | $59.00 |
| 07/29/24 | DSM | Telephone conference with Mr. Warner regarding Manning Drive sale | 0.1 | $59.00 |
| 07/29/24 | DSM | Draft email to Mr. Rogan regarding Manning Drive sale | 0.1 | $59.00 |
| 07/29/24 | DSM | Review exhibit list | 0.1 | $59.00 |
| 07/29/24 | DSM | Telephone conference with Mr. Trache regarding dispute over Manning Drive | 0.2 | $118.00 |
| 07/29/24 | DSM | Prepare for hearing on Manning Drive sale and review exhibits | 1.3 | $767.00 |
| 07/29/24 | KK | Download and send case to Mr. Musgrave. | 0.1 | $22.50 |
| 07/29/24 | KK | Download and send case to Mr. Musgrave. | 0.1 | $22.50 |
| 07/29/24 | NCG | Draft exhibit list. | 0.8 | $268.00 |
| 07/30/24 | DSM | Review legal research ███████████ | 0.1 | $59.00 |
| 07/30/24 | DSM | Court appearance for hearing on motion to approve sale of 1001 Manning Drive, conferences with Mr. Rogan and Mr. Trache, telephone conference with Mr. Warner regarding same (2x) and draft email to Mr. Warner regarding same | 5.5 | $3,245.00 |
| 07/30/24 | DSM | Review email from Mr. Trache regarding Manning sale order and draft reply | 0.2 | $118.00 |
| 07/31/24 | DSM | Review revised settlement statement and draft reply to Mr. Trache | 0.1 | $59.00 |

CHECKS MAY BE MADE PAYABLE TO: GORDON FEINBLATT LLC
TO ASSURE PROPER CREDIT PLEASE RETURN REMITTANCE COPY
Tax ID # 52-0627715

# GORDON FEINBLATT LLC

ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71340025
Invoice Date:  08/20/24

Page:  6

Client Number:  42372    Client Name:  Fulton Bank, N.A.

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| | | TOTAL HOURS | 18.2 | |

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| David S. Musgrave | 17.2 | at | $590.00 | = | $10,148.00 |
| Natalie C Gibson | 0.8 | at | $335.00 | = | $268.00 |
| Kathryn Eva Kessler | 0.2 | at | $225.00 | = | $45.00 |
| | | CURRENT FEES | | | $10,461.00 |
| | | LESS: 10% DISCOUNT | | | ($1,046.10) |
| | | FEES DUE | | | $9,414.90 |

**TOTAL AMOUNT OF THIS INVOICE**              **$9,414.90**

# GORDON FEINBLATT LLC

### ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71340315
Invoice Date:  09/13/24

Page:  1

Client Number:   42372    Client Name:  Fulton Bank, N.A.

---

**Matter No:**

**149975    Re:  Eagle Properties and Investments LLC
                FFC-8921791**

FOR SERVICES RENDERED THROUGH: August 31, 2024

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 08/02/24 | DSM | Draft email to Mr. Warner regarding sale order on 1001 Manning Drive | 0.1 | $59.00 |
| 08/05/24 | DSM | Draft email to Ms. Dragann regarding status report | 0.3 | $177.00 |
| 08/05/24 | DSM | Draft response to motion to approve sale of 7616 Grove Avenue | 0.2 | $118.00 |
| 08/05/24 | DSM | Draft email to Mr. Warner regarding notice of intent to foreclose | 0.1 | $59.00 |
| 08/05/24 | DSM | Draft email to Mr. Warner regarding payoff request for Areba Avenue loan | 0.1 | $59.00 |
| 08/05/24 | DSM | Review ▮▮▮▮▮ Eagle bank loans | 0.6 | $354.00 |
| 08/05/24 | DSM | Draft email to Ms. Martin regarding wire instructions | 0.1 | $59.00 |
| 08/05/24 | DSM | Draft email to title company regarding payoff on Areba Avenue loan | 0.1 | $59.00 |
| 08/05/24 | DSM | Draft fax to Ms. Martin regarding Manning Drive wire instructions | 0.1 | $59.00 |
| 08/05/24 | DSM | Draft email to Mr. Warner ▮▮▮▮▮ ▮▮▮▮▮ Eagle loans | 0.2 | $118.00 |
| 08/05/24 | DSM | Telephone conference with title company regarding wire transfer on Manning Drive | 0.1 | $59.00 |
| 08/07/24 | DSM | Review ▮▮▮▮▮ Eagle loans | 0.1 | $59.00 |

# GORDON FEINBLATT LLC

ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.                                    Invoice: 71340315
VIA EMAIL: Joseph E. Warner III                      Invoice Date:  09/13/24
jwarner@fultonbank.com
                                                     Page:  2

Client Number:    42372    Client Name:  Fulton Bank, N.A.

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 08/08/24 | DSM | Draft email to Mr. Warner regarding Port St. loan information | 0.1 | $59.00 |
| 08/09/24 | DSM | Conference with Ms. Gibson regarding 213 North Port St. Notice of Intent | 0.1 | $59.00 |
| 08/09/24 | DSM | Review notice of intent to foreclose and conference with Ms. Gibson regarding same | 0.2 | $118.00 |
| 08/09/24 | DSM | Draft email to Mr. Jain regarding Eagle address | 0.1 | $59.00 |
| 08/09/24 | DSM | Telephone conference with Mr. Warner regarding Manning Drive sale | 0.1 | $59.00 |
| 08/09/24 | NCG | Review loan documents and draft notice of intent to foreclose. | 0.7 | $255.50 |
| 08/09/24 | NCG | Draft email to Mr. Martin regarding notice of intent to foreclose. | 0.2 | $73.00 |
| 08/10/24 | DSM | Review file regarding contact information for plaintiff's counsel | 0.1 | $59.00 |
| 08/12/24 | DSM | Review docket and draft email to Mr. Trache regarding 8/13/24 hearing | 0.2 | $118.00 |
| 08/12/24 | DSM | Draft email to Mr. Warner regarding Report of Sale for Manning Drive | 0.1 | $59.00 |
| 08/12/24 | NCG | File notice of intent to foreclose with commissioner of financial regulation. | 0.1 | $36.50 |
| 08/15/24 | DSM | Review draft settlement statement and draft sale order on Grove Road and draft email to Mr. Warner regarding same | 0.3 | $177.00 |
| 08/16/24 | DSM | Draft email to Mr. Trache regarding settlement statement for Grove Road sale | 0.1 | $59.00 |
| 08/16/24 | DSM | Draft email to Mr. Trache regarding 7616 Grove Road order | 0.1 | $59.00 |

# GORDON FEINBLATT LLC
## ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.                                    Invoice: 71340315
VIA EMAIL: Joseph E. Warner III                      Invoice Date:  09/13/24
jwarner@fultonbank.com
                                                     Page:  3

Client Number:   42372    Client Name:  Fulton Bank, N.A.

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 08/19/24 | DSM | Telephone conference with tenant at 213 N. Port Street | 0.1 | $59.00 |
| 08/20/24 | DSM | Telephone conference with Mr. Karbelk regarding Grove Street settlement statement | 0.1 | $59.00 |
| 08/20/24 | DSM | Telephone conference with Mr. England regarding 213 N. Port Street | 0.2 | $118.00 |
| 08/20/24 | DSM | Draft email to Mr. England regarding 213 N. Port Street | 0.1 | $59.00 |
| 08/20/24 | DSM | Draft email to Mr. Warner regarding tenant at 213 N. Port Street | 0.1 | $59.00 |
| 08/20/24 | DSM | Review email from Mr. Warner regarding 213 N. Port Street | 0.1 | $59.00 |
| 08/28/24 | DSM | Review purchase agreement; review settlement statement; draft e-mail to Mr. Trache and Mr. Karbelk regarding same | 0.3 | $177.00 |
| 08/28/24 | DSM | Draft e-mail to Mr. Karbelk and Mr. Trache regarding settlement statement | 0.2 | $118.00 |
| 08/28/24 | DSM | Review e-mail from title attorney; draft reply regarding settlement statement | 0.3 | $177.00 |
| 08/29/24 | DSM | Review revised settlement statement; draft e-mail to Mr. Trache and Mr. Karbelk regarding same | 0.1 | $59.00 |
| 08/31/24 | DSM | Draft e-mail to Mr. Warner regarding order approving sale of Grove Avenue | 0.1 | $59.00 |
| | | TOTAL HOURS | 6.3 | |

# GORDON FEINBLATT LLC

ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71340315
Invoice Date:  09/13/24

Page:  4

Client Number:   42372    Client Name:  Fulton Bank, N.A.

---

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| David S. Musgrave | 5.3 | at | $590.00 | = | $3,127.00 |
| Natalie C Gibson | 1.0 | at | $365.00 | = | $365.00 |
| | CURRENT FEES | | | | $3,492.00 |
| | LESS: 10% DISCOUNT | | | | ($349.20) |
| | FEES DUE | | | | $3,142.80 |

**FOR COSTS ADVANCED AND EXPENSES INCURRED:**

| | | |
|---|---|---|
| Postage | $10.97 | |
| EXPENSES DUE | | $10.97 |

**TOTAL AMOUNT OF THIS INVOICE**     **$3,153.77**

# GORDON FEINBLATT LLC
### ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71341902
Invoice Date:  10/15/24

Page:  1

Client Number:    42372    Client Name:  Fulton Bank, N.A.

---

**Matter No:**

**149975    Re:  Eagle Properties and Investments LLC**
**FFC-8921791**

FOR SERVICES RENDERED THROUGH: September 30, 2024

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 09/05/24 | DSM | Draft e-mail to Mr. Warner regarding settlement statement for Grove Road | 0.1 | $59.00 |
| 09/08/24 | DSM | Review Notice of Intent to Foreclose; calendar deadline | 0.1 | $59.00 |
| 09/11/24 | DSM | Draft e-mail to Mr. Warner regarding Report of Sale for Grove Road | 0.1 | $59.00 |
| 09/17/24 | DSM | Draft e-mail to Ms. Dragann ███████████ ██ | 0.1 | $59.00 |
| 09/17/24 | DSM | Review e-mail from Mr. Karbelk regarding insurance coverage on 213 North Port Street; draft e-mail to Mr. Warner regarding same | 0.2 | $118.00 |
| 09/17/24 | DSM | Draft e-mails to Mr. Warner and Mr. England regarding water bill on 213 North Port Street | 0.2 | $118.00 |
| 09/24/24 | NCG | Review file and draft email to Mr. Warner regarding payoff. | 0.2 | $67.00 |
| 09/24/24 | NCG | Draft order to docket for 213 N. Port Street. | 1.4 | $469.00 |
| 09/24/24 | DSM | Conference with Ms. Gibson regarding statement of debt | 0.1 | $59.00 |
| 09/25/24 | NCG | Revise foreclosure pleadings and draft email to Mr. Warner. | 0.7 | $234.50 |

# GORDON FEINBLATT LLC

ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71341902
Invoice Date:  10/15/24

Page:  2

Client Number:   42372    Client Name:  Fulton Bank, N.A.

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 09/27/24 | DSM | Conference with Mr. Trache regarding legal fee resolution, conference with Mr. Rogan regarding same | 0.2 | $118.00 |
| | | TOTAL HOURS | 3.4 | |

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| David S. Musgrave | 1.1 | at | $590.00 | = | $649.00 |
| Natalie C Gibson | 2.3 | at | $335.00 | = | $770.50 |
| | CURRENT FEES | | | | $1,419.50 |
| | LESS: 10% DISCOUNT | | | | ($141.95) |
| | FEES DUE | | | | $1,277.55 |

**FOR COSTS ADVANCED AND EXPENSES INCURRED:**

EXPENSES DUE          $0.00

**TOTAL AMOUNT OF THIS INVOICE          $1,277.55**

# GORDON FEINBLATT LLC

ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71343436
Invoice Date:  11/15/24

Page:  1

Client Number:   42372   Client Name:  Fulton Bank, N.A.

**Matter No:**

**149975   Re:  Eagle Properties and Investments LLC**
**FFC-8921791**

FOR SERVICES RENDERED THROUGH: October 31, 2024

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/15/24 | DSM | Review September operating report | 0.1 | $59.00 |
| 10/19/24 | DSM | Draft e-mails to Mr. Rogan and Ms. Gibson regarding legal fee invoices | 0.1 | $59.00 |
| 10/21/24 | NCG | Review foreclosure pleadings and revise for Mr. Apgar's signature. Telephone conference with Mr. Apgar. | 0.7 | $234.50 |
| 10/22/24 | NCG | Finalize exhibits and file order to docket. | 0.4 | $134.00 |
| 10/22/24 | KLF | Record Deed of Removal and Appointment of Substitute Trustees | 0.3 | $45.00 |
| 10/24/24 | NCG | Conference with Mr. Musgrave regarding service of order to docket. Draft emails to trustee, Mr. Apgar and Mr. Warner,  and to process server regarding order to docket. | 1.2 | $402.00 |
| 10/28/24 | NCG | Conference with Mr. Musgrave and email Mr. Gold regarding service of order to docket. | 0.4 | $134.00 |
| | | TOTAL HOURS | 3.2 | |

# GORDON FEINBLATT LLC

ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71343436
Invoice Date:  11/15/24

Page:  2

Client Number:   42372    Client Name:  Fulton Bank, N.A.

---

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| David S. Musgrave | 0.2 at | $590.00 = | $118.00 |
| Natalie C Gibson | 2.7 at | $335.00 = | $904.50 |
| Kristin L Ferraro | 0.3 at | $150.00 = | $45.00 |
| | CURRENT FEES | | $1,067.50 |
| | LESS: 10% DISCOUNT | | ($106.75) |
| | FEES DUE | | $960.75 |

**FOR COSTS ADVANCED AND EXPENSES INCURRED:**

| | | |
|---|---|---|
| Filing Fees | $551.28 | |
| Process Servers | $175.00 | |
| EXPENSES DUE | | $726.28 |

**TOTAL AMOUNT OF THIS INVOICE**        **$1,687.03**

# GORDON FEINBLATT LLC

ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71345081
Invoice Date:  12/10/24

Page:  1

Client Number:   42372   Client Name:  Fulton Bank, N.A.

**Matter No:**

**149975   Re:  Eagle Properties and Investments LLC**
**FFC-8921791**

FOR SERVICES RENDERED THROUGH: November 30, 2024

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 11/04/24 | NCG | Draft email to Mr. Warner regarding service of order to docket and auctioneer for foreclosure sale. | 0.2 | $67.00 |
| 11/04/24 | NCG | Research regarding service upon a forfeited entity. | 0.3 | $100.50 |
| 11/05/24 | NCG | Draft email to Mr. Warner regarding credit bidding and minimum bids. | 0.2 | $67.00 |
| 11/05/24 | DSM | Conference with Ms. Gibson regarding foreclosure | 0.1 | $59.00 |
| 11/08/24 | NCG | Review and redact invoices for June 2024 to October 2024. | 1.2 | $402.00 |
| 11/11/24 | NCG | Conference with Mr. Musgrave regarding complaint for turnover. | 0.2 | $67.00 |
| 11/11/24 | DSM | Review fee applications, draft e-mail to Mr. Warner regarding same, conference with Ms. Gibson regarding turnover action | 0.5 | $295.00 |
| 11/11/24 | DSM | Telephone conference with Mr. Warner regarding turnover action | 0.2 | $118.00 |
| 11/19/24 | NCG | Research case law regarding complaint for turnover against trustee for funds held in escrow. | 1.2 | $402.00 |
| 11/25/24 | NCG | Research and draft complaint for turnover. | 2.0 | $670.00 |
| 11/25/24 | ANM | Research for N. Gibson | 1.5 | $330.00 |
| 11/26/24 | NCG | Review trustee's application for interim payment and orders approving sales of real property. | 0.5 | $167.50 |

# GORDON FEINBLATT LLC

ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.
VIA EMAIL: Joseph E. Warner III
jwarner@fultonbank.com

Invoice: 71345081
Invoice Date:  12/10/24

Page:  2

Client Number:  42372    Client Name:  Fulton Bank, N.A.

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 11/27/24 | NCG | Draft complaint and conference with Mr. Musgrave regarding same. | 3.1 | $1,038.50 |
| 11/27/24 | DSM | Conference with Ms. Gibson regarding complaint to recover legal fees | 0.2 | $118.00 |
| 11/27/24 | DSM | Conference with Ms. Gibson regarding complaint to recover legal fees | 0.3 | $177.00 |
| 11/27/24 | DSM | Revise complaint for turnover | 0.6 | $354.00 |
| | | TOTAL HOURS | 12.3 | |

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| David S. Musgrave | 1.9 | at | $590.00 | = | $1,121.00 |
| Natalie C Gibson | 8.9 | at | $335.00 | = | $2,981.50 |
| Ashley N Mills | 1.5 | at | $220.00 | = | $330.00 |
| | | | CURRENT FEES | | $4,432.50 |
| | | | LESS: 10% DISCOUNT | | ($443.25) |
| | | | FEES DUE | | $3,989.25 |

**FOR COSTS ADVANCED AND EXPENSES INCURRED:**

EXPENSES DUE                    $0.00

**TOTAL AMOUNT OF THIS INVOICE    $3,989.25**

CHECKS MAY BE MADE PAYABLE TO: GORDON FEINBLATT LLC
TO ASSURE PROPER CREDIT PLEASE RETURN REMITTANCE COPY
Tax ID # 52-0627715

## GORDON FEINBLATT LLC
ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.                                  Invoice: 71346713
VIA EMAIL: Joseph E. Warner III                    Invoice Date:  01/17/25
jwarner@fultonbank.com
                                                   Page:  1

Client Number:   42372    Client Name:  Fulton Bank, N.A.

---

**Matter No:**

**149975    Re:  Eagle Properties and Investments LLC**
**                FFC-8921791**

FOR SERVICES RENDERED THROUGH: December 31, 2024

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 12/03/24 | NCG | Revise complaint for legal fees. | 1.8 | $603.00 |
| 12/03/24 | DSM | Final revision of complaint for legal fees | 0.2 | $118.00 |
| 12/04/24 | NCG | Conference with Mr. Musgrave regarding complaint, revise complaint, draft email to Mr. Warner and Ms. Dragann regarding complaint. | 0.8 | $268.00 |
| 12/04/24 | DSM | Conference with Ms. Gibson regarding revision to complaint | 0.2 | $118.00 |
| 12/04/24 | DSM | Revise complaint for legal fees | 0.1 | $59.00 |
| 12/09/24 | NCG | Draft follow up e-mail to Mr. Warner regarding complaint for turnover. | 0.1 | $33.50 |
| 12/10/24 | NCG | Draft email to Tidewater Auctions regarding scheduling foreclosure sale. | 0.2 | $67.00 |
| 12/12/24 | NCG | Draft email to Ms. Anson regarding foreclosure sale date. | 0.2 | $67.00 |
| 12/16/24 | NCG | Revise auctioneer engagement letter and draft emails to Ms. Anson regarding same. | 1.0 | $335.00 |
| 12/16/24 | NCG | Draft legal advertisement and review Maryland foreclosure rules on sale of leasehold interest. | 1.4 | $469.00 |
| 12/16/24 | DSM | Review and revise legal advertisement for Baltimore City property | 0.1 | $59.00 |

# GORDON FEINBLATT LLC

ATTORNEYS AT LAW
1001 FLEET STREET, SUITE 700
BALTIMORE, MD 21202-4346
TEL: (410) 576-4000  FAX: (410) 576-4246

Fulton Bank, N.A.                                    Invoice: 71346713
VIA EMAIL: Joseph E. Warner III                      Invoice Date:  01/17/25
jwarner@fultonbank.com
                                                     Page:  2

Client Number:    42372    Client Name:  Fulton Bank, N.A.

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 12/17/24 | NCG | Revise legal ad and prepare docusign for Tidewater Auctions agreement. | 0.2 | $67.00 |
| 12/17/24 | DSM | Draft e-mail to Mr. Warner regarding foreclosure sale | 0.1 | $59.00 |
| 12/27/24 | NCG | Draft notices of foreclosure sale and telephone conferences with Baltimore City regarding address for mailing of foreclosure notices. | 1.4 | $469.00 |
| | | TOTAL HOURS | 7.8 | |

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| David S. Musgrave | 0.7 | at | $590.00 | = | $413.00 |
| Natalie C Gibson | 7.1 | at | $335.00 | = | $2,378.50 |
| | CURRENT FEES | | | | $2,791.50 |
| | LESS: 10% DISCOUNT | | | | ($279.15) |
| | FEES DUE | | | | $2,512.35 |

**FOR COSTS ADVANCED AND EXPENSES INCURRED:**

| | | |
|---|---|---|
| Property & Judgment Report | $221.25 | |
| EXPENSES DUE | | $221.25 |

**TOTAL AMOUNT OF THIS INVOICE**          **$2,733.60**